| Fill in this information to Identify the case: | |
|---|---|
| Debtor Name:   Coking Coal, LLC | |
| United States Bankruptcy Court for the:    Eastern District of Kentucky | ☐ Check if this is an amended filing |
| Case Number (If known): | |

# Official Form 204

### Chapter 11 or Chapter 9 Cases: Consolidated List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders     12/15

A consolidated list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| | Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|---|
| | | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 1 | NATURAL RESOURCE PARTNERS<br>5260 IRVIN RD.<br>HUNTINGTON, WV  25705 | CONTACT: JEFF CONLEY<br>JCONLEY@WPPLP.COM | TRANSACTION/DEFICIENCY LIABILITY | | | | $5,187,575.46 |
| 2 | EURASIA CENTER AG<br>BAHNHOFSTRASSE 6<br>HERISAU  9100<br>SWITZERLAND | CONTACT: CHETON MALHOTRA<br>CHETAN.MALHOTRA@EURASIA-CENTER.EU | COMMODITY ADVANCE | | | | $2,572,480.00 |
| 3 | ALPHA METALLURGICAL COAL SALES, LLC<br>340 MARTIN LUTHER KING JR BLVD<br>BRISTOL, TN  37620 | CONTACT: DAN HORN<br>BFOLEY@ALPHAMETRESOURCES.COM | TRADE PAYABLE | | | | $1,952,527.34 |
| 4 | PENN VA<br>7 SHERIDAN SQUARE<br>KINGSPORT, TN  37660 | CONTACT: STEVE LOONEY<br>STEVE.LOONEY@ENERGYTRANSFER.COM | LEASE LIABILITY | | | | $1,917,498.41 |
| 5 | ARCELORMITTAL SOURCING SCA<br>24-26 BOULEVARD DAVRANCHES<br>GRAND DUCHY OF LUXEMBURG<br>LUXEMBURG  L-1160<br>LUXEMBURG | CONTACT: IULIAN IACOB<br>PRATIK.JADHAV.CONTRACTOR2@ARCELORMITTAL.COM | TRADE PAYABLE | | | | $1,876,243.51 |
| 6 | BLACKJEWEL LIQUIDATION TRUST<br>1051 MAIN ST.<br>MILTON, WV  25541 | CONTACT: DAVE BECKMAN<br>DAVE.BECKMAN@FTICONSULTING.COM | CONTRACT CLAIM | | | | $1,720,000.00 |
| 7 | APPALACHIAN RESOURCE COMPANY, LLC<br>251 TOLLAGE CREEK<br>PIKEVILLE, KY  41501 | CONTACT: CHAD HUNT<br>EBRANHAM@APPRESOURCECO.COM | TRADE PAYABLE | | | | $1,233,962.91 |
| 8 | NORFOLK SOUTHERN RAILWAY COMPANY<br>650 W. PEACHTREE ST NW<br>ATLANTA, GA  30308 | CONTACT: SCOTT MAW<br>ANDREW.MIMS@NSCORP.COM | TRADE PAYABLE | | | | $795,904.26 |

Debtor: Coking Coal, LLC                                     Case Number (if known):

| Name of creditor and complete mailing address, including zip code | Name, telephone number, and email address of creditor contact | Nature of the claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of unsecured claim  If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| 9  HOWARD ENGR. & GLY., INC  PO BOX 271  HARLAN, KY 40831 | CONTACT: TIM HOWARD  TCHOWARD@HOWARDENG-GEO.COM | TRADE PAYABLE | | | | $605,051.53 |
| 10  DGAEL INVESTMENT HOLDINGS LLC  48 OWENOKE PARK  WESTPORT, CT 06880 | CONTACT: GADI SLADE | SHAREHOLDER LOAN | | | | $600,000.00 |
| 11  JW CONSTRUCTION CO., INC.  PO BOX 2470  WISE, VA 24293 | CONTACT: JERRY WHARTON  JWCONSTRUCTION1984@GMAIL.COM | TRADE PAYABLE | | | | $563,168.94 |
| 12  OLD DOMINION POWER  ONE QUALITY ST  LEXINGTON, KY 40507 | CONTACT: SCOTT MCELMURRAY  SCOTT.MCELMURRAY@LGE-KU.COM | TRADE PAYABLE | | | | $273,792.09 |
| 13  A&A SUPPLIES, INC  PO BOX 99  WHITESBURG, KY 41858 | CONTACT: AVERY MILES  AVERY.SUPPLIES@GMAIL.COM | TRADE PAYABLE | | | | $268,407.47 |
| 14  MINE SERVICE COMPANY INC  2342 S. KENTUCKY HWY 15  HAZARD, KY 41702 | CONTACT: STEPHEN PATRICK  SCPATRICK@WINDSTREAM.NET | TRADE PAYABLE | | | | $233,134.25 |
| 15  DOUBLE R TRUCKING COMPANY INC  10136 JEFFERSON RD  COEBURN, VA 24230 | CONTACT: APRIL MEADE  AMEADE@BTES.TV | TRADE PAYABLE | | | | $138,980.92 |
| 16  PENN VIRGINIA OPERATING CO., LLC  13905 MACCORKLE AVE  CHARLESTON, WV 25035 | CONTACT: STEVE LOONEY  STEVE.LOONEY@ENERGYTRANSFER.COM | TRADE PAYABLE | | | | $127,498.41 |
| 17  AMERICAN RESOURCES INSURANCE COMPANY INC  111 HILLCREST ROAD STE 100  MOBILE, AL 36695 | CONTACT: CHRIS SLYE  CHRIS.SLYE@ARIC.CC | TRADE PAYABLE | | | | $117,512.82 |
| 18  INMET MINING LLC  401 RAGLAND RD  PO BOX 936  BECKLEY, WV 25801 | CONTACT: DAVID DYE  HHOBSON@INMETMININGLLC.COM | TRADE PAYABLE | | | | $113,840.75 |
| 19  NATIONAL ARMATURE  PO BOX 655  HOLDEN, WV 25625 | CONTACT: SHANE GORE  SHANE.GORE@NATIONALARMATURE.COM | TRADE PAYABLE | | | | $103,104.38 |
| 20  BOCOOK ENGINEERING INC  312 TENTH STREET  PAINTSVILLE, KY 41240 | CONTACT: JR SALYERS  JRSALYERS@BOCOOK.COM | TRADE PAYABLE | | | | $101,318.51 |