**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE DIVISION**

| | |
|---|---|
| In re: | ) Chapter 11 |
| | ) |
| Coking Coal, LLC, | ) Case No. 24-70529 |
| | ) |
| Debtor. | ) |
| | ) |
| | ) |

### ORDER DESIGNATING LLOYD HILL AS COKING COAL, LLC'S CORPORATE REPRESENTATIVE PURSUANT TO LOCAL RULE 1002-2(b)

Coking Coal, LLC, debtor and debtor in possession in the captioned case (the "Debtor"), having tendered this order to the United States Bankruptcy Court for the Eastern District of Kentucky pursuant to Rule 1002-2(b) of the Local Rules of the Bankruptcy Court; it appearing that Lloyd Hill, being the Manager of the Debtor pursuant to its Operating Agreement, and duly authorized by the *Resolution of Sole Member of Coking Coal, LLC*, which is attached hereto as **Exhibit A**, to (i) cause the Debtor to request relief under Chapter 11 of Title 11 of the United States Code (the "Bankruptcy Code") and (ii) act as the Debtor's corporate representative in connection with this case, including by signing the petition commencing this case;

NOW, THEREFORE, IT IS HEREBY FOUND AND ORDERED:

1. The sole member of the Debtor authorized the Debtor's manager to commence this case by a corporate resolution it adopted on December 14, 2024;

2. Lloyd Hill is designated as the Debtor's corporate representative in this case; and

3. Lloyd Hill may perform, without limitation, the duties of the debtor set out in FRBP 4002 and 9001(b)(5)(A).

\* \* \* \* \*

#51835635v2

TENDERED BY:

**DINSMORE & SHOHL LLP**

*/s/  Ellen Arvin Kennedy*
Ellen Arvin Kennedy, Esq. (KBA #88347)
Brandon E. Lira, Esq. (KBA #100654)
Dinsmore & Shohl LLP
100 West Main Street, Suite 900
Lexington, KY 40504
Tel.:       (859) 425-1000
Fax:       (859) 425-1099
E-mail:    ellen.kennedy@dinsmore.com
           brandon.lira@dinsmore.com

-and-

Matthew J. Stockl, Esq. (*pro hac vice* pending)
Dinsmore & Shohl LLP
550 S. Hope Street, Suite 1765
Los Angeles, CA 90071
Tel.:       (213) 335-7737
Fax:       (213) 335-7740
E-mail:    matthew.stockl@dinsmore.com

***Proposed Counsel for Debtor and Debtor-in-Possession***

#51835635v2