**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Coking Coal, LLC, | ) | Case No. 24-70529 |
| | ) | |
| Debtor. | ) | |
| | ) | |

---

**GLOBAL NOTES AND STATEMENT OF LIMITATIONS, METHODOLOGY, AND
DISCLAIMERS REGARDING DEBTOR'S SCHEDULES OF ASSETS AND
LIABILITIES AND STATEMENT OF FINANCIAL AFFAIRS**

---

Coking Coal, LLC, debtor and debtor in possession herein (the "Debtor") hereby files its *Schedules of Assets and Liabilities* (collectively, the "Schedules") and *Statement of Financial Affairs* (the "SOFA") in the U.S. Bankruptcy Court for the Eastern District of Kentucky (the "Bankruptcy Court"). The Debtor, with the assistance of its counsel, prepared the Schedules and SOFA with Section 521 of Title 11 of the United States Code (the "Bankruptcy Code") and Rule 1007 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules").

Lloyd Hill has signed the Schedules and the SOFA. Mr. Hill is the President of the Debtor, and he has been designated as the Debtor's corporate representative in accordance with Rule 1002-2(b) of the Local Rules of the Bankruptcy Court and pursuant to that certain *Resolution of Sole Member of Coking Coal, LLC* authorizing him to commence the captioned case (the "Case"). *See generally* Dkt. No. 31. In reviewing and signing the Schedules and the SOFA, Mr. Hill has necessarily relied upon the efforts, statements, advice, and representations of various advisors, personnel, and counsel. Although Mr. Hill has diligently worked to verify the truth of each statement in the Schedules and SOFA, subsequent information or discovery may reveal inadvertent errors or omissions therein.

For the foregoing reasons, neither the Debtor nor Mr. Hill (including, for the avoidance of doubt, their respective agents, counsel, advisors, and personnel, collectively, the "Disclosing Parties") guarantee, warrant, or assure the completeness or accuracy of the statements contained in the Schedules and the SOFA. In no event shall the Disclosing Parties be liable to any third party for any direct, indirect, incidental, consequential, or special damages (including, but not limited to, damages arising from the disallowance of a potential claim against the Debtor or damages to such third party's business reputation, lost business, or lost profits), whether foreseeable or not and however caused, even if the Disclosing Parties are advised of the possibility of such damages. The Debtor and Mr. Hill expressly do not undertake any obligation to update, modify, revise, or re-categorize the information provided herein or to notify any third party should the information be

updated, modified, revised, or re-categorized, except as required by applicable law. And each party in interest shall be obligated to undertake its own independent due diligence in engaging, transacting, or negotiating with the Debtor in connection with this Case or otherwise.

1. **Description of Case**. On December 16, 2024 (the "Petition Date"), the Debtor commenced the Case by filing a voluntary petition for relief under Chapter 11 of the Bankruptcy Code for the purpose of conducting an orderly liquidation of its assets, as set forth in more fulsome detail in the *Declaration Of Lloyd Hill In Support Of First Day Motions Of Debtor And Debtor-In-Possession* [Dkt. No. 36] (the "Hill Declaration"). The Debtor manages its affairs as a debtor in possession pursuant to Sections 1107 and 1108 of the Bankruptcy Code.

2. **Global Notes Control**. These *Global Notes and Statement of Limitations, Methodology, and Disclaimers Regarding the Debtors' Schedules of Assets and Liabilities and Statements of Financial Affairs* (the "Global Notes") pertain to and comprise an integral part of each of the Debtors' Schedules and Statements and should be referenced in connection with any review thereof. The information provided herein, except as otherwise noted or apparent from context, is reported as of the close of business on the Petition Date.

3. **Reservations and Limitations**. Reasonable efforts have been made to prepare and file complete and accurate Schedules and the SOFA; however, as noted above, inadvertent errors or omissions may exist. The Debtor expressly reserves all rights to amend and supplement the Schedules, the SOFA, and any other disclosure which may be required by the Bankruptcy Code and/or Bankruptcy Rules, whether made now or hereafter, as may be necessary or appropriate. Nothing contained in these Global Notes (or the Schedules and the SOFA submitted herewith) should be construed as a waiver of Debtor's rights or an admission of any kind with respect to the Case, including, but not limited to, (A) any rights or claims of the Debtor against any third party, (B) issues involving (i) substantive consolidation, (ii) equitable subordination, or (iii) causes of action (or defenses thereto) arising under the provisions of Chapter 5 of the Bankruptcy Code and actions under other relevant bankruptcy and non-bankruptcy laws to recover assets or avoid transfers (collectively, "Avoidance Actions"), or (C) any rights or claims asserted by a third party against the Debtor. The specific reservations set forth in these Global Notes are not intended, and shall not be construed to comprise, a waiver of the general reservation of rights contained in this paragraph.

   a. <u>No Admission</u>. Nothing contained in the Schedules and the SOFA is intended or should be construed as an admission or stipulation of the

validity of any claim against the Debtor, any assertion made therein or herein, or a waiver of Debtor's rights to dispute any claim or assert any cause of action or defense against any party.

b.  <u>Recharacterization</u>. Notwithstanding Debtor's efforts to correctly characterize, classify, categorize, or designate the claims, assets, executory contracts, unexpired leases, and other items reported in the Schedules and the SOFA, certain items may have been improperly characterized, classified, categorized, or designated. The Debtor expressly reserves the right to recharacterize, reclassify, recategorize, or redesignate items reported therein as is necessary and appropriate. Listing (i) a claim on Schedule D as "secured," (ii) a claim on Schedule E as "priority," (iii) a claim on Schedule F as "unsecured," (iv) a contract on Schedules A/B or G as "executory," or (v) a lease on Schedules A/B or G as "unexpired" does not constitute an admission by the Debtor of the legal rights of the claimant or contractual counterparty or otherwise act as a waiver of Debtor's rights to recharacterize or reclassify such claim or contract (including whether any lease is a true lease or a financing arrangement).

c.  <u>Claims Descriptions</u>. Any failure to designate a claim listed in the Schedules and the SOFA as "disputed," "contingent," or "unliquidated" does not constitute an admission by the Debtor that such amount is not "disputed," "contingent," or "unliquidated." Nor shall such failures be construed as an admission by the Debtor that is holds no defenses or offsets to such claims. The Debtor expressly reserves the right to dispute, assert offsets, or raise defenses to any claim or demand against the Debtor or its bankruptcy estate (the "<u>Estate</u>").

d.  <u>Some Figures are Estimated</u>. The preparation of the Schedules and the SOFA required in some instances that the Debtor make reasonable estimates and assumptions with respect to (i) the amounts of assets and liabilities reported in the Schedules and the SOFA and (ii) the reported amounts of revenues and expenses during the applicable reporting periods. Actual results may differ or have differed from such estimates, and the Debtor expressly reserves the right to amend or supplement such estimations and assumptions in accordance with applicable law.

e.  <u>Intellectual Property</u>. Exclusion of certain intellectual property should not be construed to be an admission that such intellectual property rights have been abandoned, have been terminated or otherwise expired by their terms,

or have been assigned or otherwise transferred pursuant to a sale, acquisition, or other transaction.

f.    <u>Insiders</u>. The Schedules and the SOFA require information relating to or regarding Debtor's "insiders" (the "<u>Insider Disclosures</u>"). In making these disclosures, the Debtor has disclosed information related to the individuals and entities that the Debtor believes meet the definition of "insider" set forth in Section 101(31) of the Bankruptcy Code during the relevant time periods. Such individuals may no longer serve in such capacities or have an insider relationship with the Debtor, and Debtor's designation of such individuals or entities as insiders is solely for informational purposes. No person reviewing the Schedules or the SOFA should rely upon the Insider Disclosures in order to determine the persons in control of the Debtor, Debtor's present managerial and corporate decision-making structure, or the ability of any third party to contest its status as a statutory or non-statutory insider.

g.    <u>Causes of Action</u>. Despite reasonable efforts, the Debtor may not have identified all of its causes of action (whether filed, threatened, contingent, or potential) against third parties in the Schedules and the SOFA, including, without limitation, Avoidance Actions. The Debtors expressly reserves its rights with respect to such claims.

h.    <u>Confidential Information</u>. In accordance with applicable provisions of the Bankruptcy Code, the Bankruptcy Rules, or the law of this Case, certain confidential information may have been redacted from the Schedules and the SOFA and any document or disclosure made therewith or in conjunction therewith. Additionally, there may be certain matters known to the Debtor which it is obligated to maintain confidentially pursuant to a non-disclosure agreement, applicable law, or in order to preserve Debtor's business interests and the Estate. The Debtor has endeavored to complete the Schedules and the SOFA as fulsomely as possible notwithstanding such limitations, if any.

i.    <u>Duplication</u>. Certain of Debtor's assets, liabilities, and financial affairs may be responsive to multiple subsidiary parts of the Schedules and the SOFA. To the extent that such disclosures would be duplicative and create an unnecessary administrative burden upon the Estate, the Debtor may have elected to disclose such information only once. Accordingly, parties in

interest are expressly advised to review the Schedules and the SOFA in full when looking for certain information about the Debtor.

4. **Methodology**. Neither the Schedules nor the SOFA have been prepared in accordance with Generally Accepted Accounting Principles ("GAAP"). Although the statements reflected in the Schedules and the SOFA have been made following reasonable efforts to report Debtor's assets and liabilities accurately in accordance with applicable law and procedure, they contain unaudited information that is subject to further review and potential adjustment as set forth in these Global Notes. No third party should rely exclusively on the information contained in the Schedules and the SOFA in exercising its business judgment, considering potential transactions with the Debtor and/or other third parties, or otherwise acting to protect its own interests.

a. <u>Nature and Timing of Valuations</u>. Except as noted in the Schedules and Statements or otherwise apparent from context, all assets are valued and all liabilities are reported as of the Petition Date in U.S. dollars. Where values as of the Petition Date are not available, or where making calculations as of the Petition Date would place an undue administrative burden on the Estate, the Debtor has used certain values as of prior month-end closings, most often September 30, 2024. Amounts that could not be determined by the Debtor may be listed as "unknown," "undetermined," or "unliquidated." Such descriptions do not constitute a representation by the Debtor concerning the materiality of such amounts. All totals that are included in the Schedules and the SOFA represent totals of all known amounts. To the extent there are unknown or undetermined amounts, the actual total may be different than the listed total.

b. <u>Net Book Value</u>. Unless otherwise indicated or apparent from context, owned property and equipment are valued at net book value. Certain other valuations may have been reported as "unknown" where Debtor's books and records did not reflect a net book value, and assets which have been fully depreciated are either omitted or listed with a zero-dollar valuation. Although fair market values may vary materially from these values, the Debtor contends that requiring it to engage third-party valuation experts to apply other valuation methodologies would waste Estate assets. Furthermore, the Debtor is seeking to liquidate its assets pursuant to its *Motion To (I) Approve Bidding Procedures And Form And Manner Of Notice Of Proposed Auction And Sale, (II) Authorize The Debtor To*

*Designate A Stalking Horse Bid, (III) Set Hearing To Consider Approval Of Sale Of Assets Of Coking Coal, LLC Free And Clear Of Any Interests, And (IV) Granting Related Relief* [Dkt. No. 133] (the "<u>Auction Motion</u>"). As set forth in the Auction Motion, the Debtor undertook considerable but ultimately unsuccessful prepetition efforts to market its assets to potential purchasers. Accordingly, the significant procedural guardrails imposed by the Auction Motion to govern the auctioning of Debtor's assets in the Case will sufficiently establish the market value of such assets under the specific facts of this Case, which do not appear to be saleable through any other potential means of selling said assets (the "<u>Auction Results</u>").

c.   <u>Allocation of Liabilities</u>. The Debtor has made its best efforts to distinguish between prepetition and post-petition periods in preparing its Schedules and SOFA. However, the Debtor has authority pursuant to the law of this Case to pay certain outstanding obligations (including, among other things, claims of certain employees, tax-related obligations, and certain essential services such as insurance providers and utilities). Certain claims listed in the Schedules or the SOFA may have been paid, in whole or in part, during the pendency of this Case or otherwise. As additional information becomes available and further claims analysis is completed, the allocation of liabilities between the prepetition and post-petition periods may change. The Debtor reserves all rights to modify, amend, or otherwise supplement the Schedules and the SOFA or to take other action, such as filing notices of satisfaction, as is necessary and appropriate to avoid overpayment or duplicate payments for liabilities. The listing of a claim in the Schedules and the SOFA shall not entitled such claimant to additional recovery to the extent that such claim has been paid, waived, or otherwise become unenforceable pursuant to applicable law (the "<u>Post-Petition Payments</u>").

d.   <u>Setoffs</u>. In its typical course of prepetition dealing with various interested parties, the Debtor may have incurred setoffs, recoupments, or other similar forms of netting mutual obligations arising in law or equity. Because it would be impracticable and unduly burdensome to document each such setoff to the extent that any have occurred within the applicable reporting periods, the Debtor has not undertaken to independently list each such setoff in its Schedules and SOFA. To the extent that a setoff, recoupment, or other similar form of netting mutual obligations occurred before the Petition Date or has occurred since that date, the Debtor expressly reserves all of its rights

with respect to such acts, including, without limitation, the protections of Section 362(a)(7) of the Bankruptcy Code.

5.      **Specific Reservations**.

a.      <u>Schedule A/B, Part 2 – Deposits and Prepayments</u>. Question 8 of Part 2 of Debtor's Schedule A/B required that all prepayments be identified and described. In consultation with Debtor's current CEO and upon review of Debtor's books and records, Mr. Hill has been unable to determine why items 8.10 and 8.11 (prepayments to "Permian Coking Coal" and "Power Green," respectively) are recorded in said books and records. Furthermore, the recording of these entries appears to have been made by the CFOs predecessor and prior to the retention of Debtor's current executives. The Debtor hereby reserves all rights, claims, and defenses with respect to these matters, and has included them its Schedules solely for informational purposes at this time.

b.      <u>Schedule A/B, Part 8 – Machinery, Equipment, and Vehicles</u>. Dollar amounts are presented net of accumulated depreciation and other adjustments as of December 16, 2024. However, as set forth in more detail in the Hill Declaration, the Debtor operates a sprawling 49,300 acre compound in Virginia and Kentucky. Given the scale of the Debtor's business and the complexity of the Debtor's records, Mr. Hill has not (and could not have) personally verified the condition, location, and ownership status of each and every piece of equipment. Accordingly, Mr. Hill has relied upon his personal knowledge of Debtor's affairs, the books and records of the Debtor, and the efforts, statements, advice, and representations of his personnel, counsel, or other advisors. Although the foregoing knowledge, records, and advice afford Mr. Hill a good faith basis for verifying the accuracy of the assets listed in this Part 8 of Debtor's Schedule A/B, it is possible that certain equipment could have been mislaid, destroyed, lost, sold, repossessed by a third party (rightfully or wrongfully), or otherwise ceased to be in the possession of Debtor without Mr. Hill's knowledge. The Debtor reserves all rights to modify, amend, or otherwise supplement these disclosures, and all third parties should conduct their own due diligence in assessing Debtor's equipment.

c.      <u>Schedule A/B, Part 9 – Real Property</u>. Actual realizable values of the identified leaseholds and related interests (including, without limitation, any improvements made or fixtures affixed thereto) is not known to the Debtor,

as the market value of these interests can only be ascertained through the Auction Results, which have not yet been determined. Accordingly, the value of such interests may be listed as "unknown" because the Debtor's books and records do not record a net book value for any leasehold interests.

d. <u>Schedule A/B, Part 11 – All Other Assets</u>.

    i. *Question 72 – Tax Refunds and Unused Net Operating Losses*. Debtor's operations generate a net operating loss (each a "<u>NOL</u>" and, collectively, the "<u>NOLs</u>") for taxes purposes, which is passed through and reported on the taxed returns of its sole member, Ascentia, Inc. Accordingly, the Debtor has omitted these NOLs from this Part 11 of its Schedule A/B, as they belong to its member. The Debtor expressly reserves all rights with regard to these NOLs, and provides this explanation solely for informational purposes. Third parties should consult a tax attorney or other qualified professional in considering these matters.

    ii. *Question 74 – Causes of Action Against Third Parties*. The Debtor continues to investigate its potential claims against third parties; however, its investigation has been slowed by, among other things, recent changes in the Debtor's executive-level personnel. As certain claims or defenses the Debtor may possess involve matters which were negotiated and handled by prior executives, the Debtor's current executives need additional time to review relevant books and records and assess Debtor's rights in consultation with counsel. The failure to list in Schedule A/B such claims shall not be construed as an admission that such claims do not exist. Accordingly, the Debtor expressly reserves all rights with respect to any claim, controversy, demand, right, action, suit, obligation, liability, debt, account, defense, offset, power, privilege, license, lien, indemnity, guaranty, interest, damage, remedy, cause of action, proceeding, agreement, or franchise of any kind or character whatsoever, whether known or unknown, foreseen or unforeseen, existing or hereinafter arising, contingent or non-contingent, liquidated or unliquidated, secured or unsecured, assertable directly or derivatively, matured or unmatured, suspected or unsuspected, whether arising before, on, or after the Petition Date, in contract, in tort, at law, in equity, or otherwise (collectively, "<u>Causes of Action</u>"). Causes of Action also

include: (i) all rights of setoff, counterclaim, or recoupment and claims under contracts or for breaches of duties imposed by law or in equity; (ii) any claim based on or relating to, or in any manner arising from, in whole or in part, tort, breach of contract, breach of fiduciary duty, violation of local, state, federal, or foreign law, or breach of any duty imposed by law or in equity, including, without limitation, securities laws, negligence, and gross negligence; (iii) the right to object to or otherwise contest claims or interests; (iv) claims pursuant to Section 362 of the Bankruptcy Code; (v) such claims and defenses as fraud, mistake, duress, and usury and any other defenses set forth in or preserved by Section 558 of the Bankruptcy Code; and (vi) any Avoidance Actions. Neither the Global Notes nor the Schedules and SOFA shall be deemed a waiver of any such claims, defenses, Causes of Action, or Avoidance Actions or in any way prejudice or impair the assertion of such matters.

e.      <u>Schedule D – Creditors Who Have Claims Secured by Property</u>. Except as otherwise agreed pursuant to a stipulation duly executed by the Debtor after the commencement of this Case and filed of record therein or any order entered by the Bankruptcy Court, the Debtor reserves its rights to dispute or challenge the validity, extent, priority, or perfection any lien purported to be granted or perfected in or against any asset of the Estate. Furthermore, the descriptions provided in Schedule D are intended only to be informational. Reference to the applicable agreements and other related documents is necessary for a complete description of the collateral and the nature, extent, and priority of any liens.

f.      <u>Schedule E/F – Creditors Who Have Unsecured Claims</u>. The liabilities identified on Schedule E/F are derived from the Debtor's books and records and other information reasonably available to Debtor under the circumstances. In certain instances, unsecured creditors may have accrued multiple independent liabilities, which may or may not have been aggregated in the listed liabilities. The listing of a claim on Schedule E/F does not constitute an admission that such claim or any portion thereof is entitled to priority status either as a deposit or otherwise, and the Debtor expressly reserves its rights to contest the characterization of any such claim. Furthermore, a given amount listed in Schedule E/F may or may not reflect any Post-Petition Payments received by such claimant, the Debtor may not have received notice of all outstanding invoices and claims as of

the preparation of its Schedule E/F, and threatened litigation may or may not have been listed depending upon the Debtor's good faith assessment of the risk that such claims will actually proceed to litigation.

g.      <u>Schedule G – Executory Contract and Unexpired Leases</u>. In the ordinary course of business, the Debtor has entered into numerous agreements. While reasonable efforts have been made to ensure the accuracy of Schedule G, inadvertent errors or omissions may have occurred. The description of any contract or lease on Schedule G is solely for information purposes, and such descriptions do not constitute an admission as to the characterization of such contract or lease. Listing a contract or lease on Schedule G does not constitute an admission that such contract or agreement is an executory contract or unexpired lease, that such contract or lease was in effect on the Petition Date, or that such contract or lease is valid or enforceable. Certain of the leases and contracts listed on Schedule G may contain renewal options, guarantees of payment, indemnification obligations, options to purchase, rights of first refusal, and other miscellaneous rights. The Debtor has not undertaken to separately identify such rights, powers, duties, and obligations. Omission of a contract or agreement from Schedule G does not constitute an admission that such omitted contract or agreement is not an executory contract or unexpired lease. The Debtor hereby reserves (i) all rights to dispute the validity, status, or enforceability of any contracts, agreements, or leases set forth on Schedule G; (ii) all rights to amend or supplement Schedule G as necessary; and (iii) all rights arising under the Bankruptcy Code, applicable law, or the law of this Case with respect to any contracts or leases.

h.      <u>Statement of Financial Affairs – Part 11</u>. The bailments identified in this Part 11 of the SOFA are derived from Debtor's preliminary review of its books and records, and the Debtor expressly its right to recharacterize the property identified as being held in any putative bailment listed therein. Listing a property interest on Part 11 of the SOFA does not constitute an admission that such interest is not property of the Estate, that any bailment was in effect on the Petition Date, or that any bailment was created expressly or implicitly between the Debtor and any interested party referred to therein. In connection with the commencement of this Case, the Debtor has been presented with multiple allegations that its coal stockpiles are being held for the benefit of another entity. Marco International Corporation ("<u>Marco</u>") is one such claimant, asserting a right to a stockpile of coal

segregated on CCL's facilities for its benefit. *See generally* Dkt. No. 179. However, Marco's alleged bailment rights have not been listed in this preliminary compilation of bailments because the Debtor is unaware of any authenticated agreement between itself and Marco. Furthermore, to the best of Debtor's knowledge, Debtor holds sufficient coal to satisfy any bailment claim Marco may prove. The Debtor continues to investigate the validity of these alleged bailments. Accordingly, the Debtor hereby reserves (i) all rights to dispute the validity, status, or enforceability of any contracts, agreements, or other understandings set forth in this Part 11 of the SOFA; (ii) all rights to amend or supplement the SOFA as necessary; and (iii) all rights arising under the Bankruptcy Code, applicable law, or the law of this Case with respect to any putative bailments.

* * * * *

| Fill in this information to identify the case: |
|---|

| Debtor | Coking Coal, LLC |
|---|---|

| United States Bankruptcy Court for the: | Eastern District of Kentucky |
|---|---|

| Case number (if known) | 24-70529 |
|---|---|

☐ Check if this is an amended filing

## Official Form 206Sum

# Summary of Assets and Liabilities for Non-Individuals

12/15

---

**Part 1:**   Summary of Assets

---

1.  ***Schedule A/B: Assets-Real and Personal Property*** (Official Form 206A/B)

    1a.  **Real property:**

        Copy line 88 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| UNDETERMINED |
|---|

    1b.  **Total personal property:**

        Copy line 91A from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $21,821,704.60 |
|---|

    1c.  **Total of all property:**

        Copy line 92 from *Schedule A/B* . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $21,821,704.60 |
|---|

---

**Part 2:**   Summary of Liabilities

---

2.  ***Schedule D: Creditors Who Have Claims Secured by Property*** (Official Form 206D)

    Copy the total dollar amount listed in Column A, *Amount of claim*, from line 3 of *Schedule D* . . . . . . . . .

| $57,573,654.71 |
|---|

3.  ***Schedule E/F: Creditors Who Have Unsecured Claims*** (Official Form 206EF)

    3a.  **Total claim amounts of priority unsecured claims:**

        Copy the total claims from Part 1 from line 5a of Schedule E/F . . . . . . . . . . . . . . . . . . . . . . . . . . .

| $542,552.74 |
|---|

    3b.  **Total amount of claims of nonpriority amount of unsecured claims:**

        Copy the total of the amount of claims from Part 2 from line 5b of Schedule E/F . . . . . . . . . . . . . .

| + | $59,882,967.87 |
|---|---|

4.  **Total liabilities** . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .
    Lines 2 + 3a + 3b

| $117,999,175.32 |
|---|

---

<table>
<tr><td colspan="2"><b>Fill in this information to identify the case:</b></td></tr>
</table>

| | |
|---|---|
| Debtor | Coking Coal, LLC |
| United States Bankruptcy Court for the: | Eastern District of Kentucky |
| Case number (if known) | 24-70529 |

☐ Check if this is an
   amended filing

## Official Form 206A/B

# Schedule A/B: Assets - Real and Personal Property

**12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | CASH AND CASH EQUIVALENTS |
|---|---|

**1.** **DOES THE DEBTOR HAVE ANY CASH OR CASH EQUIVALENTS?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

**2.** **CASH ON HAND**

| 2.1. | PETTY CASH | | | $72.41 |
|---|---|---|---|---|

**3.** **CHECKING, SAVINGS, MONEY MARKET, OR FINANCIAL BROKERAGE ACCOUNTS**
*(IDENTIFY ALL)*

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | CENTRAL BANK & TRUST | BUSINESS CHECKING | 3106 | $208.61 |
| 3.2. | CENTRAL BANK & TRUST | BUSINESS CHECKING | 9334 | $2,870.00 |
| 3.3. | CENTRAL BANK & TRUST | BUSINESS CHECKING | 9352 | ($51,493.11) |
| 3.4. | CENTRAL BANK & TRUST | CERTIFICATE OF DEPOSIT - BOND COLLATERAL | 2532 | $1,026,821.31 |
| 3.5. | CENTRAL BANK & TRUST | CERTIFICATE OF DEPOSIT - BOND COLLATERAL | 2588 | $1,026,821.31 |
| 3.6. | CENTRAL BANK & TRUST | CERTIFICATE OF DEPOSIT - UTILITY COLLATERAL | 2858 | $75,321.45 |
| 3.7. | FIRST HORIZON BANK | BUSINESS CHECKING | 8269 | $11,942.82 |
| 3.8. | FIRST HORIZON BANK | DEPOSIT ACCOUNT CONTROL AGREEMENT (DACA) | 8493 | $2,000.00 |
| 3.9. | WELLS FARGO BANK | BUSINESS CHECKING | 4408 | $101.85 |

**4.** **OTHER CASH EQUIVALENTS**

**NONE**

| 5 | **Total of Part 1.** ADD LINES 2 THROUGH 4 (INCLUDING AMOUNTS ON ANY ADDITIONAL SHEETS). COPY THE TOTAL TO LINE 80. | $2,094,666.65 |
| --- | --- | --- |

| **Part 2:** | **DEPOSITS AND PREPAYMENTS** |
| --- | --- |

**6. DOES THE DEBTOR HAVE ANY DEPOSITS OR PREPAYMENTS?**

☐ No. Go to Part 3.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

**7. DEPOSITS, INCLUDING SECURITY DEPOSITS AND UTILITY DEPOSITS**

DESCRIPTION, INCLUDING NAME OF HOLDER OF DEPOSIT

| | | |
| --- | --- | --- |
| 7.1. | 3LS PROPERTIES - OFFICE RENTAL DEPOSIT | $2,699.13 |
| 7.2. | BOYD COMPANY - RENTAL DEPOSIT | $15,525.00 |
| 7.3. | CUMBERLAND VALLEY ELECTRIC - UTILITY DEPOSIT | $356.52 |
| 7.4. | KENTUCKY EMPLOYER'S MUTUAL INSURANCE - WORKERS' COMPENSATION ACCOUNT DEPOSIT | $399,139.52 |
| 7.5. | OLD DOMINION POWER - UTILITY DEPOSITS | $48,765.11 |

**8. PREPAYMENTS, INCLUDING PREPAYMENTS ON EXECUTORY CONTRACTS, LEASES, INSURANCE, TAXES, AND RENT**

DESCRIPTION, INCLUDING NAME OF HOLDER OF PREPAYMENT

| | | |
| --- | --- | --- |
| 8.1. | AFCO - EQUIPMENT INSURANCE POLICY | $67,725.06 |
| 8.2. | AFCO - EQUIPMENT INSURANCE POLICY FINANCE CHARGE | $885.56 |
| 8.3. | AMERICAN RESOURCES INSURANCE CO - BOND PREMIUMS | $99,243.23 |
| 8.4. | CENTRAL BANK & TRUST - LC RENEWAL FEES | $10,375.00 |
| 8.5. | CENTRAL BANK INSURANCE AGENCY - D&O POLICY | $2,981.50 |
| 8.6. | CENTRAL BANK INSURANCE AGENCY - EQUIPMENT RENEWAL | $59,585.93 |
| 8.7. | CONTINENTAL HERITAGE - BOND PREMIUMS | $46,978.81 |
| 8.8. | DAMSTRA TECHNOLOGY - PLANT SECURITY | $1,440.00 |
| 8.9. | JOHN HANCOCK LIFE INSURANCE COMPANY - LIFE INSURANCE POLICY | $4,310.89 |
| 8.10. | SKYWARD - WORKERS COMP INSURANCE PREMIUMS | $44,726.17 |
| 8.11. | VIRGINA DEPARTMENT OF ENERGY - ANNUAL PERMIT #1011461 | $8,766.67 |
| 8.12. | VIRGINA DEPARTMENT OF ENERGY - ANNUAL PERMIT #1011462 | $9,966.67 |

| 9 | **Total of Part 2.** ADD LINES 7 THROUGH 8. COPY THE TOTAL TO LINE 81. | $823,470.77 |
| --- | --- | --- |

| **Part 3:** | **ACCOUNTS RECEIVABLE** |
| --- | --- |

**10. DOES THE DEBTOR HAVE ANY ACCOUNTS RECEIVABLE?**

☑ No. Go to Part 4.
☐ Yes. Fill in the information below.

| | Current value of debtor's interest |
| --- | --- |

**11. ACCOUNTS RECEIVABLE**

| 12 | **Total of Part 3.** CURRENT VALUE ON LINES 11A + 11B = LINE 12. COPY THE TOTAL TO LINE 82. | NOT APPLICABLE |
| --- | --- | --- |

| Debtor | Mining Corp, LLC | | Case number (if known) | 24-70529 |
| | (Name) | | | |

| Part 4: | INVESTMENTS |
|---|---|

**13.  DOES THE DEBTOR OWN ANY INVESTMENTS?**

☒ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **14.  MUTUAL FUNDS OR PUBLICLY TRADED STOCKS NOT INCLUDED IN PART 1** <br> NAME OF FUND OR STOCK: | | | |
| **15.  NON-PUBLICLY TRADED STOCK AND INTERESTS IN INCORPORATED AND UNINCORPORATED BUSINESSES, INCLUDING ANY INTEREST IN AN LLC, PARTNERSHIP, OR JOINT VENTURE** | | | |
| **16.  GOVERNMENT BONDS, CORPORATE BONDS, AND OTHER NEGOTIABLE AND NON-NEGOTIABLE INSTRUMENTS NOT INCLUDED IN PART 1** <br> DESCRIBE: | | | |

| **17**  **Total of Part 4.** <br> ADD LINES 14 THROUGH 16. COPY THE TOTAL TO LINE 83. | NOT APPLICABLE |
|---|---|

| Part 5: | INVENTORY, EXCLUDING AGRICULTURE ASSETS |
|---|---|

**18.  DOES THE DEBTOR OWN ANY INVENTORY (EXCLUDING AGRICULTURE ASSETS)?**

☐ No. Go to Part 6.

☒ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19.  RAW MATERIALS** <br> **NONE** | | | | |
| **20.  WORK IN PROGRESS** <br> **NONE** | | | | |
| **21.  FINISHED GOODS, INCLUDING GOODS HELD FOR RESALE** <br> **NONE** | | | | |
| **22.  OTHER INVENTORY OR SUPPLIES** | | | | |
| 22.1.    EQUIPMENT SPARES | 9/30/2024 | $116,871.82 | NET BOOK VALUE | $116,871.82 |
| 22.2.    GENERAL CONSUMABLES | 9/30/2024 | $2,161.08 | NET BOOK VALUE | $2,161.08 |
| 22.3.    MINING CONSUMABLES | 9/30/2024 | $324,358.52 | NET BOOK VALUE | $324,358.52 |

| **23**  **Total of Part 5.** <br> ADD LINES 19 THROUGH 22. COPY THE TOTAL TO LINE 84. | $443,391.42 |
|---|---|

**24.  Is any of the property listed in Part 5 perishable?**

☒ No

☐ Yes

**25.  Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☒ No

☐ Yes   Book value _____   Valuation method _____   Current value _____

**26.  Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☐ No

☒ Yes

Debtor **Swing Corr, LLC** _____ Case number (if known) **24-70529**
(Name)

## Part 6:    FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)

27. **DOES THE DEBTOR OWN OR LEASE ANY FARMING AND FISHING-RELATED ASSETS (OTHER THAN TITLED MOTOR VEHICLES AND LAND)?**
   ☒ No. Go to Part 7.
   ☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **28.  CROPS—EITHER PLANTED OR HARVESTED** | | | |
| **29.  FARM ANIMALS EXAMPLES: LIVESTOCK, POULTRY, FARM-RAISED FISH** _EXAMPLES:_ LIVESTOCK, POULTRY, FARM-RAISED FISH | | | |
| **30.  FARM MACHINERY AND EQUIPMENT  (OTHER THAN TITLED MOTOR VEHICLES)** (OTHER THAN TITLED MOTOR VEHICLES) | | | |
| **31.  FARM AND FISHING SUPPLIES, CHEMICALS, AND FEED** | | | |
| **32.  OTHER FARMING AND FISHING-RELATED PROPERTY NOT ALREADY LISTED IN PART 6** | | | |

| 33 | Total of Part 6. ADD LINES 28 THROUGH 32. COPY THE TOTAL TO LINE 85. | NOT APPLICABLE |
|---|---|---|

34. **Is the debtor a member of an agricultural cooperative?**
   ☒ No
   ☐ Yes.  Is any of the debtor's property stored at the cooperative ?
      ☐ No
      ☐ Yes

35. **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
   ☒ No
   ☐ Yes

36. **Is a depreciation schedule available for any of the property listed in Part 6?**
   ☒ No
   ☐ Yes

37. **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
   ☒ No
   ☐ Yes

## Part 7:    OFFICE FURNITURE, FIXTURES, AND EQUIPMENT; AND COLLECTIBLES

38. **DOES THE DEBTOR OWN OR LEASE ANY OFFICE FURNITURE, FIXTURES, EQUIPMENT, OR COLLECTIBLES?**
   ☐ No. Go to Part 8.
   ☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.  OFFICE FURNITURE** | | | |
| 39.1.    OFFICE FURNITURE | $8,658.49 | NET BOOK VALUE | $8,658.49 |
| **40.  OFFICE FIXTURES** | | | |
| **NONE** | | | |
| **41.  OFFICE EQUIPMENT, INCLUDING ALL COMPUTER EQUIPMENT AND COMMUNICATION SYSTEMS EQUIPMENT AND SOFTWARE** | | | |
| 41.1.    COMPUTER EQUIPMENT | $18,420.01 | NET BOOK VALUE | $18,420.01 |
| 41.2.    OFFICE EQUIPMENT | $12,773.22 | NET BOOK VALUE | $12,773.22 |

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **42.** **COLLECTIBLES** *EXAMPLES:* ANTIQUES AND FIGURINES; PAINTINGS, PRINTS, OR OTHER ARTWORK; BOOKS, PICTURES, OR OTHER ART OBJECTS; CHINA AND CRYSTAL; STAMP, COIN, OR BASEBALL CARD COLLECTIONS; OTHER COLLECTIONS, MEMORABILIA, OR COLLECTIBLES **NONE** | | | |
| **43** **Total of Part 7.** ADD LINES 39 THROUGH 42. COPY THE TOTAL TO LINE 86. | | | $39,851.72 |
| **44.** **Is a depreciation schedule available for any of the property listed in Part 7?** ☐ No ☑ Yes | | | |
| **45.** **Has any of the property listed in Part 7 been appraised by a professional within the last year?** ☐ No ☑ Yes | | | |

| Part 8: | MACHINERY, EQUIPMENT, AND VEHICLES |
|---|---|

**46.** **DOES THE DEBTOR OWN OR LEASE ANY MACHINERY, EQUIPMENT, OR VEHICLES?**
☐ No. Go to Part 9.
☑ Yes. Fill in the information below.

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** **AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.1.   16 SEAT PASSSENGER BUS | $4,068.00 | NET BOOK VALUE | $4,068.00 |
| 47.2.   1984 FORD LT9000 6X4 WATER TRUCK S/N: 1FTYU90X4EVA15460 | $5,893.81 | NET BOOK VALUE | $5,893.81 |
| 47.3.   1989 VOLVO DUMP TRUCK VIN#4V1VDBJF8KN614391 | $10,000.00 | NET BOOK VALUE | $10,000.00 |
| 47.4.   1998 DODGE RAM 1500 VIN#3B7HC16Y0WM272843 | $2,872.54 | NET BOOK VALUE | $2,872.54 |
| 47.5.   1999 FORD F-250 4X4 REGULAR CAB PICKUP S/N: 1FTPF28L2XKA83582 | $1,365.97 | NET BOOK VALUE | $1,365.97 |
| 47.6.   2000 FORD F-750 RED VIN#3FDXF75R2YMA04214 | $20,000.00 | NET BOOK VALUE | $20,000.00 |
| 47.7.   2003 FORD F150 XL PICKUP S/N: 2FTRF17263CA11133 | $894.69 | NET BOOK VALUE | $894.69 |
| 47.8.   2003 FREIGHTLINER M2 106 6X4 ROLLBACK TRUCK S/N: 1FVHCYAK63HL65883 | $22,871.58 | NET BOOK VALUE | $22,871.58 |
| 47.9.   2006 FORD F-250 XL 4X2 EXTENDED CAB PICKUP S/N: 1FTSX20P16EC71769 | $1,498.71 | NET BOOK VALUE | $1,498.71 |
| 47.10.   2006 FORD F-450 SUPER DUTY XL 4X2 CAB AND CHASSIS S/N: 1FDXX46P16ED26421 | $4,788.71 | NET BOOK VALUE | $4,788.71 |
| 47.11.   2006 MACK MODEL CV713 VIN#1M2AG11C86M039544 | $75,000.00 | NET BOOK VALUE | $75,000.00 |
| 47.12.   2007 FORD F150 EXTENDED CAB 4X4 PICKUP S/N: 1FTRX14W77FA61764 | $1,926.57 | NET BOOK VALUE | $1,926.57 |
| 47.13.   2007 MACK MODEL CV713 VIN#1M2SG11C67M056103 | $75,000.00 | NET BOOK VALUE | $75,000.00 |
| 47.14.   2009 FORD E-450 ECONOLINE 4X2 11-SEAT TRANSIT BUS | $674.77 | NET BOOK VALUE | $674.77 |
| 47.15.   2009 FORD E-450 ECONOLINE 4X2 11-SEAT TRANSIT BUS S/N: 1FDFE45P09DA37849 | $2,229.48 | NET BOOK VALUE | $2,229.48 |
| 47.16.   2009 FORD F150 XL CREW CAB PICKUP S/N: 1FTRW12889KC61523 | $2,547.88 | NET BOOK VALUE | $2,547.88 |
| 47.17.   2010 FORD RANGER XLT EXTENDED CAB PICKUP S/N: 1FTLR1EE6APA17570 | $2,392.44 | NET BOOK VALUE | $2,392.44 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. AUTOMOBILES, VANS, TRUCKS, MOTORCYCLES, TRAILERS, AND TITLED FARM VEHICLES** | | | |
| 47.18.   2014 FORD F-150 XL 4X4 CREW CAB PICKUP S/N: 1FTFW1EF3EKF78262 | $6,875.25 | NET BOOK VALUE | $6,875.25 |
| 47.19.   2020 TOYOTA RAV4 HYBRID VIN#4T3MWRFV9LU006211 | $17,972.72 | NET BOOK VALUE | $17,972.72 |
| 47.20.   LEXUS RX 460 SERIAL NO. 2T2HGMDA6MC062843 | $16,862.50 | NET BOOK VALUE | $16,862.50 |
| **48. WATERCRAFT, TRAILERS, MOTORS, AND RELATED ACCESSORIES** EXAMPLES: BOATS, TRAILERS, MOTORS, FLOATING HOMES, PERSONAL WATERCRAFT, AND FISHING VESSELS | | | |
| 48.1.   2004 CAR MATE TRAILERS INC. SINGLE AXLE ENCLOSED TRAILER, 12' X 68", 3,500 LB. CAP., VIN 5A3C612SX4L00261 | $3,540.00 | NET BOOK VALUE | $3,540.00 |
| 48.2.   EXTENDABLE 40' FLATBED TRAILER | $1,000.00 | NET BOOK VALUE | $1,000.00 |
| 48.3.   FULLER-DAVIS SINGLE AXLE SIR COMPRESSOR TRAILER, JOHN DEERE DIESEL MOTOR S/N 95-03931-123-3, MODEL 190RPDQ | $813.02 | NET BOOK VALUE | $813.02 |
| **49. AIRCRAFT AND ACCESSORIES** | | | |
| **NONE** | | | |
| **50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.1.   # 10003839 MX3-IZ LOCATORS, #10001710 MX3-IZ 6 POSITION CHARGING RACK | $24,719.78 | NET BOOK VALUE | $24,719.78 |
| 50.2.   #2 3 COND RD GGC 750' M170.200100 (TRAILING CABLE FOR UNIT RB-301) | $6,319.89 | NET BOOK VALUE | $6,319.89 |
| 50.3.   #2 3/C GG-C 2KV CABLE | $8,613.00 | NET BOOK VALUE | $8,613.00 |
| 50.4.   #4 3C GGC FLAT CABLE | $3,898.64 | NET BOOK VALUE | $3,898.64 |
| 50.5.   #6 3C GGC 2KV PUMP CABLE FOR TF2 | $11,339.18 | NET BOOK VALUE | $11,339.18 |
| 50.6.   1.5" X 1.5" X .75" (5/8") SQUARE BOSS BLOCK, 1.5" X 1.5" X .75" (5/8") SQUARE BOSS BLOCK, WELD/TAP HOLES FOR MINER CONDUIT | $324.34 | NET BOOK VALUE | $324.34 |
| 50.7.   10 #150 WELD ON FLANGE | $138.80 | NET BOOK VALUE | $138.80 |
| 50.8.   10,700M OF KRUPP SELF-CENTERING OVERLAND CONVEYOR STRUCTURE, WITH SUPPORT BRACKETS, SEPARATE ANIMAL CROSSING SECTIONS, SIDE PANELS, NUTS, BOLTS AND SCRAPERS | $3,250,000.00 | NET BOOK VALUE | $3,250,000.00 |
| 50.9.   1000 AMP COMPLETE RE-TRAY SCOOP BATTERY | $42,572.00 | NET BOOK VALUE | $42,572.00 |
| 50.10.   1000 AMP SCOOP BATTERY COMPLETE RE-TRAY (S-401) | $20,730.31 | NET BOOK VALUE | $20,730.31 |
| 50.11.   10003839 MX3-IZ LOCATOR & 10001710 MX3-IZ CHARGING RACK 6 POSITION | $25,618.34 | NET BOOK VALUE | $25,618.34 |
| 50.12.   100115327 GATHERING HEAD CYLINDER (EXCHANGE) CM-102) | $1,625.94 | NET BOOK VALUE | $1,625.94 |
| 50.13.   100164037 SHEAR CYLINDER | $5,000.00 | NET BOOK VALUE | $5,000.00 |
| 50.14.   100168996 BOOM LIFT CYLINDER FOR MINER UNIT# CM-106 | $2,600.00 | NET BOOK VALUE | $2,600.00 |
| 50.15.   100401811 VFD ( EXCHANGE) FOR MINER UNIT# CM-106 | $12,500.00 | NET BOOK VALUE | $12,500.00 |
| 50.16.   100T 6FT JACK | $3,551.15 | NET BOOK VALUE | $3,551.15 |
| 50.17.   1010' RECONDITIONED 2/0 3C 8KV MPF-GC HIGH VOLTAGE CABLE (TF2 SECOND SECTION) | $7,574.50 | NET BOOK VALUE | $7,574.50 |

Debtor    Mining Coal, LLC
(Name)

Case 24-70529-grs   Doc 209   Filed 01/10/25   Entered 01/10/25 22:57:46   Desc Main
Case number (if known)  24-70529
Document   Page 19 of 118

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.18. 1080' 2/0, 3C MPF-GC 8 KV HIGH VOLTAGE CABLE FOR 001 & 002 SECTIONS AT TF2 | $10,905.85 | NET BOOK VALUE | $10,905.85 |
| 50.19. 10FT 300# FIBERGLASS STEP LADDER | $239.83 | NET BOOK VALUE | $239.83 |
| 50.20. 10LB FIRE EXTINGUISHER | $1,042.50 | NET BOOK VALUE | $1,042.50 |
| 50.21. 110V TSURUMI PUMP | $312.93 | NET BOOK VALUE | $312.93 |
| 50.22. 11206 BEARING ASSY CRUSHER 5-11/16 HD DESIGN B (FB-500) | $7,530.00 | NET BOOK VALUE | $7,530.00 |
| 50.23. 1150 COVER | $2,000.00 | NET BOOK VALUE | $2,000.00 |
| 50.24. 12 #150 WELD ON FLANGE | $205.76 | NET BOOK VALUE | $205.76 |
| 50.25. 12" OFFSET DROP BRACKET WITH J-BOLT & LOOP NUT | $1,225.00 | NET BOOK VALUE | $1,225.00 |
| 50.26. 12FT 300# FIBER GLASS STEP LADDER | $296.81 | NET BOOK VALUE | $296.81 |
| 50.27. 13 HP FLYGT PUMP | $13,000.00 | NET BOOK VALUE | $13,000.00 |
| 50.28. 14 X 24 XH CUT PIPE | $509.10 | NET BOOK VALUE | $509.10 |
| 50.29. 1410-A MINER (S/N 4934) PARTS MACHINE | $50,000.00 | NET BOOK VALUE | $50,000.00 |
| 50.30. 1410-A MINER (S/N 5341) | $700,000.00 | NET BOOK VALUE | $700,000.00 |
| 50.31. 1-5/8" X 36" SDS MAX BIT | $600.00 | NET BOOK VALUE | $600.00 |
| 50.32. 1500 KVA SECTION POWER CENTRE - WHITE S/N 429B107-06 | $45,391.93 | NET BOOK VALUE | $45,391.93 |
| 50.33. 16' ERIEZ COLUMN CELL WITH NONE WORKING AIR COMPRESSOR AND SUPPORT STRUCTURE ASIS | $109,022.98 | NET BOOK VALUE | $109,022.98 |
| 50.34. 16 IP SS MORRIS CPL | $822.89 | NET BOOK VALUE | $822.89 |
| 50.35. 18 IN SS KNIFE VALVE W HD | $4,951.25 | NET BOOK VALUE | $4,951.25 |
| 50.36. 18 SS MORRIS CPL | $932.44 | NET BOOK VALUE | $932.44 |
| 50.37. 1800 BTU A/C HEATER | $1,053.69 | NET BOOK VALUE | $1,053.69 |
| 50.38. 18FT X 20 FT MINE CANOPY | $15,932.57 | NET BOOK VALUE | $15,932.57 |
| 50.39. 18FT X 20FT MINE FAN HOUSE | $3,186.46 | NET BOOK VALUE | $3,186.46 |
| 50.40. 1986 JOHN DEERE 772A MOTOR GRADER | $1,000.00 | NET BOOK VALUE | $1,000.00 |
| 50.41. 1986 JOHN DEERE 772A MOTOR GRADER - P1106678 S/N: DW772BX511873 | $10,769.49 | NET BOOK VALUE | $10,769.49 |
| 50.42. 1993 LIFT KING LK12M22 12000 LB 4X2 ROUGH TERRAIN FORKLIFT S/N LK8439 | $5,542.99 | NET BOOK VALUE | $5,542.99 |
| 50.43. 1H COMPRESSN LUG | $180.00 | NET BOOK VALUE | $180.00 |
| 50.44. 1H COMPRESSN LUG | $28.00 | NET BOOK VALUE | $28.00 |
| 50.45. 1IN BOOSTER PUMP | $1,656.25 | NET BOOK VALUE | $1,656.25 |
| 50.46. 1S4295 GASKET (D-2002) | $5.82 | NET BOOK VALUE | $5.82 |
| 50.47. 2" FLANGE BEARING | $375.31 | NET BOOK VALUE | $375.31 |
| 50.48. 2 SHUTTLE CARS | $100,000.00 | NET BOOK VALUE | $100,000.00 |
| 50.49. 2 X 1,020 FT #4 3/C GG-C 2KV (SHUTTLE CAR CABLE SC-200, 201, 202) | $10,010.00 | NET BOOK VALUE | $10,010.00 |
| 50.50. 2" SDS ROTARY HAMMER DRILL | $1,148.13 | NET BOOK VALUE | $1,148.13 |
| 50.51. 2" X 15" X 5' CRETEPLANK - STEEL EDGE (BUILD 9 OVERCASTS TRACE FORK 2) | $33,124.82 | NET BOOK VALUE | $33,124.82 |
| 50.52. 2" X 15" X 5' CRETEPLANK - STEEL EDGE (BUILD 9 OVERCASTS TRACE FORK 2) | $22,083.20 | NET BOOK VALUE | $22,083.20 |
| 50.53. 2/0 3/C MPF-GC 8KV | $9,874.97 | NET BOOK VALUE | $9,874.97 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**50.**   **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)**

| | | | |
|---|---|---|---|
| 50.54. | 2/0 3/C MPF-GC 8KV CABLE | $11,943.75 | NET BOOK VALUE | $11,943.75 |
| 50.55. | 2/0 3/C MPF-GC 8KV CABLE(002 SECTION) | $12,054.00 | NET BOOK VALUE | $12,054.00 |
| 50.56. | 2/0 3/C MPF-GGC 8KV | $11,270.00 | NET BOOK VALUE | $11,270.00 |
| 50.57. | 2/0 3/C SHD-GC 2KV CABLE | $18,360.00 | NET BOOK VALUE | $18,360.00 |
| 50.58. | 2/0 3/C SHD-GC 2KV CABLE (CM-100) | $20,775.00 | NET BOOK VALUE | $20,775.00 |
| 50.59. | 2/0 3/C SHD-GC 5KV CABLE | $10,489.50 | NET BOOK VALUE | $10,489.50 |
| 50.60. | 2/0 3C MPF-GC 4 KV HIGH VOLTAGE CABLE | $7,462.07 | NET BOOK VALUE | $7,462.07 |
| 50.61. | 2/0 3C MPF-GC 8KV HIGH VOLTAGE CABLE (TF2) | $10,223.44 | NET BOOK VALUE | $10,223.44 |
| 50.62. | 2/0 8KV MPF/PVC HIGH VOLTAGE CABLE | $14,280.55 | NET BOOK VALUE | $14,280.55 |
| 50.63. | 2/0 HIGH VOLTAGE — 8KV ($10.00 PER FOOT) 509 FEET | $3,512.12 | NET BOOK VALUE | $3,512.12 |
| 50.64. | 20' STEEL BEAM-H | $10,059.37 | NET BOOK VALUE | $10,059.37 |
| 50.65. | 200 FT #1 3/C GGC 2KV @ $10.00 FT. FOR MINER WATER PUMP | $1,380.01 | NET BOOK VALUE | $1,380.01 |
| 50.66. | 2000 KOMATSU GD650A-2B MOTOR GRADER | $24,536.06 | NET BOOK VALUE | $24,536.06 |
| 50.67. | 2001 KENWORTH 4X2 FUEL AND LUBE TRUCK S/N: 2NKMHD7X61M872397 | $31,570.00 | NET BOOK VALUE | $31,570.00 |
| 50.68. | 2004 JOHN DEERE 310SG 4X4 BACKHOE LOADER S/N T0310SG37502 | $20,562.20 | NET BOOK VALUE | $20,562.20 |
| 50.69. | 2005 JOHN DEERE 225C LC | $4,500.00 | NET BOOK VALUE | $4,500.00 |
| 50.70. | 2005 JOHN DEERE 225C LC TRACKED EXCAVATOR S/N:FF225CX500341 | $22,409.21 | NET BOOK VALUE | $22,409.21 |
| 50.71. | 2009 JOHN DEERE 844K WHEEL LOADER S/N DW844KX623088 | $25,010.99 | NET BOOK VALUE | $25,010.99 |
| 50.72. | 21 SC SHUTTLE CAR ( REFURBISHED) | $72,452.07 | NET BOOK VALUE | $72,452.07 |
| 50.73. | 212165 2 X 12 X 16 REG. LUMBER | $273.34 | NET BOOK VALUE | $273.34 |
| 50.74. | 220V TSURUMI PUMP | $312.93 | NET BOOK VALUE | $312.93 |
| 50.75. | 225 KVA BELT STARTER SERIAL# 033B143-05 - OSAKA | $10,500.00 | NET BOOK VALUE | $10,500.00 |
| 50.76. | 233 PYOTT-BOONE FAN FLAPPER | $114.76 | NET BOOK VALUE | $114.76 |
| 50.77. | 240V 18IN DIAMETER WATER HEATER | $678.67 | NET BOOK VALUE | $678.67 |
| 50.78. | 245000 COUPLING AQUAMINE 4"X4"X1.5 293800044 | $417.92 | NET BOOK VALUE | $417.92 |
| 50.79. | 245000 COUPLING AQUAMINE 4"X4"X1.5 293800044 | $417.92 | NET BOOK VALUE | $417.92 |
| 50.80. | 245000 COUPLING AQUAMINE 4"X4"X1.5 293800044 CD729380IK | $417.92 | NET BOOK VALUE | $417.92 |
| 50.81. | 245130 PIPE 4IN SDR12.4 W/CPLG 350PSI 290040350 | $8,934.67 | NET BOOK VALUE | $8,934.67 |
| 50.82. | 245130 PIPE 4IN SDR12.4 W/CPLG 350PSI 290040350 | $8,680.24 | NET BOOK VALUE | $8,680.24 |
| 50.83. | 245130 PIPE 4IN SDR12.4 W/CPLG 350PSI 290040350 COMES 520FT/PAL 24PAL/TL | $8,934.67 | NET BOOK VALUE | $8,934.67 |
| 50.84. | 262.2 DLO CPE JACKET 2KV | $360.00 | NET BOOK VALUE | $360.00 |
| 50.85. | 28 UNIT STORAGE BOXES (STORAGE FOR OCENCO SELF RESCUERS) | $4,164.22 | NET BOOK VALUE | $4,164.22 |
| 50.86. | 2IN NON-W/T CONN, 2IN PLS COND BSHG | $72.36 | NET BOOK VALUE | $72.36 |
| 50.87. | 3/4" DRIVE X 1-1/8" STANDARD - 8 POINT | $23.19 | NET BOOK VALUE | $23.19 |
| 50.88. | 30 FT PROBE W / 102 LD CRADLE | $637.50 | NET BOOK VALUE | $637.50 |
| 50.89. | 30 MESH SCRUBBER SCREEN | $351.50 | NET BOOK VALUE | $351.50 |

| Debtor | Coming Coal, LLC | | Case number *(if known)* | 24-70529 | |
|---|---|---|---|---|---|
| | (Name) | | | | |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**50.    OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)**

| | General description | Net book value | Valuation method | Current value |
|---|---|---|---|---|
| 50.90. | 300 KVA BELT BOX 7200/480V S/N:14311 | $12,500.00 | NET BOOK VALUE | $12,500.00 |
| 50.91. | 300 KVA BELT BOX S/N 14537 | $9,867.78 | NET BOOK VALUE | $9,867.78 |
| 50.92. | 300 KVA BELT DRIVE TRANSFORMER - WHITE S/N 13357 | $9,867.78 | NET BOOK VALUE | $9,867.78 |
| 50.93. | 300 KVA BELT STARTER SERIAL# 11295 - TF2 | $12,500.00 | NET BOOK VALUE | $12,500.00 |
| 50.94. | 300 KVA C3 BOX 7200/4160/480 | $7,166.07 | NET BOOK VALUE | $7,166.07 |
| 50.95. | 312223 ALTAIR 3GAS | $925.18 | NET BOOK VALUE | $925.18 |
| 50.96. | 314021 ALTAIR 4X DETECTOR 4 GAS  0-5%02-0-30%C | $2,082.49 | NET BOOK VALUE | $2,082.49 |
| 50.97. | 314223 ALTAIR 4X MSHA 3-GAS CH4 02 CO 10125912 | $1,903.00 | NET BOOK VALUE | $1,903.00 |
| 50.98. | 314223 ALTAIR 4X MSHA 3-GAS CH4 02 CO 10125912 | $1,903.00 | NET BOOK VALUE | $1,903.00 |
| 50.99. | 314223 ALTAIR 4X MSHA 3-GAS CH4, O2, CO 10125912 | $1,899.25 | NET BOOK VALUE | $1,899.25 |
| 50.100. | 321847 48X5 TZ CCS LOK ROOF HUNG RIDGID RAIL STRUCTURE (002 SECTION TF2) | $31,800.00 | NET BOOK VALUE | $31,800.00 |
| 50.101. | 321847 48X5 TZ CCS LOK ROOF HUNG RIDGID RAIL STRUCTURE (002 SECTION TF2) | $31,800.00 | NET BOOK VALUE | $31,800.00 |
| 50.102. | 32FT F/G EXT LADDER 300LB | $513.15 | NET BOOK VALUE | $513.15 |
| 50.103. | 33" RETURN ROLLERS (FOR BELTS UNIT'S U202, U206, U225,U115,U24, U219 &U227) | $440.00 | NET BOOK VALUE | $440.00 |
| 50.104. | 34.5 KB AIR SWITCH | $4,500.00 | NET BOOK VALUE | $4,500.00 |
| 50.105. | 3406C LONG BLOCK (D-2002) | $18,265.00 | NET BOOK VALUE | $18,265.00 |
| 50.106. | 350KW SKID -MOUNTED GENERATOR SET S/N 350TH119<br>CAT 8 CYLINDER DIESEL ENGINE, 438 KVA/350 KW RATED 3 PHASE POWER OUTPUT, 230 V | $4,160.53 | NET BOOK VALUE | $4,160.53 |
| 50.107. | 36 X 52 DRIVE ROLLER 1" TUBE 1/2" DIAMOND LAGGING DISASSEMBLE - REASSEMBLE | $10,343.45 | NET BOOK VALUE | $10,343.45 |
| 50.108. | 36322002 2-3 GGC FLT 2KV | $8,963.50 | NET BOOK VALUE | $8,963.50 |
| 50.109. | 36442002 2-3 GGC RD 2KV | $4,800.00 | NET BOOK VALUE | $4,800.00 |
| 50.110. | 366642 X151700015 CAL GAS 50PPM CO | $785.64 | NET BOOK VALUE | $785.64 |
| 50.111. | 366642 X151700015 CAL GAS 50PPM CO | $785.64 | NET BOOK VALUE | $785.64 |
| 50.112. | 39" RETURN ROLLERS (FOR BELTS UNIT'S U202, U206, U225,U115,U24, U22, U219 &U227) | $980.00 | NET BOOK VALUE | $980.00 |
| 50.113. | 3P 400A K FRAME C SER MOLDED BRKR | $1,500.00 | NET BOOK VALUE | $1,500.00 |
| 50.114. | 4 PLY 800 PIW 48" BELT | $33,875.82 | NET BOOK VALUE | $33,875.82 |
| 50.115. | 4 PLY 800 PIW 48" BELT | $10,581.77 | NET BOOK VALUE | $10,581.77 |
| 50.116. | 4 PLY 800 PIW 48" BELT | $9,017.52 | NET BOOK VALUE | $9,017.52 |
| 50.117. | 4 PLY 800 PIW 48"BELT | $21,813.66 | NET BOOK VALUE | $21,813.66 |
| 50.118. | 4 PLY 800 PIW RUBBER BELT 513' & 4 PLY 800 PIW RUBBER BELT 481' | $17,725.28 | NET BOOK VALUE | $17,725.28 |
| 50.119. | 4 PLY 800 PIW RUBBER BELT PART 14 (482') | $8,462.06 | NET BOOK VALUE | $8,462.06 |
| 50.120. | 4 PLY 800 PIW RUBBER BELT PART 14 (520') | $9,129.20 | NET BOOK VALUE | $9,129.20 |
| 50.121. | 4" HDPE DR11 PIPE-IPS AWA BLACK PE3608/4710 40 FT LENGTHS & 4" #9095 COUPLING HDPE4" #9095 COUPLING HDPE | $5,611.53 | NET BOOK VALUE | $5,611.53 |
| 50.122. | 4/0 8KV MPF HIGH VOLTAGE CABLE | $41,300.00 | NET BOOK VALUE | $41,300.00 |
| 50.123. | 42IN 3PLY 600 PIW 1/4X1/8 USED (CB-600) | $4,255.00 | NET BOOK VALUE | $4,255.00 |
| 50.124. | 4-3 FLAT CABLE ($10.00 PER FOOT) 2,479 FEET | $17,105.54 | NET BOOK VALUE | $17,105.54 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | |
| 50.125.  447T 250HP 460V BELT MOTOR (QUOTE DATED 06/20/2022) | $4,939.72 | NET BOOK VALUE | $4,939.72 |
| 50.126.  45" RETURN ROLLERS (FOR BELTS UNIT'S U202, U206, U225,U115,U24, U22, U219 &U227) | $220.00 | NET BOOK VALUE | $220.00 |
| 50.127.  450411 DURALINE LINING Z100 650LB DRUM | $673.20 | NET BOOK VALUE | $673.20 |
| 50.128.  48" CONTINENTAL BOTTOM RETURN | $6,900.00 | NET BOOK VALUE | $6,900.00 |
| 50.129.  48" CONTINENTAL BOTTOM RETURN | $6,900.00 | NET BOOK VALUE | $6,900.00 |
| 50.130.  48" CONTINENTAL BOTTOM RETURN | $6,900.00 | NET BOOK VALUE | $6,900.00 |
| 50.131.  48" CONTINENTAL BOTTOM RETURN | $6,900.00 | NET BOOK VALUE | $6,900.00 |
| 50.132.  48" CONTINENTAL BOTTOM RETURN | $6,900.00 | NET BOOK VALUE | $6,900.00 |
| 50.133.  48" CONTINENTAL BOTTOM RETURN | $3,450.00 | NET BOOK VALUE | $3,450.00 |
| 50.134.  48" CONTINENTAL BOTTOM RETURN**TAZZ | $7,085.17 | NET BOOK VALUE | $7,085.17 |
| 50.135.  48" PRECISION REPLACEMENT TOP ROLLER**PPI | $7,759.96 | NET BOOK VALUE | $7,759.96 |
| 50.136.  48" PRECISION TOP ROLLER**PPI | $13,716.41 | NET BOOK VALUE | $13,716.41 |
| 50.137.  48" 3/600 3/16X1/16 CONVEYOR BELT | $37,497.68 | NET BOOK VALUE | $37,497.68 |
| 50.138.  48" 3/600 3/16X1/16 MSHA PART-14 2.0 CONVEYOR BELT (CB-602 TRACE FORK 2) | $38,044.26 | NET BOOK VALUE | $38,044.26 |
| 50.139.  48" 4 PLY 800 PIW BELT PART 14 (530') & 48" 4 PLY 800 PIW BELT PART 14 (501') | $18,177.07 | NET BOOK VALUE | $18,177.07 |
| 50.140.  48" 4 PLY 800 PIW USED PART 14 CONVEYOR BELT (CB-601) | $13,107.00 | NET BOOK VALUE | $13,107.00 |
| 50.141.  48" 4 PLY PIW 14 CONVEYOR BELT 500' & 541 TOTAL 1,041' | $18,059.94 | NET BOOK VALUE | $18,059.94 |
| 50.142.  48" BELT HEAD DRIVE AMS S/N 1310 | $39,471.26 | NET BOOK VALUE | $39,471.26 |
| 50.143.  48" HEAD DRIVE - BYCYRUS S/N 387548-10 | $39,471.26 | NET BOOK VALUE | $39,471.26 |
| 50.144.  48" RUN THROUGH TAIL PIECE/W MOON SLIDERS | $6,220.34 | NET BOOK VALUE | $6,220.34 |
| 50.145.  48" TAIL PIECE | $3,500.00 | NET BOOK VALUE | $3,500.00 |
| 50.146.  48" TAIL PIECE S/N AMS 3304 | $11,841.35 | NET BOOK VALUE | $11,841.35 |
| 50.147.  48" X 12' TAILPIECE FOR TF2 002 SECTION | $12,320.00 | NET BOOK VALUE | $12,320.00 |
| 50.148.  480V 150/200 HP BELT STARTER FOR 002 SECTION AT TF2 | $10,787.19 | NET BOOK VALUE | $10,787.19 |
| 50.149.  480V 150/200HP RVNR STARTER | $11,900.00 | NET BOOK VALUE | $11,900.00 |
| 50.150.  480V 150/200HP RVNR STARTER | $10,900.00 | NET BOOK VALUE | $10,900.00 |
| 50.151.  482 SCOOP & CHARGER S/N ST1005A15499-1-1 | $122,478.46 | NET BOOK VALUE | $122,478.46 |
| 50.152.  482 SCOOP BATTERY | $10,281.34 | NET BOOK VALUE | $10,281.34 |
| 50.153.  488 TYPE SCOOP BATTERY 1,000 AMP | $23,347.83 | NET BOOK VALUE | $23,347.83 |
| 50.154.  48IN 3 PLY 600PSI BELT | $26,367.00 | NET BOOK VALUE | $26,367.00 |
| 50.155.  48IN 3PLY 600PIW PART 14 RUBBER BELT | $15,070.50 | NET BOOK VALUE | $15,070.50 |
| 50.156.  48IN BUCYRUS COMBO HEAD DRIVE S/N:403587-10 | $50,000.00 | NET BOOK VALUE | $50,000.00 |
| 50.157.  48IN CONTINENTAL BOTTOM RETURN | $6,900.00 | NET BOOK VALUE | $6,900.00 |
| 50.158.  4DR4597170 TEST GAS 116 L, N02, CO, CH4,O2/N2 | $2,431.00 | NET BOOK VALUE | $2,431.00 |
| 50.159.  5 - 35KV CLD  SHRK TRM, OTDR  INS OD -1.53 (1 KIT) | $1,383.30 | NET BOOK VALUE | $1,383.30 |
| 50.160.  5 - 35KV CLD SHRK TRM, INDR INS OD .72-1.29 (1/KIT) & FREIGHT (TRANSFORMER HOOK UP) | $2,125.36 | NET BOOK VALUE | $2,125.36 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | |
| 50.161. 5 GALLON PUMP | $546.81 | | $546.81 |
| 50.162. 5,000 LB TOYOTA FORKLIFT 5FGC30 S/N: 10358 | $1,992.00 | NET BOOK VALUE | $1,992.00 |
| 50.163. 500 KVA MINER MOVE BOX W/NEW TRANSFORMER | $10,551.37 | NET BOOK VALUE | $10,551.37 |
| 50.164. 500792-0820 30HP SCRUBBER MOTOR<br>(CM-102)<br>*USED FROM CONSIGNMENT | $13,226.00 | NET BOOK VALUE | $13,226.00 |
| 50.165. 506248-0040 HYDRAULIC PUMP (CM-106) | $1,650.00 | NET BOOK VALUE | $1,650.00 |
| 50.166. 50GAL WATER HEATER 240V | $732.00 | NET BOOK VALUE | $732.00 |
| 50.167. 511GA 48 X 96 SHEET METAL | $1,147.18 | NET BOOK VALUE | $1,147.18 |
| 50.168. 535.3 DLO CPE JACKET 2KV | $2,190.00 | NET BOOK VALUE | $2,190.00 |
| 50.169. 540 AMP 482 SCOOP BATTERY COMPLETE RE-TRAY<br>(S-400) | $17,580.46 | NET BOOK VALUE | $17,580.46 |
| 50.170. 57-009727-0020 FILTER, FOR PDM3600 - PACK OF 20 | $677.52 | NET BOOK VALUE | $677.52 |
| 50.171. 58 HP FLYGT PUMP | $10,000.00 | NET BOOK VALUE | $10,000.00 |
| 50.172. 6 IN KNIFE VALVE | $3,153.84 | NET BOOK VALUE | $3,153.84 |
| 50.173. 6 IN SLURRY HOSE 400 | $3,344.00 | NET BOOK VALUE | $3,344.00 |
| 50.174. 6 UNIT ALUMINUM FLAT STORAGE BOXES (NEW) | $1,894.56 | NET BOOK VALUE | $1,894.56 |
| 50.175. 6 UNIT ALUMINUM FLAT STORAGE BOXES (USED) | $1,302.52 | NET BOOK VALUE | $1,302.52 |
| 50.176. 600 FT A/W FEEDER CABLE- 4/0 3/C GGC ROUND | $8,470.04 | NET BOOK VALUE | $8,470.04 |
| 50.177. 600457-0001 PUMP MOTOR (SC-205) | $4,553.00 | NET BOOK VALUE | $4,553.00 |
| 50.178. 600457-20 MINER PUMP MOTOR<br>(CM-102)<br>**USED FROM CONSIGNMENT | $7,134.00 | NET BOOK VALUE | $7,134.00 |
| 50.179. 6232-21 MILWAUKEE BAND SAW | $381.00 | NET BOOK VALUE | $381.00 |
| 50.180. 630 PYOTT-BOONE MULTIGUARD | $389.44 | NET BOOK VALUE | $389.44 |
| 50.181. 647 SHAFT COVER | $440.00 | NET BOOK VALUE | $440.00 |
| 50.182. 673940 PIPE NIPPLE 4"AQUAXTHREAD 290800004<br>F04090800G | $67.63 | NET BOOK VALUE | $67.63 |
| 50.183. 673940 PIPE NIPPLE 4"AQUAXTHREAD 290800004<br>F04090800G | $67.63 | NET BOOK VALUE | $67.63 |
| 50.184. 673940 PIPE NIPPLE 4"AQUAXTHREAD 290800004<br>F04090800G | $56.58 | NET BOOK VALUE | $56.58 |
| 50.185. 6FT 300# FIBERGLASS STEP LADDER | $122.13 | NET BOOK VALUE | $122.13 |
| 50.186. 6IN KNIFE VALVE | $2,521.42 | NET BOOK VALUE | $2,521.42 |
| 50.187. 7 BRACKET FIRE SUPPRESSION SYSTEM (TRACE FORK<br>2) | $8,794.17 | NET BOOK VALUE | $8,794.17 |
| 50.188. 745 6" WILTON VISE | $664.00 | NET BOOK VALUE | $664.00 |
| 50.189. 750' 2/0 3C SHD-GC MINER CABLE<br>(CM-102- TF2 SECOND SECTION) | $13,750.00 | NET BOOK VALUE | $13,750.00 |
| 50.190. 750 KVA POWER CENTER S/N:13687 | $21,500.00 | NET BOOK VALUE | $21,500.00 |
| 50.191. 75830 MMBK BAR KIT | $73.97 | NET BOOK VALUE | $73.97 |
| 50.192. 75914 MHS-48 HD SECONDARY | $2,744.47 | NET BOOK VALUE | $2,744.47 |
| 50.193. 759T07 1-1/2" FULFLO BALL VALVE | $116.00 | NET BOOK VALUE | $116.00 |
| 50.194. 759T08 2" FULFLO BALL VALVE | $498.60 | NET BOOK VALUE | $498.60 |
| 50.195. 759T11 4" FULFLO BALL VALVE | $1,839.12 | NET BOOK VALUE | $1,839.12 |

| Debtor | | Case number (if known) | | |
|---|---|---|---|---|
| (Name) | | | | |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)**

| | | | |
|---|---|---|---|
| 50.196. 76072 SSTLMB | $316.58 | NET BOOK VALUE | $316.58 |
| 50.197. 76537 MMPK MOUNTING KIT | $230.01 | NET BOOK VALUE | $230.01 |
| 50.198. 76553 MMP-1242 MD PRECLEANER | $2,499.60 | NET BOOK VALUE | $2,499.60 |
| 50.199. 76554 MMP-1248 MD PRECLEANER | $2,199.71 | NET BOOK VALUE | $2,199.71 |
| 50.200. 781 SWITCHBOARD MATTING | $1,440.00 | NET BOOK VALUE | $1,440.00 |
| 50.201. 78AU22074-0412 12" OFFSET DROP BRACKET WITH | $2,940.00 | NET BOOK VALUE | $2,940.00 |
| 50.202. 78AU22074-0412 12' OFFSET DROP BRACKET WITH J BOLT LOOP NUT | $2,450.00 | NET BOOK VALUE | $2,450.00 |
| 50.203. 78AU22074-0412 12" OFFSET DROP BRACKET WITH JBOLT LOOP NUT | $2,450.00 | NET BOOK VALUE | $2,450.00 |
| 50.204. 78AU22074-0412 12IN OFFSET DROP BRACKET W/JBOLT & LOOP NUT | $2,450.00 | NET BOOK VALUE | $2,450.00 |
| 50.205. 78AU22074-0412 12"OFFSET DROP BRACKET WITH J-BOLT & LOOP NUT | $2,450.00 | NET BOOK VALUE | $2,450.00 |
| 50.206. 79941 CBS48F CB SECONDARY | $3,668.29 | NET BOOK VALUE | $3,668.29 |
| 50.207. 7C7690 TURBO GP (D-2002) | $1,229.62 | NET BOOK VALUE | $1,229.62 |
| 50.208. 8" HUGGER CPLG HDPE | $1,038.18 | NET BOOK VALUE | $1,038.18 |
| 50.209. 800271 GILBRATOR KIT | $1,886.63 | NET BOOK VALUE | $1,886.63 |
| 50.210. 81 CUTTER GEAR CASE (EXCHANGE) FOR MINER UNIT# CM-102 | $20,000.00 | NET BOOK VALUE | $20,000.00 |
| 50.211. 88 PLANETARY SCOOP WITH CHARGER (EQUIP # S400) | $120,753.43 | NET BOOK VALUE | $120,753.43 |
| 50.212. 8IN KNIFE VALVE | $1,723.21 | NET BOOK VALUE | $1,723.21 |
| 50.213. 9 YDS 4000PSI CONCRETE W/FLY ASH | $1,007.46 | NET BOOK VALUE | $1,007.46 |
| 50.214. 900060 OCENCO TRAINER MOUTH PIECE AND NOSE CLIP ASSY | $1,222.40 | NET BOOK VALUE | $1,222.40 |
| 50.215. 900065 EBA 6.5 SELF CONTAINED SELF RESCUER | $40,946.50 | NET BOOK VALUE | $40,946.50 |
| 50.216. 900065 SCSR, EBA 6.5 OCENCO SELF RESCUERS | $33,588.55 | NET BOOK VALUE | $33,588.55 |
| 50.217. 900065 SELF RESCURER 6.5 | $81,893.00 | NET BOOK VALUE | $81,893.00 |
| 50.218. 900065 SELF RESCURER 6.5 | $81,893.00 | NET BOOK VALUE | $81,893.00 |
| 50.219. 918 LINCOLN GREASE PUMP | $1,235.00 | NET BOOK VALUE | $1,235.00 |
| 50.220. 9621000014 TRAM MOTOR - EXCHANGE (RC-1200) | $6,120.00 | NET BOOK VALUE | $6,120.00 |
| 50.221. 9621036000 50HP TRAM MOTOR - EXCHANGE (S-409) | $14,675.80 | NET BOOK VALUE | $14,675.80 |
| 50.222. 965' 2/0 3C MPF GC 8KV HIGH VOLTAGE CABLE, 1004' 2/0 3C MPF GC 8KV HIGH VOLTAGE CABLE | $24,120.25 | NET BOOK VALUE | $24,120.25 |
| 50.223. A29604-001 REPAIR PDM3700 | $1,350.00 | NET BOOK VALUE | $1,350.00 |
| 50.224. ADDITIONAL HAUL OF ONE LOAD NOT ON ORIGINAL ORDER | $3,700.00 | NET BOOK VALUE | $3,700.00 |
| 50.225. ALE LIP DUSTER FOR SCOOP 112" LONG | $2,478.37 | NET BOOK VALUE | $2,478.37 |
| 50.226. ALE LIP DUSTER FOR SCOOP 118" LONG | $2,478.37 | NET BOOK VALUE | $2,478.37 |
| 50.227. ALTAIR 3 GAS DETECTOR | $2,713.81 | NET BOOK VALUE | $2,713.81 |
| 50.228. AMERICAN ELECTRIC 5000 KVA SUB STATION VOLTAGE 22900 - 7200 | $56,617.84 | NET BOOK VALUE | $56,617.84 |
| 50.229. ANEMOMETER,4", 4 BLADE, HIGH SPEED SN 1784 & 475H | $1,150.00 | NET BOOK VALUE | $1,150.00 |
| 50.230. AQUAMINE PIPE & FIRE VALVES | $7,136.47 | NET BOOK VALUE | $7,136.47 |

Debtor    _____Saving Coal, LLC_____
(Name)    _____Case number (if known)____24-70529____

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | |
| 50.231. AQUAMINE PIPE 4IN SDR12.4 W/CPLG 350PSI 290040350 | $8,943.49 | NET BOOK VALUE | $8,943.49 |
| 50.232. ATLAS COPCO GA250 1460ACFM 350HP 460V 132PSIG AIR COMPRESSOR FLOAT COLUMN AIR COMPRESSOR INV#3985 | $17,500.00 | NET BOOK VALUE | $17,500.00 |
| 50.233. AUXILIARY FAN INCLUDING STARTER AND RECORDING GAUGE COMPLETE (RECONDITIONED) | $3,450.02 | NET BOOK VALUE | $3,450.02 |
| 50.234. BALDOR MOTOR FOR PRESSURE PUMP 30 HP 286TSCZ FRAME 3515 RPM 460 VOLT | $2,177.12 | NET BOOK VALUE | $2,177.12 |
| 50.235. BALL VALVE 1-1/2IN BRASS 600PSI BV150BF | $140.90 | NET BOOK VALUE | $140.90 |
| 50.236. BANK OF 6" CYCLONES AND DISTRIBUTOR LOCATED AT BUCKINGHAM. | $6,900.18 | NET BOOK VALUE | $6,900.18 |
| 50.237. BASTONE DOUBLE MOBLIE TOILET W/ TOILETS AND SHOWERS, TAG#13101 | $8,435.02 | NET BOOK VALUE | $8,435.02 |
| 50.238. BELT CONTROLLER BOX 250HP WITH BREAKER & PYOTT BOONE BELT BOSS | $13,426.53 | NET BOOK VALUE | $13,426.53 |
| 50.239. BELT CONTROLLER BOX 30HP WITH BREAKER & PYOTT BOONE BELT BOSS | $4,802.56 | NET BOOK VALUE | $4,802.56 |
| 50.240. BELT HEAD | $41,216.46 | NET BOOK VALUE | $41,216.46 |
| 50.241. BELT, CONVEYOR, 42" WIDE 3-PLY 600 1/4" X 1/16" GR2 | $8,696.87 | NET BOOK VALUE | $8,696.87 |
| 50.242. BEOFENG BF-88ST TWO WAY RADIO | $308.18 | NET BOOK VALUE | $308.18 |
| 50.243. BRADFORD BREAKER AND ASSOCIATED MISCELLANEOUS PARTS, MOTORS AND GEARBOXES | $500,000.00 | NET BOOK VALUE | $500,000.00 |
| 50.244. BS1 NEW TAZZ 42IN CONTINANTAL STYLE BELT STRUCTURE ROOF MOUNTED | $60,500.00 | NET BOOK VALUE | $60,500.00 |
| 50.245. BS1 NEW TAZZ 48" CONTINANTALSTYLE BELT STRUCTURE ROOF MOUNTED | $51,660.11 | NET BOOK VALUE | $51,660.11 |
| 50.246. BS1 NEW TAZZ 48IN CONTINANTAL STYLE BELT STRUCTURE ROOF MOUNTED 002 SECTION | $53,169.23 | NET BOOK VALUE | $53,169.23 |
| 50.247. BSDP80- 1-1/2 SCH80 BLACK PIPE | $98.46 | NET BOOK VALUE | $98.46 |
| 50.248. BUCKET, C&F BENNIE 58IN SMOOTH LIP BUCKET, TOP PIN 12IN WIDTH, BOTTOM PIN 7.5IN WIDTH, BOTH PIN DIAMETERS 2IN | $450.00 | NET BOOK VALUE | $450.00 |
| 50.249. BUCYRUS 488D XP SCOOP, SERIAL # 4884119 EQUIP # DS901 | $210,000.00 | NET BOOK VALUE | $210,000.00 |
| 50.250. BUCYRUS DIESEL SCOOP MODEL: 488D XP; S/N: 4884119 | $118,089.08 | NET BOOK VALUE | $118,089.08 |
| 50.251. CA50 HAGGLUND HYDRAULIC MOTOR (FB-500) | $11,787.00 | NET BOOK VALUE | $11,787.00 |
| 50.252. CABLE 250FT 2/0 3/C MPF-GC 8KV @ $ 10.00 FT | $2,500.00 | NET BOOK VALUE | $2,500.00 |
| 50.253. CABLE 750 FT 2/0 3/C SHD-GC  2KV @$28.97 FT | $14,992.40 | NET BOOK VALUE | $14,992.40 |
| 50.254. CABLE 795 FT  #2 3/C GGC 2KV @ $ 11.95 FT | $6,555.31 | NET BOOK VALUE | $6,555.31 |
| 50.255. CABLE 990 FT 2/0 3/C MPF-GC 8KV | $6,340.46 | NET BOOK VALUE | $6,340.46 |
| 50.256. CALIBRATION KIT (0 AIR / 2.5% METHANE / REGULATOR / HOSE / CAP) | $748.00 | NET BOOK VALUE | $748.00 |
| 50.257. CANOPIES X 1 | $5,000.00 | NET BOOK VALUE | $5,000.00 |
| 50.258. CANOPIES X 4 | $13,800.44 | NET BOOK VALUE | $13,800.44 |
| 50.259. CAT 785B HAULER (H-154) S/N: 6HK00218 | $119,691.74 | NET BOOK VALUE | $119,691.74 |
| 50.260. CAT 785B HAULER (H-156) S/N: 6HK00391 | $119,691.74 | NET BOOK VALUE | $119,691.74 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | |
| 50.261.  CAT D8N & BLADE | $2,952.15 | NET BOOK VALUE | $2,952.15 |
| 50.262.  CAT D8N CRAWLER DOZER S/N: 5TJ00775 | $55,726.06 | NET BOOK VALUE | $55,726.06 |
| 50.263.  CAT D8N CRAWLER DOZER S/N: 9TC04648 | $66,871.16 | NET BOOK VALUE | $66,871.16 |
| 50.264.  CAT D8N CRAWLER DOZER S/N: 9TC04648 | $2,860.59 | NET BOOK VALUE | $2,860.59 |
| 50.265.  CBS48F SECONDARY BLADE | $7,819.54 | NET BOOK VALUE | $7,819.54 |
| 50.266.  CEMA D SERIES, 48" FULL SETUP STRUCTURE(INCLUDING TOP, BOTTOM IDLERS, HANGERS, STANDS, SPREADER BARS AND ALL ASSOCIATED MATERIALS) | $22,880.15 | NET BOOK VALUE | $22,880.15 |
| 50.267.  CH454 4" X 20' CHANNEL IRON | $515.42 | NET BOOK VALUE | $515.42 |
| 50.268.  CH454 4" X 20' CHANNEL IRON | $220.93 | NET BOOK VALUE | $220.93 |
| 50.269.  CHANGE TAPS ON TRANSFORMER AT TRACE FORK | $410.69 | NET BOOK VALUE | $410.69 |
| 50.270.  COAL BLADE 8U | $7,345.00 | NET BOOK VALUE | $7,345.00 |
| 50.271.  COAL HAULER / 128V / 64 CELL / 1020 AHC (RAM CAR BATTERY COMPLETE RE-TRAY 85-25 CROWN MINING FLAT PLATE CELLS (RC-1200) | $22,773.37 | NET BOOK VALUE | $22,773.37 |
| 50.272.  COMBO STARTER 150 HP PUMP | $6,073.60 | NET BOOK VALUE | $6,073.60 |
| 50.273.  COMMUNICATIONS, TRACKING & WIRELESS GAS MONITORING | $101,357.30 | NET BOOK VALUE | $101,357.30 |
| 50.274.  CONCENTRIC REDUCER 14 X 12 XH | $246.88 | NET BOOK VALUE | $246.88 |
| 50.275.  CONCENTRIC REDUCER 18 X 12 XH | $656.25 | NET BOOK VALUE | $656.25 |
| 50.276.  CONTROL CABLE | $4,445.00 | NET BOOK VALUE | $4,445.00 |
| 50.277.  CONTROL STATION MET / EMT MSHA - 75.1713.7 (FIRST AID STATION) | $2,808.53 | NET BOOK VALUE | $2,808.53 |
| 50.278.  CONTROL STATION MET/EMT MSHA-75.1713.7 | $2,180.78 | NET BOOK VALUE | $2,180.78 |
| 50.279.  CONVEYOR BELT & STRUCTURE OBED COAL LOADOUT TO PARDEE CHPP & LOADOUT | $812,960.00 | NET BOOK VALUE | $812,960.00 |
| 50.280.  COUGAR FEEDER, S/N 11-032 | $172,504.87 | NET BOOK VALUE | $172,504.87 |
| 50.281.  COUPLING AQUAMINE 4"X4"X1.5 | $305.11 | NET BOOK VALUE | $305.11 |
| 50.282.  CRI 1" X 20' COLD ROLL ROUND | $59.44 | NET BOOK VALUE | $59.44 |
| 50.283.  CSB 48" CONTINENTAL BOTTOM RETURN | $3,450.00 | NET BOOK VALUE | $3,450.00 |
| 50.284.  CSB 48IN CONT BOTTOM RETURN | $8,280.00 | NET BOOK VALUE | $8,280.00 |
| 50.285.  CST TOP BELT 6IN CAN 45 DEG 36IN BELT SURFACE | $3,175.00 | NET BOOK VALUE | $3,175.00 |
| 50.286.  CURRENT XFMR | $991.30 | NET BOOK VALUE | $991.30 |
| 50.287.  CURRENT XFMR | $177.04 | NET BOOK VALUE | $177.04 |
| 50.288.  D28730 14" DEWALT CHOPSAW | $217.00 | NET BOOK VALUE | $217.00 |
| 50.289.  DAMASCUS MAC 8 MANTRIP FOR PINE BRANCH | $22,000.00 | NET BOOK VALUE | $22,000.00 |
| 50.290.  DAMASCUS XP BATTERY | $4,734.33 | NET BOOK VALUE | $4,734.33 |
| 50.291.  DBT 488 S/N 2319 | $14,280.00 | NET BOOK VALUE | $14,280.00 |
| 50.292.  DBT 488 S/N 2395 | $14,280.00 | NET BOOK VALUE | $14,280.00 |
| 50.293.  DBT 488 S/N 2455 | $14,280.00 | NET BOOK VALUE | $14,280.00 |
| 50.294.  DBT 488 S/N 2470 | $14,280.00 | NET BOOK VALUE | $14,280.00 |
| 50.295.  DCD777C2 1/2 DRILL/DRIVER 20V DEWALT KIT | $185.00 | NET BOOK VALUE | $185.00 |
| 50.296.  DCF889M2 1/2 DR DEWALT IMPACT WRENCH KIT | $414.00 | NET BOOK VALUE | $414.00 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | |
| 50.297. DEFIBRILLATOR - DEFIBTEC LIFELINE AED | $2,011.09 | NET BOOK VALUE | $2,011.09 |
| 50.298. DETECTOR, ALTAIR 4X MULTIGAS 3-GAS CH4, 02, CO W/ CHARGERR, MSHA APPROVED  SN 00553792, 00553801, 00553805, 00553812 | $3,233.92 | NET BOOK VALUE | $3,233.92 |
| 50.299. DETECTOR, ALTAIR 4X MULTIGAS 4-GAS CH4, 02, CO, NO2 W/CHARGERR, MSHA APPROVED | $957.45 | NET BOOK VALUE | $957.45 |
| 50.300. DFA220CV 220,000 DURA HEAT KERO HEATER | $1,873.80 | NET BOOK VALUE | $1,873.80 |
| 50.301. DIESEL 40 GALLON | $200.00 | NET BOOK VALUE | $200.00 |
| 50.302. DISTRIBUTION MOVE BOX FOR EQUIPMENT | $8,686.00 | NET BOOK VALUE | $8,686.00 |
| 50.303. DODGE RELAY FOR THE PRIMARY SAMPLER BRAKE | $6,435.00 | | $6,435.00 |
| 50.304. DOUBLE LOCKING PIN-FOR DAM | $362.34 | NET BOOK VALUE | $362.34 |
| 50.305. DX151700165 CSE CANS 2.5% METHANE | $148.70 | NET BOOK VALUE | $148.70 |
| 50.306. EATON FREEDOM SERIES 2100 MOTOR CONTROL CENTER, 65,000 AMPS, RATED: 600 MAX. VOLTS, GE WATER & PROCESS TECHNOLOGIES MASTER CONTROL PANEL, CHROMALOX CONTROL PANEL, EATON DRY TYPE DISTRIBUTION TRANSFORMER, CAT.T20P1154516, TPE DS-3, HV. 240X480, LV. 120/240 | $8,755.60 | NET BOOK VALUE | $8,755.60 |
| 50.307. ECCENTRIC REDUCER 16 X 10 | $637.50 | | $637.50 |
| 50.308. ELL 4" 250PSI 291200004 45 DEG | $1,027.58 | NET BOOK VALUE | $1,027.58 |
| 50.309. EMERGENCY MINE PHONE W/LIGHT/SIREN | $690.00 | NET BOOK VALUE | $690.00 |
| 50.310. EXCAVATOR CASE 1085B METER READ 2,421 HRS, 5.9 CUMMINS ENGINE, TOOTH BUCKET | $9,000.00 | NET BOOK VALUE | $9,000.00 |
| 50.311. FAA4100-130-000 RF XP IS BARRIER, N-F TO N-F, MSHA APPROVED - SENTINEL | $2,744.00 | NET BOOK VALUE | $2,744.00 |
| 50.312. FAB2624-4.0-R MSHA APPROVED 24-MAN REFURBISHED FAB | $120,885.60 | NET BOOK VALUE | $120,885.60 |
| 50.313. FAB2624-4.0-R MSHA APPROVED 24-MAN REFURBISHED FAB | $100,682.83 | NET BOOK VALUE | $100,682.83 |
| 50.314. FAIRCHILD 35C S/N 339-121R | $18,480.00 | NET BOOK VALUE | $18,480.00 |
| 50.315. FAIRCHILD 35C S/N 339-408 | $23,520.00 | NET BOOK VALUE | $23,520.00 |
| 50.316. FAK4913-201-001 NRTL/ MSHA SENTINEL CO WIRELESS GAS MONITOR, WGM + SENS MOD | $4,087.42 | NET BOOK VALUE | $4,087.42 |
| 50.317. FAK4913-201-001 WIRELESS GAS MONITOR (TRACE FORK 2) | $8,058.65 | NET BOOK VALUE | $8,058.65 |
| 50.318. FAP4213-093-R1C BATTERY MESH NODES (TRACE FORK 2) | $9,451.70 | NET BOOK VALUE | $9,451.70 |
| 50.319. FAP4213-093-R1C PROD, SENTINEL IS BMN - INT BATTS ONLY, MSHA BATTERY MESH ND | $7,644.00 | NET BOOK VALUE | $7,644.00 |
| 50.320. FAP4213-093-R1C PROD, SENTINEL IS BMN - INT BATTS ONLY, MSHA BATTERY MESH ND | $6,392.05 | NET BOOK VALUE | $6,392.05 |
| 50.321. FAP6210-001-SP2 SENTINEL MINE MESH HANDSET RADIO'S WITH CHARGERS | $29,000.00 | NET BOOK VALUE | $29,000.00 |
| 50.322. FAULT WIZARD | $6,476.61 | NET BOOK VALUE | $6,476.61 |
| 50.323. FEED BOX (UNIT 219 SPIRALS) | $10,471.91 | NET BOOK VALUE | $10,471.91 |
| 50.324. FEED THRU BOX - 750KVA-7200-995-480 | $52,843.27 | NET BOOK VALUE | $52,843.27 |
| 50.325. FILLER BAR 3" X 12" | $717.12 | NET BOOK VALUE | $717.12 |
| 50.326. FILTER HOUSING WATER | $703.84 | NET BOOK VALUE | $703.84 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | |
| 50.327.  FLETCHER BOLTER (S/N 2010019) | $103,502.97 | NET BOOK VALUE | $103,502.97 |
| 50.328.  FLETCHER RRII S/N 2004092 | $19,320.00 | NET BOOK VALUE | $19,320.00 |
| 50.329.  FLETCHER RRII S/N 2006083 | $36,960.00 | NET BOOK VALUE | $36,960.00 |
| 50.330.  FLETCHER RRII S/N 2006315 | $30,240.00 | NET BOOK VALUE | $30,240.00 |
| 50.331.  FLETCHER RRII S/N 2007002 | $35,280.00 | NET BOOK VALUE | $35,280.00 |
| 50.332.  FLETCHER RRII S/N 2007081 | $25,200.00 | NET BOOK VALUE | $25,200.00 |
| 50.333.  FLETCHER RRII S/N 2008013 | $31,080.00 | NET BOOK VALUE | $31,080.00 |
| 50.334.  FOUR CANOPIES | $2,650.00 | NET BOOK VALUE | $2,650.00 |
| 50.335.  FOUR CANOPIES | $2,250.00 | NET BOOK VALUE | $2,250.00 |
| 50.336.  FRICTION CHECK END CAP | $1,177.65 | NET BOOK VALUE | $1,177.65 |
| 50.337.  FRICTION CHECK MARSHMALLOW | $1,660.74 | NET BOOK VALUE | $1,660.74 |
| 50.338.  FS 91 STIHL STRING TRIMMER + OIL + LINE | $456.97 | NET BOOK VALUE | $456.97 |
| 50.339.  FT SHUTTLE CAR FEEDER CABLE # 2 | $5,665.83 | NET BOOK VALUE | $5,665.83 |
| 50.340.  FUEL PUMP WATER SEPARATOR | $400.00 | NET BOOK VALUE | $400.00 |
| 50.341.  FUEL TRUCK | $7,865.00 | NET BOOK VALUE | $7,865.00 |
| 50.342.  GALAXY GX2 TEST SYSTEM W/POWER SUPPLY, 4 VALVE, (ALTAIR 4/4X, NO REGULATOR | $2,158.95 | NET BOOK VALUE | $2,158.95 |
| 50.343.  GAS CAL 58 LITER 2.5% CH4 , 15% 02 , 60 PPM CO , 10 PPM NO2, BALANCE NO2 | $498.00 | NET BOOK VALUE | $498.00 |
| 50.344.  GAS DETECTORS - ALTAIR 4X W/ CO, NO2, O2 & CH4 | $1,915.90 | NET BOOK VALUE | $1,915.90 |
| 50.345.  GAS MONITOR, METHANE DETECTOR & CALIBRATION GAUGE | $1,169.89 | NET BOOK VALUE | $1,169.89 |
| 50.346.  GENERAL ENGINEERING COMPANY - 112-5003 RH TILT CYLINDER ( EXCHANGE)<br>FOR LOADER UNIT# L-2108 | $4,500.00 | NET BOOK VALUE | $4,500.00 |
| 50.347.  GORMAN RUPP WATER PUMP  30HP 460V EXCHANGE | $6,500.00 | NET BOOK VALUE | $6,500.00 |
| 50.348.  GROUND FAULT TESTER | $2,000.00 | NET BOOK VALUE | $2,000.00 |
| 50.349.  HAZMAT SHIPPING | $600.00 | NET BOOK VALUE | $600.00 |
| 50.350.  HEATERS 30KW WASHDOWN 480V | $37,669.61 | NET BOOK VALUE | $37,669.61 |
| 50.351.  HEATERS 30KW WASHDOWN 480V | $8,584.95 | NET BOOK VALUE | $8,584.95 |
| 50.352.  HIGH VOLTAGE CABLE 2053 FT (1 X 1000 & 1 X 1053) 2/0 3/C MPF-GC 8KV | $14,955.26 | NET BOOK VALUE | $14,955.26 |
| 50.353.  HIGH VOLTAGE LINE SPLITTER 7200V S/N 12352 | $5,920.68 | NET BOOK VALUE | $5,920.68 |
| 50.354.  HIGH VOLTAGE SPLICE BOXES | $1,070.00 | NET BOOK VALUE | $1,070.00 |
| 50.355.  HMCP250 250A BREAKER (SC-222) | $1,848.00 | NET BOOK VALUE | $1,848.00 |
| 50.356.  HOIST 3 TON W/20FT LIFT LB030-20 | $2,100.14 | NET BOOK VALUE | $2,100.14 |
| 50.357.  HORN FOR SKY TRACK TELEHANDLER | $35.42 | NET BOOK VALUE | $35.42 |
| 50.358.  HV SPLITTER<br>(TRACE FORK 2) | $6,006.98 | NET BOOK VALUE | $6,006.98 |
| 50.359.  INTELLIZONE SYSTEM SERVICE KIT FOR PROXIMITY SYSTEM | $7,864.22 | NET BOOK VALUE | $7,864.22 |
| 50.360.  IRONPLANET INC - 11927433 2010 MILLER BIG BLUE 300 PRO MOBILE MULTI-PROCESS ENGINE DRIVEN WELDER S/N:MA150140E SELLER | $2,559.90 | NET BOOK VALUE | $2,559.90 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|

**50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)**

| | | | |
|---|---|---|---|
| 50.361. IRONPLANET INC - 11964072 2014 MILLER BIG BLUE 400 PRO 400 A MOBILE MULTI-PROCESS ENGINE DRIVEN WELDER S/N:ME370043E | $6,029.45 | NET BOOK VALUE | $6,029.45 |
| 50.362. JOHN DEERE 410E ARTICULATED DUMP TRUCK ID 1DW410ETLEE664650 | $141,307.02 | NET BOOK VALUE | $141,307.02 |
| 50.363. JOHN DEERE 844K | $22,322.35 | NET BOOK VALUE | $22,322.35 |
| 50.364. JOHN DEERE 844K-LLL LOADER ID 1DW844KCEKF695720 | $298,402.47 | NET BOOK VALUE | $298,402.47 |
| 50.365. JOY 100401811 VFD | $12,500.00 | NET BOOK VALUE | $12,500.00 |
| 50.366. JOY 10SC32 S/N ET12690 | $22,680.00 | NET BOOK VALUE | $22,680.00 |
| 50.367. JOY 10SC32 S/N ET15740 | $28,560.00 | NET BOOK VALUE | $28,560.00 |
| 50.368. JOY 10SC32 S/N ET16396 | $31,920.00 | NET BOOK VALUE | $31,920.00 |
| 50.369. JOY 10SC32 S/N ET16587 | $29,400.00 | NET BOOK VALUE | $29,400.00 |
| 50.370. JOY 10SC32 S/N ET16862 | $35,280.00 | NET BOOK VALUE | $35,280.00 |
| 50.371. JOY 10SC32 S/N ET16904 | $26,880.00 | NET BOOK VALUE | $26,880.00 |
| 50.372. JOY 10SC32 S/N ET16921 | $23,520.00 | NET BOOK VALUE | $23,520.00 |
| 50.373. JOY 10SC32 S/N ET17020 | $36,960.00 | NET BOOK VALUE | $36,960.00 |
| 50.374. JOY 10SC32 S/N ET17126 | $27,720.00 | NET BOOK VALUE | $27,720.00 |
| 50.375. JOY 10SC32 S/N ET17318 | $36,120.00 | NET BOOK VALUE | $36,120.00 |
| 50.376. JOY 10SC32 S/N MR36-59A | $23,520.00 | NET BOOK VALUE | $23,520.00 |
| 50.377. JOY 1410A CONTINUOUS MINER S/N JM5894 EQUIP # 100 | $345,009.74 | NET BOOK VALUE | $345,009.74 |
| 50.378. JOY 1415 GATHER POT & BOLT KIT METRIC RH 0045 -753 (CM-106) | $15,500.00 | NET BOOK VALUE | $15,500.00 |
| 50.379. JOY 1415 GATHERING POT RH SIDE 0044 | $15,500.00 | NET BOOK VALUE | $15,500.00 |
| 50.380. JOY 14CM15C S/N JM5067 | $137,760.00 | NET BOOK VALUE | $137,760.00 |
| 50.381. JOY 14CM15C S/N JM5548 | $130,640.00 | NET BOOK VALUE | $130,640.00 |
| 50.382. JOY 21SC S/N ET17309 | $19,320.00 | NET BOOK VALUE | $19,320.00 |
| 50.383. JOY 21SC S/N MR54SC12A | $22,680.00 | NET BOOK VALUE | $22,680.00 |
| 50.384. JOY 21SC S/N MR55SC121A | $22,680.00 | NET BOOK VALUE | $22,680.00 |
| 50.385. JOY CONTINUOUS MINER MODEL: 14CM10-11AX; S/N: JM5341 | $449,863.00 | NET BOOK VALUE | $449,863.00 |
| 50.386. JOY CONTINUOUS MINER MODEL: 14CM15; S/N: JM5750A2 | $435,804.77 | NET BOOK VALUE | $435,804.77 |
| 50.387. JOY FILTER 8ZM150 | $801.53 | NET BOOK VALUE | $801.53 |
| 50.388. JOY SHUTTLE CAR MODEL: 10SC; S/N: ET15210 | $84,349.35 | NET BOOK VALUE | $84,349.35 |
| 50.389. JOY SHUTTLE CAR MODEL: 10SC; S/N: ET15211 | $84,349.35 | NET BOOK VALUE | $84,349.35 |
| 50.390. JOY SHUTTLE CAR MODEL: 21SC56AXKKL; S/N: 14069 | $118,089.08 | NET BOOK VALUE | $118,089.08 |
| 50.391. JOY SHUTTLE CAR MODEL: 21SC64AHE-3; S/N: N06C002 | $118,089.08 | NET BOOK VALUE | $118,089.08 |
| 50.392. JOY STAMLER HAULER WITH BATTERIES & CHARGER B-H-10 (S/N MV-1311) | $120,753.43 | NET BOOK VALUE | $120,753.43 |
| 50.393. LIFTALL H150-TOW ROUGH TERRAIN FORKLIFT 3 STAGE MAST, 135 IN MAX LIFT HEIGHT, 60 IN FORKS, SIDE SHIFT, JOHN DEERE 6329DF-01 6 CYLINDER DIESEL ENGINE | $3,555.01 | NET BOOK VALUE | $3,555.01 |

Debtor     Mining Coal, LLC
           (Name)

Case 24-70529-grs    Doc 209    Filed 01/10/25    Entered 01/10/25 22:57:46    Desc Main
                              Document    Page 30 of 118
           Case number (if known)    24-70529

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | |
| 50.394. LIGHTNING ARRESTORS | $1,884.52 | NET BOOK VALUE | $1,884.52 |
| 50.395. LIGHTS & FUSES FOR BOX TRAILER (JOB # M113) INVOICE 7551 | $893.50 | NET BOOK VALUE | $893.50 |
| 50.396. LINE POWER STEP UP TRANSFORMER S/N R0934 | $27,600.80 | NET BOOK VALUE | $27,600.80 |
| 50.397. LOT OF AUCTION ITEMS (AIR COMPRESSORS, HEATERS, FANS) | $1,984.38 | NET BOOK VALUE | $1,984.38 |
| 50.398. LOT OF AUCTION ITEMS (DEWATERING PUMP, EATON POWER CENTER, 480V ELEC BOX, DOME SHELTER, 4 PORTABLE TOILETS) | $10,306.75 | NET BOOK VALUE | $10,306.75 |
| 50.399. M10 YDS 14000PSI CONCRETE W/FLY ASH | $1,130.60 | NET BOOK VALUE | $1,130.60 |
| 50.400. M18 FUEL HIGH TORQUE IMPACT 1400 | $565.63 | NET BOOK VALUE | $565.63 |
| 50.401. MANTRIPS - 2 MAN AND UP (1 UNITS) | $26,450.75 | NET BOOK VALUE | $26,450.75 |
| 50.402. MANTRIPS - 2 MAN AND UP (2 UNITS) | $76,666.67 | NET BOOK VALUE | $76,666.67 |
| 50.403. MATRIX PROXIMITY SYSTEM FOR MINER SERIAL# JM7100 | $43,532.50 | NET BOOK VALUE | $43,532.50 |
| 50.404. MEADE FIRE SERVICES - 7 BRACKET FIRE SUPPRESSION SYSTEM (TRACE FORK 2 BELT UNIT CB-601) | $10,219.89 | NET BOOK VALUE | $10,219.89 |
| 50.405. MECHANICAL FEEDER | $51,751.44 | NET BOOK VALUE | $51,751.44 |
| 50.406. METHANE DETECTION EQUIPMENT MSHA 4XR ALTAIR MSA | $1,516.01 | NET BOOK VALUE | $1,516.01 |
| 50.407. MIGHTY MUEL HD SINGLE GATE OPENER | $1,467.50 | NET BOOK VALUE | $1,467.50 |
| 50.408. MILLER BOBCAT 260 KOHLER W/ REM | $5,324.97 | NET BOOK VALUE | $5,324.97 |
| 50.409. MINE CANOPIES | $54,000.00 | NET BOOK VALUE | $54,000.00 |
| 50.410. MINE CANOPIES | $3,500.00 | NET BOOK VALUE | $3,500.00 |
| 50.411. MINE PHONES | $450.00 | NET BOOK VALUE | $450.00 |
| 50.412. MINE RESCUE STATION | $122,143.61 | NET BOOK VALUE | $122,143.61 |
| 50.413. MINE WATER PRESSURE PUMP. USED GOULDS 15SV11GD30 SERIAL # 1938 | $4,831.29 | NET BOOK VALUE | $4,831.29 |
| 50.414. MINER CAT IDLER SHIMS, COUPLINGS & PARTS | $1,052.32 | NET BOOK VALUE | $1,052.32 |
| 50.415. MINER CAT IDLER SHIMS, IRON OUT | $136.17 | NET BOOK VALUE | $136.17 |
| 50.416. MINER PUMP - 60HP (CM-100) | $17,405.50 | NET BOOK VALUE | $17,405.50 |
| 50.417. MINING BELT 48"3-PLY 600PIW MSHA PART 14 | $41,500.00 | NET BOOK VALUE | $41,500.00 |
| 50.418. MINING BELT 48"3-PLY 600PIW MSHA PART 14 | $41,500.00 | NET BOOK VALUE | $41,500.00 |
| 50.419. MISCELLANEOUS MOTORS AND GEARBOXES | $121,015.00 | NET BOOK VALUE | $121,015.00 |
| 50.420. MISCELLANEOUS PARTS | $211,750.00 | NET BOOK VALUE | $211,750.00 |
| 50.421. MMBK BAR KIT | $157.75 | NET BOOK VALUE | $157.75 |
| 50.422. MMKV CHARGER | $195.09 | NET BOOK VALUE | $195.09 |
| 50.423. MMP-1248 PRECLEANER (TF2 PRIMARY & SECONDARY BELT CLEANERS) | $4,689.08 | NET BOOK VALUE | $4,689.08 |
| 50.424. MMPK PLATE KIT | $490.37 | NET BOOK VALUE | $490.37 |
| 50.425. MODEL 3430 PLUS SURFACE MOISTURE DENSITY GAUGE KIT - 3430 12/2 | $4,954.23 | NET BOOK VALUE | $4,954.23 |
| 50.426. MOTOR | $1,487.07 | NET BOOK VALUE | $1,487.07 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | |
| 50.427. MOUNTAIN CONSTRUCTION COMPANY - HYD POWER PACK | $11,000.00 | NET BOOK VALUE | $11,000.00 |
| 50.428. MOWER | $549.00 | NET BOOK VALUE | $549.00 |
| 50.429. MX3-IZ LOCATOR | $6,971.04 | NET BOOK VALUE | $6,971.04 |
| 50.430. MX3-IZ LOCATOR, REMANUFACTURED. | $17,206.98 | NET BOOK VALUE | $17,206.98 |
| 50.431. MX3-IZ PROXIMITY DETECTION SYSTEM | $68,363.77 | NET BOOK VALUE | $68,363.77 |
| 50.432. MX3-IZ PROXIMITY SYSTEM KIT (CM-101) | $87,912.36 | NET BOOK VALUE | $87,912.36 |
| 50.433. NEW 48" X 12' TAILPIECE FOR TF2 002 SECTION | $22,880.00 | NET BOOK VALUE | $22,880.00 |
| 50.434. NEW GRUNDFOS CR32-8 PRESSURE PUMP WITH 30HP MOTOR | $14,304.45 | NET BOOK VALUE | $14,304.45 |
| 50.435. NEW MINING BELT 48' 3 -PLY RUBBER 3/16X1X16 MSHA PART 14 | $41,500.00 | NET BOOK VALUE | $41,500.00 |
| 50.436. NEW TAZZ 42" CONTINENTAL STYLE BELT STRUCTURE ROOF MOUNTED | $60,500.00 | NET BOOK VALUE | $60,500.00 |
| 50.437. NEW TAZZ 42"CONTINENTAL STYLE BELT STRUCTURE ROOF MOUNTED | $60,560.00 | NET BOOK VALUE | $60,560.00 |
| 50.438. NEW TAZZ 48" CONTINENTAL STYLE BELT STRUCTURE ROOF MOUNTED | $64,500.00 | NET BOOK VALUE | $64,500.00 |
| 50.439. NEW TAZZ 48" CONTINENTAL STYLE BELT STRUCTURE ROOF MOUNTED | $64,500.00 | NET BOOK VALUE | $64,500.00 |
| 50.440. NEW TAZZ 48" CONTINENTAL STYLE BELT STRUCTURE ROOF MOUNTED | $63,500.00 | NET BOOK VALUE | $63,500.00 |
| 50.441. NEW TAZZ 48" CONTINENTAL STYLE BELT STRUCTURE ROOF MOUNTED | $63,500.00 | NET BOOK VALUE | $63,500.00 |
| 50.442. NEW TAZZ 48" CONTINENTAL STYLE BELT STRUCTURE ROOF MOUNTED | $51,660.11 | NET BOOK VALUE | $51,660.11 |
| 50.443. NEW TAZZ 48" CONTINENTAL STYLE BELT STRUCTURE ROOF MOUNTED | $49,458.28 | NET BOOK VALUE | $49,458.28 |
| 50.444. NEW TAZZ 48" CONTINENTAL STYLE BELT STRUCTURE ROOF MOUNTED | $23,042.41 | NET BOOK VALUE | $23,042.41 |
| 50.445. NEW TAZZ 48" CONTINENTAL STYLE BELT STRUCTURE ROOF MOUNTED | $23,404.88 | NET BOOK VALUE | $23,404.88 |
| 50.446. NEW TAZZ 48" CONTINENTAL STYLE BELT STRUCTURE ROOF MOUNTED | $48,691.35 | NET BOOK VALUE | $48,691.35 |
| 50.447. NEW TAZZ 48" CONTINENTAL STYLE BELT STRUCTURE ROOF MOUNTED | $47,558.92 | NET BOOK VALUE | $47,558.92 |
| 50.448. NEW TAZZ 48" CONTINENTAL STYLE BELT STRUCTURE ROOF MOUNTED | $22,667.86 | NET BOOK VALUE | $22,667.86 |
| 50.449. NITRO CLEVLOK | $578.41 | | $578.41 |
| 50.450. NJSC ONLINE FACILITY TO PARDEE CHPP | $1,800.00 | NET BOOK VALUE | $1,800.00 |
| 50.451. NRTL/ MSHA SENTINEL CO WIRELESS GAS MONITOR, WGM + SENS MOD | $4,888.00 | NET BOOK VALUE | $4,888.00 |
| 50.452. OCENCO 900065 EBA 6.5 SELF CONTAINED SELF RESCUER | $40,346.50 | NET BOOK VALUE | $40,346.50 |
| 50.453. OCENCO M20 SC SELF RESCUERS | $12,352.29 | NET BOOK VALUE | $12,352.29 |
| 50.454. OCENCO M20 SC SELF RESCUERS | $4,539.47 | NET BOOK VALUE | $4,539.47 |
| 50.455. OLD SET OF BATTERIES WITH TRAYS | $707.71 | NET BOOK VALUE | $707.71 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | |
| 50.456. | OVERLAND CONVEYOR, CONTROL ROOM, CONTROL PANELS, MOTORS SPARES, BELT, SUPPORT STRUCTURE | $74,519.13 | NET BOOK VALUE | $74,519.13 |
| 50.457. | OVERLAND CONVEYOR, CONTROL ROOM, CONTROL PANELS, MOTORS SPARES, BELT, SUPPORT STRUCTURE | $19,287.83 | NET BOOK VALUE | $19,287.83 |
| 50.458. | OVERLAND CONVEYOR, CONTROL ROOM, CONTROL PANELS, MOTORS SPARES, BELT, SUPPORT STRUCTURE | $610.96 | NET BOOK VALUE | $610.96 |
| 50.459. | OVERLAND CONVEYOR, CONTROL ROOM, CONTROL PANELS, MOTORS, SPARES, BELT, SUPPORT STRUCTURE, ETC. | $167,034.40 | NET BOOK VALUE | $167,034.40 |
| 50.460. | OVERLAND CONVEYOR, CONTROL ROOM, CONTROL PANELS, MOTORS, SPARES, BELT, SUPPORT STRUCTURE, ETC. | $167,034.40 | NET BOOK VALUE | $167,034.40 |
| 50.461. | P 3/16 60 X 120 HR STEEL PLATE | $1,284.50 | NET BOOK VALUE | $1,284.50 |
| 50.462. | P1/4 48 X 96 SHEET METAL | $1,325.58 | NET BOOK VALUE | $1,325.58 |
| 50.463. | P5-ELF1 -5-2-0-0 5 PACK MSA ELF DUST PUMPS (RECONDITIONED) W/5 UNIT CHARGER & CYCLONES | $4,250.00 | NET BOOK VALUE | $4,250.00 |
| 50.464. | PACIF10FT 300# FIBER-GLASS STEP LADDER | $214.75 | NET BOOK VALUE | $214.75 |
| 50.465. | PARTIAL REMOVAL OF COLUMN TO SHORTEN | $25,574.00 | NET BOOK VALUE | $25,574.00 |
| 50.466. | PARTS AS PER QUOTE 11014592 FOR INSTALLATION OF PROXIMITY SYSTEM ON CONTINUOUS MINER CM-102 | $514.87 | NET BOOK VALUE | $514.87 |
| 50.467. | PDM3700 MONITOR PERSONAL DUST | $37,606.25 | NET BOOK VALUE | $37,606.25 |
| 50.468. | PEMCO GROUND MONITOR | $2,025.00 | NET BOOK VALUE | $2,025.00 |
| 50.469. | PEMCO GROUND MONITOR PART #21059 | $2,450.00 | NET BOOK VALUE | $2,450.00 |
| 50.470. | PERMISSIBLE PUMP & BOX ABS 59.9 HP 460V | $12,500.00 | NET BOOK VALUE | $12,500.00 |
| 50.471. | PERSONAL DUST MONITOR & PELICAN CASE | $71,878.94 | NET BOOK VALUE | $71,878.94 |
| 50.472. | PERSONAL DUST MONITOR W/CHARGER | $17,702.76 | NET BOOK VALUE | $17,702.76 |
| 50.473. | PERSONAL DUST PUMP WITH CHARGING CABLE AND POUCH | $9,058.92 | NET BOOK VALUE | $9,058.92 |
| 50.474. | PIPE 4IN SDR12.4 W/CPLG 350PSI 290040350 (FT) (FOR WATER LINE ADVANCEMENT AT TF 2) | $6,773.64 | NET BOOK VALUE | $6,773.64 |
| 50.475. | PIPE FITTINGS | $747.70 | | $747.70 |
| 50.476. | PIPE NIPPLE 1-1/2X3 BLACK P1755 | $16.41 | NET BOOK VALUE | $16.41 |
| 50.477. | PIPE NIPPLE 4"AQUAXTHREAD 290800004 F04090800G | $231.59 | NET BOOK VALUE | $231.59 |
| 50.478. | PITOR TUBE W/MAGNEHELIC GAUGE | $196.65 | NET BOOK VALUE | $196.65 |
| 50.479. | POWELL PE350 S/N 3034 | $21,000.00 | NET BOOK VALUE | $21,000.00 |
| 50.480. | POWELL PE350 S/N 3526 | $36,960.00 | NET BOOK VALUE | $36,960.00 |
| 50.481. | POWER CENTER | $10,304.09 | NET BOOK VALUE | $10,304.09 |
| 50.482. | POWER CENTRE 150 KVA | $7,000.00 | NET BOOK VALUE | $7,000.00 |
| 50.483. | POWER PACK | $9,067.63 | NET BOOK VALUE | $9,067.63 |
| 50.484. | POWER PACK BATTERY W / PTO | $635.19 | NET BOOK VALUE | $635.19 |
| 50.485. | POWER PLUG | $1,302.92 | NET BOOK VALUE | $1,302.92 |
| 50.486. | POWER PLUG | $407.08 | NET BOOK VALUE | $407.08 |
| 50.487. | PRECISION DROP BRACKET & BOLT KIT | $2,475.00 | NET BOOK VALUE | $2,475.00 |

Debtor    (Name)

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | |
| 50.488.   PRESSURE PUMP 32/8 AIV NEW | $5,442.76 | NET BOOK VALUE | $5,442.76 |
| 50.489.   PROD, SENTINEL IS BMN - INT BATTS ONLY, MSHA BATTERY MESH ND | $11,540.96 | NET BOOK VALUE | $11,540.96 |
| 50.490.   PROTO INDUSTRIAL TOOL BOX WITH TOP CHEST AND DRAWERS MODEL J442715- | $1,161.80 | NET BOOK VALUE | $1,161.80 |
| 50.491.   PROXIMITY CABLE KIT | $1,155.93 | NET BOOK VALUE | $1,155.93 |
| 50.492.   PUMP - P30CEHV / 460V | $4,277.32 | NET BOOK VALUE | $4,277.32 |
| 50.493.   PYOTT BOONE BELT BOSS | $7,148.08 | NET BOOK VALUE | $7,148.08 |
| 50.494.   REBUILT 8 MAN JOHNSON AC PERMISSIBLE MANTRIP WITH 2 BATTERIES AND CHARGER | $50,000.00 | NET BOOK VALUE | $50,000.00 |
| 50.495.   REBUILT P20CE 1.8HP 460V PERMISSIBLE WATER PUMP | $2,898.00 | NET BOOK VALUE | $2,898.00 |
| 50.496.   RECONDITIONED 480V, 150/200HP RVNR BELT STARTERS | $11,450.00 | NET BOOK VALUE | $11,450.00 |
| 50.497.   RECONDITIONED 480V, 150/200HP RVNR BELT STARTERS | $11,450.00 | NET BOOK VALUE | $11,450.00 |
| 50.498.   REFIT-M2624PREM REFIT M2624PREM MSHA CHAMBER | $79,153.00 | NET BOOK VALUE | $79,153.00 |
| 50.499.   RELIANCE FAN AND COVER | $1,066.00 | NET BOOK VALUE | $1,066.00 |
| 50.500.   ROLL R6610 5' X 150' CONCRETE WIRE | $162.90 | NET BOOK VALUE | $162.90 |
| 50.501.   ROLL UP DOOR - 610.RD 10' 1/2" X 12' 4" OPENING | $5,836.34 | NET BOOK VALUE | $5,836.34 |
| 50.502.   ROOF RANGER (REFURBISHED) | $103,502.97 | NET BOOK VALUE | $103,502.97 |
| 50.503.   RRII FLETCHER BOLTER S/N 2022009 | $172,504.87 | NET BOOK VALUE | $172,504.87 |
| 50.504.   RSLOGIX 500 STANDARD EDITION PERPETUAL SOFTWARE 9324M-RSL500T41 SERIAL POERT CABLE FOR SLC 5/04 9300-USBCBL-CP3 | $5,960.00 | NET BOOK VALUE | $5,960.00 |
| 50.505.   S600' 350MCM 3C 2KV GGC CABLE FOR HEAD DRIVES | $22,451.30 | NET BOOK VALUE | $22,451.30 |
| 50.506.   SCREENS 12 X 12 URETHANE WITH 1" ZIG ZAG OPENINGS | $5,254.08 | NET BOOK VALUE | $5,254.08 |
| 50.507.   SCREENS 12 X 12 URETHANE WITH 1" ZIG ZAG OPENINGS WITH 2" DAM | $1,962.68 | NET BOOK VALUE | $1,962.68 |
| 50.508.   SCSR, M20 SELF RESCUER | $14,394.60 | NET BOOK VALUE | $14,394.60 |
| 50.509.   SCSR, M20 SELF RESCUER | $2,142.00 | NET BOOK VALUE | $2,142.00 |
| 50.510.   SCT-MC2-02 MINER COMMUNICATOR GEN 2 PLUS CHARGERS, ACCESSORIES | $16,779.72 | NET BOOK VALUE | $16,779.72 |
| 50.511.   SDS-MAX 4CT MX4 1-5/8" X 18" X 23" | $172.94 | NET BOOK VALUE | $172.94 |
| 50.512.   SELF RESCUER - OCENCO 900065 EBA 6.5 SCSR (20 UNITS) | $10,201.80 | NET BOOK VALUE | $10,201.80 |
| 50.513.   SELF RESCUER - OCENCO 900065 EBA 6.5 SCSR (40 UNITS) | $22,174.16 | NET BOOK VALUE | $22,174.16 |
| 50.514.   SELF RESCUER - OCENCO 930065 M20 SCSR (60 UNITS) | $26,044.00 | NET BOOK VALUE | $26,044.00 |
| 50.515.   SENTINEL IS BMN - INT BATTS ONLY, MSHA BATTERY MESH ND | $7,644.00 | NET BOOK VALUE | $7,644.00 |
| 50.516.   SENTINEL MINE MESH HANDSET W/CHARGER COMBO | $43,500.00 | NET BOOK VALUE | $43,500.00 |
| 50.517.   SENTINEL MINE MESH HANDSET W/CHARGER COMBO (TRACE FORK 2) | $34,339.99 | NET BOOK VALUE | $34,339.99 |
| 50.518.   SET GROUNDING ARRESTOR AND GROUNDING TRANSFORMER | $2,316.85 | NET BOOK VALUE | $2,316.85 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50. OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.519.  SHOP TRANSFORMER & MATERIALS FOR 120/240 | $4,782.66 | NET BOOK VALUE | $4,782.66 |
| 50.520.  SHUTTLE CAR CABLE # 4 3/C GG-C FLAT NEW ANACONDA (650 FT) | $6,559.16 | NET BOOK VALUE | $6,559.16 |
| 50.521.  SIX CANOPIES | $2,900.00 | NET BOOK VALUE | $2,900.00 |
| 50.522.  SKYTRACK 10422 TELEHANDLER S/N 12329 OPEN OPERATOR STATION, 42 FT MAX LIFT HEIGHT, 10000 LB MAX LIFT CAPACITY 48 IN FORKS, MANUAL COUPLER, OUTRIGGERS, FRAME LEVELING, 17.5-25 TIRES | $22,521.96 | NET BOOK VALUE | $22,521.96 |
| 50.523.  SKYTRAK 10054 TELEHANDLER S/N:0160052814 | $44,918.30 | NET BOOK VALUE | $44,918.30 |
| 50.524.  SOLOMON 2500KVA TRANSFORMER PRIMARY VOLTAGE -- 25,000 DELTA SECONDARY VOLTAGE -- 4160Y/2400 | $56,741.82 | NET BOOK VALUE | $56,741.82 |
| 50.525.  SPEEDY 2000 MOISTURE SET, 20G (WITHOUT CALCIUM CARBIDE)  WITH MOISTURE TESTER REAGENT | $2,125.50 | NET BOOK VALUE | $2,125.50 |
| 50.526.  SPRAY BLOCK PART | $2,821.04 | NET BOOK VALUE | $2,821.04 |
| 50.527.  SRLD SELF CONTAINED SELF-RESCUERS | $72,000.00 | NET BOOK VALUE | $72,000.00 |
| 50.528.  SRLD SELF CONTAINED SELF-RESCUERS | $57,600.00 | NET BOOK VALUE | $57,600.00 |
| 50.529.  SRLD SELF CONTAINED SELF-RESCUERS | $10,025.57 | NET BOOK VALUE | $10,025.57 |
| 50.530.  SS/O CABLE 14/3 | $1,425.00 | NET BOOK VALUE | $1,425.00 |
| 50.531.  SSTLMB MOUNT BKT KIT | $674.81 | NET BOOK VALUE | $674.81 |
| 50.532.  STA P60HHCE PUMP 13HP, 3600RPM SUBMERSIBLE | $8,357.14 | NET BOOK VALUE | $8,357.14 |
| 50.533.  STAMLER BF-17 S/N 14070 | $46,200.00 | NET BOOK VALUE | $46,200.00 |
| 50.534.  STAMLER BF-17 S/N 14280 | $63,000.00 | NET BOOK VALUE | $63,000.00 |
| 50.535.  STANCOR 28 HP PUMP MODEL P700EHH S/N 746814D | $7,500.00 | NET BOOK VALUE | $7,500.00 |
| 50.536.  STANCOR P40 PERMISSIBLE PUMP & BOXES 6.4 HP 480 VOLT 3,800.00 7,600.00 SERVICE EXCHANGE | $7,600.00 | NET BOOK VALUE | $7,600.00 |
| 50.537.  STANCOR P60 PERMISSIBLE PUMP & BOX 13/18 HP 480 VOLT | $5,500.00 | NET BOOK VALUE | $5,500.00 |
| 50.538.  STANCOR PUMP & PERMISSIBLE BOX P20 1PH 230V S/N:22852-12 | $7,800.00 | NET BOOK VALUE | $7,800.00 |
| 50.539.  STINGER BATTERY | $4,734.33 | NET BOOK VALUE | $4,734.33 |
| 50.540.  STRATA COMMUNICATION NODES ( EXCHANGE) | $6,303.18 | NET BOOK VALUE | $6,303.18 |
| 50.541.  STRATA SAFETY CHAMBERS (USED) | $43,536.83 | NET BOOK VALUE | $43,536.83 |
| 50.542.  SUBSTATION 3-TRANSFORMERS PAD MOUNT 34500-12,470 (BAND MILL CORRIDOR) | $30,000.00 | NET BOOK VALUE | $30,000.00 |
| 50.543.  SUPERIOR 4 ANEMOMETERS | $889.21 | NET BOOK VALUE | $889.21 |
| 50.544.  SURFACE FEEDER BOX W/MOTOR | $60,000.00 | NET BOOK VALUE | $60,000.00 |
| 50.545.  TEE 4IN 250PSI 291700004 F04091700K | $451.86 | NET BOOK VALUE | $451.86 |
| 50.546.  THERMOSCIENTIFIC PDM PERSONNEL DUST MONITOR (USED) | $22,000.00 | NET BOOK VALUE | $22,000.00 |
| 50.547.  TOSHIBA 1.1 CU FT MICROWAVE | $148.75 | NET BOOK VALUE | $148.75 |
| 50.548.  TOUCH N SEAL MORTAR - MINE BLOCK | $237.11 | NET BOOK VALUE | $237.11 |
| 50.549.  TRACK ROOF BOLTER (S/N 2005065) | $250,000.00 | NET BOOK VALUE | $250,000.00 |
| 50.550.  TRAM MOTOR (SC-200) | $5,859.76 | NET BOOK VALUE | $5,859.76 |
| 50.551.  TRANSFORMER 2000KVA | $12,596.80 | NET BOOK VALUE | $12,596.80 |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50.** | **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | |
| 50.552.  TRUCK SCALE UWT SYSTEM WITH SINGLE PASS UWT MASTER | $16,665.45 | NET BOOK VALUE | $16,665.45 |
| 50.553.  U1102452 VALVE KNIFE GATE 8IN 304SS 140-02240 | $2,976.12 | NET BOOK VALUE | $2,976.12 |
| 50.554.  U1136272 LI-6000-G 10K-1459 TEST KIT | $7,500.50 | NET BOOK VALUE | $7,500.50 |
| 50.555.  U1136272 LI-6000-G 10K-1459 TEST KIT | $5,175.54 | NET BOOK VALUE | $5,175.54 |
| 50.556.  U1198700 CAPLAMP W/CHARGER MSHA LI-8000-XL CORDLESS XL SINGLE UNIT AC ATEX & ICEX APPROVED | $944.03 | NET BOOK VALUE | $944.03 |
| 50.557.  U200 TOUCH N SEAL FOAM PACK-MINE | $282.18 | NET BOOK VALUE | $282.18 |
| 50.558.  UMHE483600316X116  48" 3/600 3/16X1/16 MSHA PART-14 2.0 CONVEYOR BELT | $39,720.42 | NET BOOK VALUE | $39,720.42 |
| 50.559.  UMHE483600316X116 48" 3/600 3/16X1/16 MSHA PART-14 2.0 CONVEYOR BELT | $47,500.00 | NET BOOK VALUE | $47,500.00 |
| 50.560.  UMHE483600316X116 48" 3/600 3/16X1/16 MSHA PART-14 2.0 CONVEYOR BELT | $39,720.42 | NET BOOK VALUE | $39,720.42 |
| 50.561.  UMHE483600316X116 48" 3/600 3/16X1/16 MSHA PART-14 2.0 CONVEYOR BELT | $38,044.26 | NET BOOK VALUE | $38,044.26 |
| 50.562.  UMHE483600316X116 48" 3/600 3/16X1/16 MSHA PART-14 2.0 CONVEYOR BELT (CB-601) | $39,155.63 | NET BOOK VALUE | $39,155.63 |
| 50.563.  UMHE483600316X116 48" 3/600 3/16X1/16 MSHA PART-14 2.0 CONVEYOR BELT (CB-602 TF2) | $38,044.26 | NET BOOK VALUE | $38,044.26 |
| 50.564.  UMHE483600316X116 48" 3/600 3/16X1/16 MSHA PART-14 2.0 CONVEYOR BELT (CB-602 TF2) | $38,044.26 | NET BOOK VALUE | $38,044.26 |
| 50.565.  UNDERGROUND 1500KVA FACE BOX S/N R0947 | $41,401.25 | NET BOOK VALUE | $41,401.25 |
| 50.566.  USED 15-KV-ES  WESTINGHOUSE ES TYPE RECLOSURE 560A, 15.5 KV | $17,950.00 | NET BOOK VALUE | $17,950.00 |
| 50.567.  USED 16' COLUMN CELL REMOVAL EX BUCKINGHAM PREPARATION PLANT IN OHIO. | $82,257.25 | NET BOOK VALUE | $82,257.25 |
| 50.568.  USED 42IN 3/600 3/16X1/16 MSHA CONVEYOR BELT | $25,000.00 | NET BOOK VALUE | $25,000.00 |
| 50.569.  USED 48" 3 PLY 600 PIW MSHA PART 14 CONVEYOR BELT | $22,275.00 | NET BOOK VALUE | $22,275.00 |
| 50.570.  USED 48" TAIL PIECE FOR TF2 #5 BELT | $7,500.00 | NET BOOK VALUE | $7,500.00 |
| 50.571.  USED KOMATSU GD650A-2B MOTOR GRADER | $36,269.45 | NET BOOK VALUE | $36,269.45 |
| 50.572.  USED MAC-12 PERSONNEL CARRIER | $18,547.46 | NET BOOK VALUE | $18,547.46 |
| 50.573.  USED MINE PHONES | $1,585.33 | NET BOOK VALUE | $1,585.33 |
| 50.574.  USED MINING BELT 42" RUBBER | $24,000.00 | NET BOOK VALUE | $24,000.00 |
| 50.575.  USED MINING BELT 42" RUBBER | $24,000.00 | NET BOOK VALUE | $24,000.00 |
| 50.576.  USED MINING BELT 42" RUBBER 3-PLY**USED LESS THAN 30 DAYS | $24,000.00 | NET BOOK VALUE | $24,000.00 |
| 50.577.  USED MINING BELT 42IN RUBBER 3 PLY USED LESS THAN 30 DAYS | $21,168.00 | NET BOOK VALUE | $21,168.00 |
| 50.578.  USED MINING BELT 48" RUBBER 3-PLY 600 PIW | $22,275.00 | NET BOOK VALUE | $22,275.00 |
| 50.579.  USED MINING BELT 48IN 3 PLY 600PIW | $22,950.00 | NET BOOK VALUE | $22,950.00 |
| 50.580.  UVALVE BUTTERFLY 4IN V040957PE2 | $1,672.72 | NET BOOK VALUE | $1,672.72 |
| 50.581.  V200M4CAC SIZE 4 VACUUM STARTER W/OVERLOAD (RECONDITIONED) | $1,688.00 | NET BOOK VALUE | $1,688.00 |
| 50.582.  V200M4CAC SIZE 5 VACUUM STARTER W/OVERLOAD (RECONDITIONED) | $2,850.00 | NET BOOK VALUE | $2,850.00 |

| Debtor | Blackjewel L.L.C. | Case number (if known) | 24-70529 |
|---|---|---|---|
| | (Name) | | |

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **50.** **OTHER MACHINERY, FIXTURES, AND EQUIPMENT (EXCLUDING FARM MACHINERY AND EQUIPMENT)** | | | |
| 50.583.  VA ADVANCED FIRST AID PELICAN CASE 1780T | $1,158.88 | NET BOOK VALUE | $1,158.88 |
| 50.584.  VENTILATION FAN SOFT START CONTROL AS PER QUOTATION.<br>PAAC WILL PROVIDE YOU A : BENSHAW SOFT START 4160V / UP TO 1000HP MVRXE18-1000-4160-3R | $29,074.65 | NET BOOK VALUE | $29,074.65 |
| 50.585.  VICTAULIC FIRE SUPPRESSION SYSTEM FOR SCOOP BATTERY CHARGER | $6,000.00 | NET BOOK VALUE | $6,000.00 |
| 50.586.  VIRGINIA ELECTRIC - TRANSFORMER OIL | $10,182.88 | NET BOOK VALUE | $10,182.88 |
| 50.587.  WELD FLOTATION COLUMN BACK TOGETHER | $36,318.00 | NET BOOK VALUE | $36,318.00 |
| 50.588.  WESTINGHOUSE 400 AMP BREAKER (3 POLE) (TRIP 800-1600 W125VDC UVR) | $1,635.00 | NET BOOK VALUE | $1,635.00 |
| 50.589.  WHIRLPOOL 18.2 CU FT REFRIGERATOR | $873.75 | NET BOOK VALUE | $873.75 |
| 50.590.  WIRE SUBSTATION AT TRACE FORK (JOB #M162) | $3,701.19 | NET BOOK VALUE | $3,701.19 |
| 50.591.  X151700155 0 AIR CSE CALIBRATION GAS | $134.88 | NET BOOK VALUE | $134.88 |
| 50.592.  XPR3500E MOTOROLA UHF PORTABLE RADIOS | | NET BOOK VALUE | |

| 51 | **Total of Part 8.**<br>ADD LINES 47 THROUGH 50. COPY THE TOTAL TO LINE 87. | | $18,420,324.04 |
|---|---|---|---|

**52.  Is a depreciation schedule available for any of the property listed in Part 8?**
☐ No
☒ Yes

**53.  Has any of the property listed in Part 8 been appraised by a professional within the last year?**
☐ No
☒ Yes

| **Part 9:** | **REAL PROPERTY** |
|---|---|

**54.  DOES THE DEBTOR OWN OR LEASE ANY REAL PROPERTY?**
☐ No. Go to Part 10.
☒ Yes. Fill in the information below.

**55.  ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  COAL LEASE - NATURAL RESOURCE PARTNERS LP / ACIN LLC | | | N/A | UNKNOWN |
| 55.2.  COAL LEASE - PENN VIRGINIA OPERATING CO., LLC | | | N/A | UNKNOWN |
| 55.3.  COAL LEASE - TRIVETT | | | N/A | UNKNOWN |
| 55.4.  COAL LOADOUT - 6720 DUNBAR RD, APPALACHIA, VIRGINIA, 24216 | | $11,187,938.00 | N/A | UNKNOWN |
| 55.5.  IMPOUNDMENT - 6720 DUNBAR RD, APPALACHIA, VIRGINIA, 24216 | | | N/A | UNKNOWN |
| 55.6.  MINE DEVELOPMENT COSTS | | $10,513,108.63 | N/A | UNKNOWN |
| 55.7.  MINERAL RESERVES (ALL LEASES) | | $118,264,689.35 | N/A | UNKNOWN |

Debtor    Cowing Coal, LLC    Case number (if known)    24-70529
(Name)

---

**55.** **ANY BUILDING, OTHER IMPROVED REAL ESTATE, OR LAND WHICH THE DEBTOR OWNS OR IN WHICH THE DEBTOR HAS AN INTEREST**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.8. MINING INFRASTRUCTURE - 6720 DUNBAR RD, APPALACHIA, VIRGINIA, 24216 | | $688,860.78 | N/A | UNKNOWN |
| 55.9. PIGEON CREEK IMPOUNDMENT - 6720 DUNBAR RD, APPALACHIA, VIRGINIA, 24216 | | $32,991,400.00 | N/A | UNKNOWN |
| 55.10. PIGEON CREEK PREPARATION PLANT – 6720 DUNBAR RD, APPALACHIA, VIRGINIA, 24216 | | | N/A | UNKNOWN |

| **56** | **Total of Part 9.**<br>ADD THE CURRENT VALUE ON LINES 55.1 THROUGH 55.6 AND ENTRIES FROM ANY ADDITIONAL SHEETS. COPY THE TOTAL TO LINE 88. | UNDETERMINED |
|---|---|---|

**57.** **Is a depreciation schedule available for any of the property listed in Part 9?**
☐ No
☒ Yes

**58.** **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
☐ No
☒ Yes

**Part 10:    INTANGIBLES AND INTELLECTUAL PROPERTY**

**59.** **DOES THE DEBTOR HAVE ANY INTERESTS IN INTANGIBLES OR INTELLECTUAL PROPERTY?**
☐ No. Go to Part 11.
☒ Yes. Fill in the information below.

| General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60.** **PATENTS, COPYRIGHTS, TRADEMARKS, AND TRADE SECRETS** | | | |
| **61.** **INTERNET DOMAIN NAMES AND WEBSITES** | | | |
| **62.** **LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| 62.1. KENTUCKY ENERGY AND ENVIRONMENT CABINET - PERMIT #867-0570 | | | UNKNOWN |
| 62.2. KENTUCKY ENERGY AND ENVIRONMENT CABINET - PERMIT #867-5375 | | | UNKNOWN |
| 62.3. KENTUCKY ENERGY AND ENVIRONMENT CABINET - PERMIT #867-5376 | | | UNKNOWN |
| 62.4. KENTUCKY ENERGY AND ENVIRONMENT CABINET - PERMIT #867-5379 | | | UNKNOWN |
| 62.5. KENTUCKY ENERGY AND ENVIRONMENT CABINET - PERMIT #867-5392 | | | UNKNOWN |
| 62.6. KENTUCKY ENERGY AND ENVIRONMENT CABINET - PERMIT #867-5393 | | | UNKNOWN |
| 62.7. KENTUCKY ENERGY AND ENVIRONMENT CABINET - PERMIT #867-5394 | | | UNKNOWN |
| 62.8. KENTUCKY ENERGY AND ENVIRONMENT CABINET - PERMIT #867-7040 | | | UNKNOWN |
| 62.9. KENTUCKY ENERGY AND ENVIRONMENT CABINET - PERMIT #867-7045 | | | UNKNOWN |

| | General description | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **62.** | **LICENSES, FRANCHISES, AND ROYALTIES** | | | |
| 62.10. | VIRGINA DEPARTMENT OF ENERGY - PERMIT #1102352 | | | UNKNOWN |
| 62.11. | VIRGINA DEPARTMENT OF ENERGY - PERMIT #1102386 | | | UNKNOWN |
| 62.12. | VIRGINA DEPARTMENT OF ENERGY - PERMIT #1202376 | | | UNKNOWN |
| 62.13. | VIRGINA DEPARTMENT OF ENERGY - PERMIT #1202384 | | | UNKNOWN |
| 62.14. | VIRGINA DEPARTMENT OF ENERGY - PERMIT #1202385 | | | UNKNOWN |
| 62.15. | VIRGINA DEPARTMENT OF ENERGY - PERMIT #1202388 | | | UNKNOWN |
| 62.16. | VIRGINA DEPARTMENT OF ENERGY - PERMIT #1202389 | | | UNKNOWN |
| 62.17. | VIRGINA DEPARTMENT OF ENERGY - PERMIT #1202390 | | | UNKNOWN |
| 62.18. | VIRGINA DEPARTMENT OF ENERGY - PERMIT #1302348 | | | UNKNOWN |
| 62.19. | VIRGINA DEPARTMENT OF ENERGY - PERMIT #1302349 | | | UNKNOWN |
| 62.20. | VIRGINA DEPARTMENT OF ENERGY - PERMIT #1302350 | | | UNKNOWN |
| 62.21. | VIRGINA DEPARTMENT OF ENERGY - PERMIT #1602351 | | | UNKNOWN |
| 62.22. | VIRGINA DEPARTMENT OF ENERGY - PERMIT #1602387 | | | UNKNOWN |
| 62.23. | VIRGINA DEPARTMENT OF ENERGY - PERMIT TRANSFER APPLICATION #1011451 | | | UNKNOWN |
| 62.24. | VIRGINA DEPARTMENT OF ENERGY - PERMIT TRANSFER APPLICATION #1011452 | | | UNKNOWN |
| 62.25. | VIRGINA DEPARTMENT OF ENERGY - PERMIT TRANSFER APPLICATION #1011453 | | | UNKNOWN |
| 62.26. | VIRGINA DEPARTMENT OF ENERGY - PERMIT TRANSFER APPLICATION #1011454 | | | UNKNOWN |
| 62.27. | VIRGINA DEPARTMENT OF ENERGY - PERMIT TRANSFER APPLICATION #1011456 | | | UNKNOWN |
| 62.28. | VIRGINA DEPARTMENT OF ENERGY - PERMIT TRANSFER APPLICATION #1011458 | | | UNKNOWN |
| 62.29. | VIRGINA DEPARTMENT OF ENERGY - PERMIT TRANSFER APPLICATION #1011459 | | | UNKNOWN |
| 62.30. | VIRGINA DEPARTMENT OF ENERGY - PERMIT TRANSFER APPLICATION #1011460 | | | UNKNOWN |
| 62.31. | VIRGINA DEPARTMENT OF ENERGY - PERMIT TRANSFER APPLICATION #1011483 | | | UNKNOWN |
| 62.32. | VIRGINA DEPARTMENT OF ENERGY - PERMIT TRANSFER APPLICATION #1011512 | | | UNKNOWN |
| 62.33. | VIRGINA DEPARTMENT OF ENERGY - PERMIT TRANSFER APPLICATION #1011580 | | | UNKNOWN |
| 62.34. | VIRGINA DEPARTMENT OF ENERGY - PERMIT TRANSFER APPLICATION #1011581 | | | UNKNOWN |
| 62.35. | VIRGINA DEPARTMENT OF ENERGY - PERMIT TRANSFER APPLICATION #1011597 | | | UNKNOWN |
| 62.36. | VIRGINA DEPARTMENT OF ENERGY - PERMIT TRANSFER APPLICATION #1011598 | | | UNKNOWN |
| 62.37. | VIRGINA DEPARTMENT OF ENERGY - PERMIT TRANSFER APPLICATION FOR OSAKA IMBODEN MINE | | | UNKNOWN |
| **63.** | **CUSTOMER LISTS, MAILING LISTS, OR OTHER COMPILATIONS** | | | |
| **64.** | **OTHER INTANGIBLES, OR INTELLECTUAL PROPERTY** | | | |
| 64.1. | TRADE NAME - BLACK BEAR COAL | | | |

| Debtor | Swamp Rabbit, LLC | Case number (if known) | 24-70529 |
| | (Name) | | |

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|

**65.** GOODWILL

| **66** | Total of Part 10. ADD LINES 60 THROUGH 65. COPY THE TOTAL TO LINE 89. | | | UNDETERMINED |

**67.** Do your lists or records include personally identifiable information of customers (as defined in 11 U.S.C. §§ 101(41A) and 107)?
☑ No
☐ Yes

**68.** Is there an amortization or other similar schedule available for any of the property listed in Part 10?
☑ No
☐ Yes

**69.** Has any of the property listed in Part 10 been appraised by a professional within the last year?
☑ No
☐ Yes

| **Part 11:** | **ALL OTHER ASSETS** |

**70.** DOES THE DEBTOR OWN ANY OTHER ASSETS THAT HAVE NOT YET BEEN REPORTED ON THIS FORM?
INCLUDE ALL INTERESTS IN EXECUTORY CONTRACTS AND UNEXPIRED LEASES NOT PREVIOUSLY REPORTED ON THIS FORM.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|
| **71.** NOTES RECEIVABLE | |
| DESCRIPTION (INCLUDE NAME OF OBLIGOR) | |
| **72.** TAX REFUNDS AND UNUSED NET OPERATING LOSSES (NOLS) | |
| DESCRIPTION (FOR EXAMPLE, FEDERAL, STATE, LOCAL) | |
| **73.** INTERESTS IN INSURANCE POLICIES OR ANNUITIES | |
| 73.1. AFCO CREDIT CORP. - D&O INSURANCE POLICY #03-06934285-60 | UNKNOWN |
| 73.2. AFCO CREDIT CORP. - EQUIPMENT INSURANCE POLICY #MNG-IIC-IM☐0000077 | UNKNOWN |
| 73.3. AFCO CREDIT CORP. - PACKAGE (GL, AUTO, UMBRELLA INSURANCE) | UNKNOWN |
| 73.4. ANTHEM BLUE CROSS AND BLUE SHIELD - HEALTHCARE INSURANCE POLICY #1786039661 | UNKNOWN |
| 73.5. CENTRAL BANK INSURANCE AGENCY - D&O INSURANCE POLICY | UNKNOWN |
| 73.6. CENTRAL BANK INSURANCE AGENCY - EQUIPMENT INSURANCE POLICY | UNKNOWN |
| 73.7. JOHN HANCOCK LIFE INSURANCE COMPANY - LIFE INSURANCE POLICY | UNKNOWN |
| 73.8. KENTUCKY EMPLOYERS' MUTUAL INSURANCE - WORKERS' COMPENSATION (KY) POLICY #438025 | UNKNOWN |
| 73.9. SKYWARD SPECIALTY INSURANCE GROUP, INC. - WORKERS' COMPENSATION (VA) POLICY #MNG-IIC-WC-000016 | UNKNOWN |
| **74.** CAUSES OF ACTION AGAINST THIRD PARTIES (WHETHER OR NOT A LAWSUIT HAS BEEN FILED) | |
| **75.** OTHER CONTINGENT AND UNLIQUIDATED CLAIMS OR CAUSES OF ACTION OF EVERY NATURE, INCLUDING COUNTERCLAIMS OF THE DEBTOR AND RIGHTS TO SET OFF CLAIMS | |
| **76.** TRUSTS, EQUITABLE OR FUTURE INTERESTS IN PROPERTY | |
| **77.** OTHER PROPERTY OF ANY KIND NOT ALREADY LISTED  EXAMPLES: SEASON TICKETS, COUNTRY CLUB MEMBERSHIP *EXAMPLES:* SEASON TICKETS, COUNTRY CLUB MEMBERSHIP | |

Debtor    Coking Coal, LLC
        (Name)                                                    Case number (if known) 24-70529

| 78 | **Total of Part 11.**<br>ADD LINES 71 THROUGH 77. COPY THE TOTAL TO LINE 90. | | UNDETERMINED |

**79.  Has any of the property listed in Part 11 been appraised by a professional within the last year?**
☒ No
☐ Yes

**Part 12:    Summary**

In Part 12 copy all of the totals from the earlier parts of the form.

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1.* | $2,094,666.65 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $823,470.77 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | | |
| 83. **Investments.** *Copy line 17, Part 4.* | | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $443,391.42 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $39,851.72 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $18,420,324.04 | |
| 88. **Real property.** *Copy line 56, Part 9.* .......................➜ | | UNDETERMINED |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | UNDETERMINED | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + UNDETERMINED | |
| 91. **Total.** Add lines 80 through 90 for each column......... 91a. | $21,821,704.60 | + 91b.  UNDETERMINED |

| 92. | **Total of all property on Schedule A/B.**  Lines 91a + 91b = 92. ............................................ | | $21,821,704.60 |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Coking Coal, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Eastern District of Kentucky</td></tr>
<tr><td>Case number<br>(if known)</td><td>24-70529</td></tr>
</table>

☐ Check if this is an
   amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property                   12/15

Be as complete and accurate as possible.

1.    **1.    Do any creditors have claims secured by debtor's property?**
   ☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules . Debtor has nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

| **Part 1:** | **List All Creditors with Secured Claims** |
| --- | --- |

2.    **List in alphabetical order all creditors who have secured claims.** If a creditor has more than
     one secured claim, list the creditor separately for each claim.

| | | **Column A**<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | **Column B**<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |
| **2.1** | **Creditor's name**<br>EURASIA CENTER AG<br><br>**Creditor's mailing address**<br>C/O AMANDA HALE, ESQ<br>P.O. BOX 327<br>POUNDING MILL, VA  24637<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>COAL PRODUCED, STOCKPILED OR INVENTORIED<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☒ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $2,572,480.00 | UNKNOWN |
| **2.2** | **Creditor's name**<br>FIRST CORPORATE SOLUTIONS, AS REPRESENTATIVE<br><br>**Creditor's mailing address**<br>914 S STREET<br>SACRAMENTO, CA  95811<br><br>**Creditor's email address**<br>SPRS@FICOSO.COM<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>ALL PURCHASED AND NON-PURCHASED ASSETS UNDER THE FACTORING AGREEMENT<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☒ Unliquidated<br>☒ Disputed | UNKNOWN | UNKNOWN |

Debtor  Blackjewel, LLC
        (Name)

Case number (if known)  24-70529

| Part 1: | Additional Page |
|---|---|

|  | | | Column A | Column B |
|---|---|---|---|---|
|  | | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | | *Do not deduct the value of collateral.* | |
| 2.3 | **Creditor's name**<br>HUMPHRIES GOLDSMID PTY LTD<br><br>**Creditor's mailing address**<br>12 DELTA RD.<br>LANE COVE, NSW  2066<br>AUSTRALIA<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes<br>   Specify each creditor, including this<br>   creditor, and its relative priority.<br>   PANORAMA EQUIPMENT LEASING 1<br>   LLC; ROWAN P PARCHI | **Describe debtor's property that is subject to a lien**<br>ALL OF OWNER'S RIGHT, TITLE, ESTATE AND INTEREST IN THE PARDEE LOADOUT LOCATED AT 6720 DUNBAR RD., APALACHIA, VA 24216 AS OF 7/9/23; (B) ALL OF DEBTOR'S MOBILE PLANT AND EQUIPMENT AT THE PARDEE LOADOUT AS OF 7/9/2023; ALL PROCEEDS OF CERTAIN COLLATERAL<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☐ No<br>☑ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | UNKNOWN | UNKNOWN |
| 2.4 | **Creditor's name**<br>JOHN DEERE FINANCIAL<br><br>**Creditor's mailing address**<br>6400 NW 86TH ST<br>JOHNSTON, IA  50131<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>LEASE TO OWN 4 PIECES OF LEASED EQUIPMENT (DOZERS, LOADERS)<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $330,268.39 | UNKNOWN |

Debtor  Colony Coal, LLC _____    Case number (if known) 24-70529
        (Name)

| Part 1: | Additional Page |
|---|---|

|  | | | Column A | Column B |
|---|---|---|---|---|
|  | | | **Amount of claim** | **Value of collateral that supports this claim** |
|  | | | *Do not deduct the value of collateral.* | |
| 2.5 | **Creditor's name** <br> KENOVA PITTMAN <br><br> **Creditor's mailing address** <br> 14794 HIGHWAY 38 <br> EVARTS, KY 40828 <br><br> **Creditor's email address** <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> LEASE TO OWN ON SEVERAL PIECES OF MINING EQUIPMENT <br><br> **Describe the lien** <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☑ Disputed | | $435,458.40 | UNKNOWN |
| 2.6 | **Creditor's name** <br> MARCO INTERNATIONAL CORPORATION <br><br> **Creditor's mailing address** <br> ATTN: JORDAN KESTENBAUM <br> 475 PARK AVE SOUTH <br> NEW YORK, NY 10016 <br><br> **Creditor's email address** <br> JKESTENBAUM@MARCOINTERNATIONAL.COM <br><br> **Date or dates debt was incurred** <br> VARIOUS <br><br> **Last 4 digits of account number:** <br><br> **Do multiple creditors have an interest in the same property?** <br> ☑ No <br> ☐ Yes | **Describe debtor's property that is subject to a lien** <br> UNKNOWN <br><br> **Describe the lien** <br> UCC LIEN <br><br> **Is the creditor an insider or related party?** <br> ☑ No <br> ☐ Yes <br><br> **Is anyone else liable on this claim?** <br> ☑ No <br> ☐ Yes <br><br> **As of the petition filing date, the claim is:** <br> *Check all that apply.* <br> ☐ Contingent <br> ☐ Unliquidated <br> ☑ Disputed | | $621,526.16 | UNKNOWN |

Debtor  Cambrian Coal, LLC
        (Name)

Case number (if known)  24-70529

| Part 1: | Additional Page |
| --- | --- |

|  |  | Column A<br>**Amount of claim**<br>*Do not deduct the value of collateral.* | Column B<br>**Value of collateral that supports this claim** |
| --- | --- | --- | --- |

**2.7**

**Creditor's name**
PANORAMA EQUIPMENT LEASING 1 LLC

**Creditor's mailing address**
1010 GRAND COURT
HIGHLAND BEACH, FL 33487

**Creditor's email address**
ADMIN@PANORAMA.AERO

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☐ No
☑ Yes
   Specify each creditor, including this
   creditor, and its relative priority.
   HUMPHRIES GOLDSMID PTY LTD;
   ROWAN P PARCHI

**Describe debtor's property that is subject to a lien**
ALL OF OWNER'S RIGHT, TITLE, ESTATE
AND INTEREST IN THE PARDEE
LOADOUT LOCATED AT 6720 DUNBAR
RD., APALACHIA, VA 24216 AS OF 7/9/23;
(B) ALL OF DEBTOR'S MOBILE PLANT
AND EQUIPMENT AT THE PARDEE
LOADOUT AS OF 7/9/2023; ALL
PROCEEDS OF CERTAIN COLLATERAL

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$1,839,649.53          UNKNOWN

---

**2.8**

**Creditor's name**
PANORAMA EQUIPMENT LEASING I LLC

**Creditor's mailing address**
ATTN: PARI PARCHI
101 NE 3RD AVE, SUITE 1500
FORT LAUDERDALE, FL 33301

**Creditor's email address**
ADMIN@PANORAMA.AERO

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**Do multiple creditors have an interest in the same property?**
☑ No
☐ Yes

**Describe debtor's property that is subject to a lien**
LEASE TO OWN 2 CONTINUOUS
MINERS, 4 SHUTTLE CARS, 1 DIESEL
SCOOP

**Describe the lien**
UCC LIEN

**Is the creditor an insider or related party?**
☐ No
☑ Yes

**Is anyone else liable on this claim?**
☐ No
☑ Yes

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☑ Disputed

$4,149,854.06          UNKNOWN

Debtor    Coking Coal, LLC                                                      Case number (if known)   24-70529
          (Name)

| Part 1: | Additional Page |
| --- | --- |

|  |  | Column A | Column B |
| --- | --- | --- | --- |
|  |  | **Amount of claim** | **Value of collateral that supports this claim** |
|  |  | Do not deduct the value of collateral. |  |

| 2.9 | **Creditor's name**<br>PENN VIRGINIA OPERATING CO LLC<br><br>**Creditor's mailing address**<br>7 SHERIDAN SQUARE, SUITE 400<br>KINGSPORT, TN 37660<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☑ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>IMPROVEMENTS ON CERTAIN REAL PROPERTY (PARCEL ID NO. 019832) LOCATED IN WISE COUNTY, VA AND SPECIFICALLY CONSISTING OF "THE PIGEON CREEK COAL PREPARATION PLANT"<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☑ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☑ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $127,498.41 | UNKNOWN |
| 2.10 | **Creditor's name**<br>ROWAN P PARCHI<br><br>**Creditor's mailing address**<br>1010 GRAND COURT<br>HIGHLAND BEACH, FL 33487<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☐ No<br>☑ Yes<br>    Specify each creditor, including this creditor, and its relative priority.<br>    HUMPHRIES GOLDSMID PTY LTD;<br>    PANORAMA EQUIPMENT LEASING 1 LLC | **Describe debtor's property that is subject to a lien**<br>ALL OF OWNER'S RIGHT, TITLE, ESTATE AND INTEREST IN THE PARDEE LOADOUT LOCATED AT 6720 DUNBAR RD., APALACHIA, VA 24216 AS OF 7/9/23; (B) ALL OF DEBTOR'S MOBILE PLANT AND EQUIPMENT AT THE PARDEE LOADOUT AS OF 7/9/2023; ALL PROCEEDS OF CERTAIN COLLATERAL<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☐ No<br>☑ Yes<br><br>**Is anyone else liable on this claim?**<br>☐ No<br>☑ Yes<br><br>**As of the petition filing date, the claim is:**<br>Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☑ Disputed | $2,759,474.30 | UNKNOWN |

Debtor Tacora Coal, LLC
(Name)

Case number (if known) 24-70529

| Part 1: | Additional Page |
| --- | --- |

| | | | Column A | Column B |
| --- | --- | --- | --- | --- |
| | | | **Amount of claim**<br>*Do not deduct the value of collateral.* | **Value of collateral that supports this claim** |
| 2.11 | **Creditor's name**<br>TACORA CAPITAL, LP<br><br>**Creditor's mailing address**<br>ATTN: KERI FINDLEY<br>2505 PECOS ST<br>AUSTIN, TX 78703<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>1/26/2024<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>SUBSTANTIALLY ALL OF THE DEBTOR'S ASSETS<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | $41,837,445.46 | UNKNOWN |
| 2.12 | **Creditor's name**<br>THE LIQUIDATING TRUST OF INMET MINING, LLC<br><br>**Creditor's mailing address**<br>ATTN: EVAN BLUM, TRUSTEE<br>90 WOODBRIDGE CENTER DRIVE<br>4TH FLOOR<br>WOODBRIDGE, NJ 07095<br><br>**Creditor's email address**<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:**<br><br>**Do multiple creditors have an interest in the same property?**<br>☒ No<br>☐ Yes | **Describe debtor's property that is subject to a lien**<br>FIVE MINING AND/OR ENVIRONMENTAL PERMITS ISSUED BY KENTUCKY, TWENTY-SIX MINING AND/OR ENVIRONMENTAL PERMITS ISSUED BY VIRGINIA, AND CERTAIN SPECIFIC VEHICLES AND EQUIPMENT<br><br>**Describe the lien**<br>UCC LIEN<br><br>**Is the creditor an insider or related party?**<br>☒ No<br>☐ Yes<br><br>**Is anyone else liable on this claim?**<br>☒ No<br>☐ Yes<br><br>**As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | $2,900,000.00 | UNKNOWN |
| 3. | **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.** | | $57,573,654.71 | |

Debtor    Cooling Corp, LLC                                    Case number (if known)    24-70529
          (Name)

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and Address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for ths entity |
|---|---|---|
| BAILEY & GLASSER, LLP<br>ATTN: N. JOHNSON, J. GOLD, & L. THOMAS<br>1055 THOMAS JEFFERSON ST. NW, STE 540<br>WASHINGTON, DC  20007 | Line 2.11 | |
| MARCO INTERNATIONAL CORP<br>152 W. 57TH STREET<br>25TH FLOOR<br>NEW YORK, NY  10019 | Line 2.6 | |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
<tr><td>Debtor</td><td>Coking Coal, LLC</td></tr>
<tr><td>United States Bankruptcy Court for the:</td><td>Eastern District of Kentucky</td></tr>
<tr><td>Case number<br>(if known)</td><td>24-70529</td></tr>
</table>

☐ Check if this is an
   amended filing

## Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY
unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts
on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases*
(Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach
the Additional Page of that Part included in this form.

### Part 1:   List All Creditors with PRIORITY Unsecured Claims

**1.**  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).
☐ No. Go to Part 2.
☒ Yes. Go to line 2.

**2.**  **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than
3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | **Priority creditor's name and mailing address**<br>ALEXANDER BOURGEOIS<br>455 W SULLIVAN ST, APARTMENT 228<br>KINGSPORT, TN  37660<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE REIMBURSEMENTS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $4,569.87 | $4,569.87 |
| 2.2 | **Priority creditor's name and mailing address**<br>COMMONWEALTH OF PENNSYLVANIA<br>PO BOX 8461<br>HARRISBURG, PA  17105-8461<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PAYROLL TAX<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $500.00 | $500.00 |
| 2.3 | **Priority creditor's name and mailing address**<br>JAMES CHISHOLM<br>3701 HIDDEN LAKE LANE<br>LEXINGTON, KY  40516<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAGES & EXPENSE REIMBURSEMENTS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $59,921.12 | $15,150.00 |

| Part 1: | Additional Page | | |
|---|---|---|---|

| | | Total claim | Priority amount |
|---|---|---|---|
| **2.4** | **Priority creditor's name and mailing address**<br><br>JOHN ELDRIDGE<br>67 NANCE LN<br>EVARTS, KY 40828<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>EXPENSE REIMBURSEMENTS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $174.00 | $174.00 |
| **2.5** | **Priority creditor's name and mailing address**<br><br>KENTUCKY STATE TREASURER<br>1050 US HIGHWAY 127 SOUTH<br>SUITE 100<br>FRANKFORT, KY 40601<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PAYROLL TAX<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $231.26 | $231.26 |
| **2.6** | **Priority creditor's name and mailing address**<br><br>LLOYD HILL<br>6 THUNDER BAY DR<br>JOHNSON CITY, TN 37615<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAGES<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $344,894.49 | $15,150.00 |
| **2.7** | **Priority creditor's name and mailing address**<br><br>ROWAN PARCHI<br>1010 GRAND CT.<br>HIGHLAND BEACH, FL 33487<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>WAGES & EXPENSE REIMBURSEMENTS<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $83,495.98 | $15,150.00 |
| **2.8** | **Priority creditor's name and mailing address**<br><br>WISE COUNTY TREASURER<br>PO BOX 1308<br>WISE, VA 24293<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** 6109<br><br>**Specify Code subsection of PRIORITY unsecured claim:** 11 U.S.C. § 507(a) (8) | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>PERSONAL PROPERTY TAX<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $48,766.02 | $48,766.02 |

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**Do any creditors have nonpriority unsecured claims?** (See 11 U.S.C. § 507).

☐ No.

☒ Yes.

Debtor _____Coling Coal, LLC_____     Case number (if known) ___24-70529___
      (Name)

**3.** **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

**3.1** **Nonpriority creditor's name and mailing address**

A&A ENTERPRISES, INC.
ATTN: SAM ADAMS
PO BOX 477
NORTON, VA  24273-0477

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$35,043.60

---

**3.2** **Nonpriority creditor's name and mailing address**

A&A SUPPLIES, INC
ATTN: AVERY MILES
PO BOX 99
WHITESBURG, KY  41858

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$268,407.47

---

**3.3** **Nonpriority creditor's name and mailing address**

ADVANCE AUTO PARTS
4200 SIX FORKS RD
RALEIGH, NC  27609

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$352.68

---

**3.4** **Nonpriority creditor's name and mailing address**

AFCO CREDIT CORP
5600 N RIVER RD
SUITE 400
ROSEMONT, IL  60018

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$64,570.12

---

**3.5** **Nonpriority creditor's name and mailing address**

AIG ENTERPRISES LLC
ATTN: LAURENT
2 N CENTRAL AVENUE SUITE 1800
PHOENIX, AZ  85004

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,300.00

---

**Part 2:**    Additional Page

| | | Amount of claim |
|---|---|---|

| 3.6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $4,268.43 |
|---|---|---|---|
| | AIRLINE HYDRAULICS CORPORATION<br>ATTN: MARY LUGO<br>3557 PROGRESS DR<br>BENSALEM, PA  19020 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | UNKNOWN |
|---|---|---|---|
| | ALPHA METALLURGICAL COAL SALES, LLC<br>C/O PENN STUART & ESKRIDGE, PC<br>ATTN MARK L ESPOSITO<br>804 ANDERSON ST<br>BRISTOL, TN  37620 | ☒ Contingent<br>☒ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred** | **Basis for the claim:**<br>POTENTIAL LITIGATION CLAIM | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $619.94 |
|---|---|---|---|
| | AMAZON CAPITAL SERVICES, INC.<br>PO BOX 035184<br>SEATTLE, WA  98124-5184 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $63,210.00 |
|---|---|---|---|
| | AMERICAN MINE POWER, INC<br>ATTN: SANDY COLE<br>157 WILLIS AVE<br>CRAB ORCHARD, WV  25827 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>TRADE PAYABLE | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| 3.10 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:**<br>Check all that apply. | $117,512.82 |
|---|---|---|---|
| | AMERICAN RESOURCES INSURANCE COMPANY INC<br>ATTN: CHRIS SLYE<br>111 HILLCREST ROAD STE 100<br>MOBILE, AL  36695 | ☐ Contingent<br>☐ Unliquidated<br>☒ Disputed | |
| | **Date or dates debt was incurred**<br>VARIOUS | **Basis for the claim:**<br>BONDING | |
| | **Last 4 digits of account number:** | **Is the claim subject to offset?**<br>☒ No<br>☐ Yes | |

| Debtor | Clewing Coat, LLC | Case number (if known) | 24-70529 |
|--------|-------------------|------------------------|----------|
|        | (Name)            |                        |          |

Case 24-70529-grs   Doc 209   Filed 01/10/25   Entered 01/10/25 22:57:46   Desc Main
Document      Page 52 of 118

| **Part 2:** | Additional Page |
|---|---|

|  |  |  | Amount of claim |
|---|---|---|---|

| 3.11 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $1,233,962.91 |
|------|---|---|---|
|  | APPALACHIAN RESOURCE COMPANY, LLC <br> ATTN: CHAD HUNT <br> 251 TOLLAGE CREEK <br> PIKEVILLE, KY 41501 | ☒ Contingent <br> ☒ Unliquidated <br> ☒ Disputed |  |
|  | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLE |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes |  |

| 3.12 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $20,023.72 |
|------|---|---|---|
|  | AQUATIC RESOURCES MANAGEMENT <br> ATTN: NICK BAKER <br> 2554 PALUMBO DR <br> LEXINGTON, KY 40509 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |  |
|  | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLE |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes |  |

| 3.13 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $17,945.79 |
|------|---|---|---|
|  | ARAMARK UNIFORM & CAREER APPAREL GROUP/VESTIS <br> VESTIS <br> ATTN: MELISSA COMEAU <br> 115 NORTH FIRST STREET <br> BURBANK, CA 91502 | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |  |
|  | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLE |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes |  |

| 3.14 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $2,623,690.43 |
|------|---|---|---|
|  | ARCELORMITTAL SOURCING SCA <br> ATTN: IULIAN IACOB <br> 24-26 BOULEVARD D'AVRANCHES <br> GRAND DUCHY OF LUXEMBURG <br> LUXEMBURG L-1160 <br> LUXEMBURG | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed |  |
|  | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> TRADE PAYABLE |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes |  |

| 3.15 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** <br> *Check all that apply.* | $44,401,028.04 |
|------|---|---|---|
|  | ASCENTIA HOLDINGS LTD <br> ATTN: RICHARD HUDSON <br> OFFICE 1, WORK COLLECTIVE <br> 3/322-326 WEST STREET <br> UMINA, NSW 2257 <br> AUSTRALIA | ☐ Contingent <br> ☐ Unliquidated <br> ☒ Disputed |  |
|  | **Date or dates debt was incurred** <br> VARIOUS | **Basis for the claim:** <br> INTERCOMPANY LOAN |  |
|  | **Last 4 digits of account number:** | **Is the claim subject to offset?** <br> ☒ No <br> ☐ Yes |  |

Debtor _____   Case number (if known) _____
(Name)

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

---

**3.16**  **Nonpriority creditor's name and mailing address**  

B & F PARTS AND SERVICE
ATTN: BILL HORN
P.O. BOX 1966
CEDAR BLUFF, VA  24609

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,000.00

---

**3.17**  **Nonpriority creditor's name and mailing address**

BALLAD HEALTH BUSINESS HEALTH DEPT 50953
303 MED TECH PARKWAY
JOHNSON CITY, TN  37604

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$185.00

---

**3.18**  **Nonpriority creditor's name and mailing address**

BDO USA LLP
8401 GREENSBORO DRIVE
SUITE 800
MCLEAN, VA  22102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,350.00

---

**3.19**  **Nonpriority creditor's name and mailing address**

BIG VALLEY SEEDING, INC.
ATTN: ANGELA CONLEY
6689 GATE CITY HWY
BRISTOL, VA  24202

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,400.00

---

**3.20**  **Nonpriority creditor's name and mailing address**

BIOLOGICAL MONITORING, INC.
1800 KRAFT DR, SW STE 104
BLACKSBURG, VA  24061

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,090.00

---

Debtor _____ Coking Coal, LLC _____  Case number (if known) _____ 24-70529 ___
     (Name)

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

**3.21** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | UNKNOWN

BLACKJEWEL LIQUIDATION TRUST
ATTN: DAVE BECKMAN
1051 MAIN ST.
MILTON, WV  25541

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL LITIGATION CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

**3.22** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $29,085.05

BLUE RIDGE DIESEL INJECTION INC
ATTN: TODD SHORTT
1016 DELAWARE ST
PO BOX 867
SALEM, VA  24153

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $40,137.05

BLUEGRASS NATURAL RESOURCES LLC
ATTN: JEFF STROBEL
1431 OPUS PL
SUITE 210
DOWNERS GROVE, IL  60515

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $101,318.51

BOCOOK ENGINEERING INC
ATTN: JR SALYERS
312 TENTH STREET
PAINTSVILLE, KY  41240

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $10,175.00

BREAKTHRU CONSTRUCTION CO., INC
ATTN: RENEE MULLINS
PO BOX 108
APPALACHIA, VA  24216

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Last 4 digits of account number:**

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

**3.26 | Nonpriority creditor's name and mailing address**

BRENDA HALL AND BRENDA HALL AS ADMINISTRATRIX OF
ESTATE OF JAMES R. HALL, DECEASED
C/O THE GILLIAM FIRM, PLLC
219 E. 4TH STREET
LONDON, KY  40741

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent
☑ Unliquidated
☑ Disputed

**Basis for the claim:**
POTENTIAL PERSONAL INJURY CLAIM

**Is the claim subject to offset?**
☑ No
☐ Yes

UNKNOWN

---

**3.27 | Nonpriority creditor's name and mailing address**

BRIAN'S BATTERY SERVICE LLC
ATTN: REX MIDDLETON
PO BOX 963
HARLAN, KY  40831

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$1,805.00

---

**3.28 | Nonpriority creditor's name and mailing address**

CAPITAL RESOURCE GROUP
ATTN: DIANE FRATINI
1654 KING STREET
SUITE 9
ENFIELD, CT  06082

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$672.93

---

**3.29 | Nonpriority creditor's name and mailing address**

CARLTON INDUSTRIAL SOLUTIONS
ATTN: DENNIS YORK
120 LANDMARK DRIVE
GREENSBORO, NC  27409

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$395.13

---

**3.30 | Nonpriority creditor's name and mailing address**

CARROLL ENGINEERING CO
ATTN: MINDY BRUMMETT
P.O. BOX 860
HARLAN, KY  40831

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☑ No
☐ Yes

$89,021.05

**Part 2:**  Additional Page

| | Amount of claim |
|---|---|

| | | |
|---|---|---|
| 3.31 | **Nonpriority creditor's name and mailing address**<br><br>CENTRAL INSURANCE SERVICES<br>ATTN: JOANNA GWINN-ESTILL<br>2424 HARRODSBURG ROAD<br>SUITE 102<br>LEXINGTON, KY 40503<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $444.07 |
| 3.32 | **Nonpriority creditor's name and mailing address**<br><br>CENTRIWORKS<br>PO BOX 10665<br>KNOXVILLE, TN 37939<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $48.89 |
| 3.33 | **Nonpriority creditor's name and mailing address**<br><br>CENTRIWORKS FINANCIAL<br>PO BOX 660831<br>DALLAS, TX 75266-0831<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $185.71 |
| 3.34 | **Nonpriority creditor's name and mailing address**<br><br>CITA LOGISTICS<br>ATTN: TRACY SNYDER<br>500 E MAIN STREET, SUITE 440<br>NORFOLK, VA 23510<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $29,004.36 |
| 3.35 | **Nonpriority creditor's name and mailing address**<br><br>COALFIELD RESOURCES, LLC<br>ATTN: EARL KINSLER<br>26145 US HIGHWAY 23<br>BIG STONE GAP, VA 24219<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $42,267.50 |

| Part 2: | Additional Page | | Amount of claim |
|---|---|---|---|

**3.36** **Nonpriority creditor's name and mailing address**

COALTECH PETROGRAPHIC ASSOCIATES, INC.
3102 BRAUN AVE
MURRYSVILLE, PA  15668

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,710.00

---

**3.37** **Nonpriority creditor's name and mailing address**

COGAR MANUFACTURING
ATTN: ALBERT BROGAN
PO BOX 498
PEARISBURG, VA  24134

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$24,499.22

---

**3.38** **Nonpriority creditor's name and mailing address**

COLEMAN TRANSPORT, INC.
261 MARE CREEK
STANVILLE, KY  41659

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,900.00

---

**3.39** **Nonpriority creditor's name and mailing address**

COMCAST BUSINESS
ATTN: FRED CHARLES
2605 CIRCLE 75 PKWY SE
ATLANTA, GA  30339-4268

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$254.12

---

**3.40** **Nonpriority creditor's name and mailing address**

CONTINENTAL HERITAGE INSURANCE COMPANY
ATTN: TIM COVERT
200 PARK AVE
SUITE 400
ORANGE VILLAGE, OH  44122

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
BONDING

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,322.55

**Part 2:**    Additional Page

|  |  | Amount of claim |
|--|--|--|

| 3.41 | **Nonpriority creditor's name and mailing address**<br><br>CT CORPORATION<br>300 MONTVUE RD<br>KNOXVILLE, TN  37919<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $365.00 |

| 3.42 | **Nonpriority creditor's name and mailing address**<br><br>CUMBERLAND VALLEY ELECTRIC<br>ATTN: LARA GARLAND<br>PO BOX C<br>CUMBERLAND, KY  40823<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☐ No<br>☒ Yes | $12,761.87 |

| 3.43 | **Nonpriority creditor's name and mailing address**<br><br>CUMMING & PARTNERS<br>2 ST CLAIR AVE EAST<br>SUITE 901<br>TORONTO, ON  M47 2T5<br>CANADA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,558.60 |

| 3.44 | **Nonpriority creditor's name and mailing address**<br><br>DAMSTRA TECHNOLOGY LLC<br>ATTN: MAX DAMEWOOD<br>3773 CHERRY CREEK NORTH DRIVE, STE 927<br>DENVER, CO  80209<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,100.00 |

| 3.45 | **Nonpriority creditor's name and mailing address**<br><br>DENTONS BINGHAM GREENBAUM LLP<br>1221 AVENUE OF THE AMERICAS<br>NEW YORK, NY  10020<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $17,547.49 |

| Debtor | Cowing Coal, LLC | Case number (if known) | 24-70529 |
|--------|------------------|------------------------|----------|
|        | (Name)           |                        |          |

Case 24-70529-grs    Doc 209    Filed 01/10/25    Entered 01/10/25 22:57:46    Desc Main
Document    Page 59 of 118

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

| 3.46 | **Nonpriority creditor's name and mailing address**<br><br>DEPARTMENT OF ENVIRONMENTAL QUALITY - VA<br>PO BOX 1105<br>RICHMOND, VA  23218<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $7,709.68 |

| 3.47 | **Nonpriority creditor's name and mailing address**<br><br>DGAEL INVESTMENT HOLDINGS LLC<br>ATTN: GADI SLADE<br>48 OWENOKE PARK<br>WESTPORT, CT  06880<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>SHAREHOLDER LOAN<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $600,000.00 |

| 3.48 | **Nonpriority creditor's name and mailing address**<br><br>DOUBLE R TRUCKING COMPANY INC<br>ATTN: APRIL MEADE<br>10136 JEFFERSON RD<br>COEBURN, VA  24230<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $138,980.92 |

| 3.49 | **Nonpriority creditor's name and mailing address**<br><br>DR. ABDUL DAHHAN MD<br>ATTN: CHRISTINA SMITH<br>120 PROFESSIONAL LANE SUITE 101<br>HARLAN, KY  40831<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $14,740.00 |

| 3.50 | **Nonpriority creditor's name and mailing address**<br><br>DYNATECH ELECTRONICS, INC<br>ATTN: LORIE MIRACLE<br>P.O. BOX 884<br>HARLAN, KY  40831<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $38,949.13 |

| Debtor | Colony Coal, LLC | Case number (if known) | 24-70529 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.51 | **Nonpriority creditor's name and mailing address**<br><br>E DILLON & CO<br>ATTN: MIKE MILLER<br>PO BOX 160<br>SWORDS CREEK, VA  24649<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $12,098.52 |

| 3.52 | **Nonpriority creditor's name and mailing address**<br><br>EASTERN SCREENS & DRIVES, INC<br>ATTN: GREG TABOR<br>470 ADAMS ROAD<br>PIKEVILLE, KY  41501<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $2,603.50 |

| 3.53 | **Nonpriority creditor's name and mailing address**<br><br>ED ADAMS<br>C/O TONY OPPEGARD, ATTORNEY AT LAW<br>PO BOX 22446<br>LEXINGTON, KY  40522<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL LITIGATION CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.54 | **Nonpriority creditor's name and mailing address**<br><br>ELIZABETH HOLLOWAY<br>C/O THE WINTERS LAW GROUP LLC<br>ATTN: JESSICA WINTERS<br>432 S BROADWAY, STE 2B<br>LEXINGTON, KY  40508<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL LITIGATION CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.55 | **Nonpriority creditor's name and mailing address**<br><br>ELVIS ROWE<br>C/O THE LAW OFFICES OF MARK T. HUNT<br>ATTN: P. HEITH REYNOLDS, ESQ.<br>403N NORTON ROAD<br>WISE, VA  24293<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>POTENTIAL WORKERS' COMPENSATION CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.56 | **Nonpriority creditor's name and mailing address**<br><br>EMI PROFESSIONAL SERVICES - ENVIRONMENTAL<br>MONITORING INC<br>C/O ENVIRONMENTAL MONITORING INC<br>ATTN: JEANIE MCCARTHY<br>5730 INDUSTRIAL PARK ROAD<br>NORTON, VA 24273<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $23,158.75 |
| 3.57 | **Nonpriority creditor's name and mailing address**<br><br>ETERNUS CAPITAL CONSULTANCY PVT LTD<br>76, VAISHALI PITAMPURA<br>NEW DELHI<br>INDIA<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,000.00 |
| 3.58 | **Nonpriority creditor's name and mailing address**<br><br>ETHAN ESTEP TRUCKING LLC<br>ATTN: ETHAN ESTEP<br>P.O. BOX 592<br>BAXTER, KY 40806<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $58,060.39 |
| 3.59 | **Nonpriority creditor's name and mailing address**<br><br>FLEENOR SECURITY SYSTEMS INC<br>ATTN: JESSICA JONES<br>PO BOX 3903<br>JOHNSON CITY, TN 37602<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $165.00 |
| 3.60 | **Nonpriority creditor's name and mailing address**<br><br>FLSMIDTH USA INC.<br>ATTN: JOE DEHART<br>5505 WEST GILLETTE ROAD<br>TUSCON, AZ 85743<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,601.93 |

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---|

**3.61** | **Nonpriority creditor's name and mailing address**

GENERAL ENGINEERING COMPANY
ATTN: TANYA KESTNER
P.O. BOX 549
ABINGDON, VA 24212

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$32,024.31

---

**3.62** | **Nonpriority creditor's name and mailing address**

GIBSON WELDING & MACHINE INC
ATTN: BRIAN GIBSON
7936 CARTER BANCH ROAD
WISE, VA 24293

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,617.34

---

**3.63** | **Nonpriority creditor's name and mailing address**

GLENN SIZEMORE
C/O LEWIS AND LEWIS, ATTORNEYS AT LAW
ATTN: W. BARRY LEWIS
151 E. MAIN STREET, SUITE 100, P.O. BOX 800
HAZARD, KY 41702-0800

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.64** | **Nonpriority creditor's name and mailing address**

HARLAN PORT O JOHN SERVICE COMPANY
ATTN: JESSE BAILEY
PO BOX 1386
HARLAN, KY 40831

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$4,195.00

---

**3.65** | **Nonpriority creditor's name and mailing address**

HILLS MACHINERY COMPANY, LLC
ATTN: KEITH MUTTER
6250 HURRICANE RD
WISE, VA 24293

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,900.18

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.66 | **Nonpriority creditor's name and mailing address**<br><br>HOLSTON GASES<br>ATTN: MISTY WILBURN<br>545 W BAXTER AVENUE<br>KNOXVILLE, TN  37921<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $18,933.34 |

| 3.67 | **Nonpriority creditor's name and mailing address**<br><br>HORN & ASSOCIATES, INC<br>ATTN: ANTHONY WRIGHT<br>216 N. MAIN STREET<br>WINCHESTER, KY  40391<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $70,150.25 |

| 3.68 | **Nonpriority creditor's name and mailing address**<br><br>HOWARD ENGR. & GLY., INC<br>ATTN: TIMOTHY HOWARD<br>PO BOX 271<br>HARLAN, KY  40831<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $387,009.81 |

| 3.69 | **Nonpriority creditor's name and mailing address**<br><br>INMET MINING LLC<br>ATTN: EVAN BLUM, TRUSTEE<br>90 WOODBRIDGE CENTER DRIVE<br>4TH FLOOR<br>WOODBRIDGE, NJ  07095<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>CONTRACT CLAIM<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |

| 3.70 | **Nonpriority creditor's name and mailing address**<br><br>INNOVATIVE WIRELESS TECHNOLOGIES<br>ATTN: BRAD HARTWICK<br>1100 MAIN STREET<br>LYNCHBURG, VA  24504<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $8,416.00 |

**Part 2:** | Additional Page

| | | Amount of claim |
|---|---|---|

**3.71** | **Nonpriority creditor's name and mailing address**
IRWIN MINE AND TUNNELING SUPPLY
ATTN: DAVID DYE
401 RAGLAND RD
PO BOX936
BECKLEY, WV 25801

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$16,025.75

---

**3.72** | **Nonpriority creditor's name and mailing address**
J AND H ENTERPRISES OF VIRGINIA LLC
C/O STURGILL LAW OFFICE, PC
ATTN: JEFFREY A. STURGILL
944 NORTON RD, PO BOX 3458
WISE, VA 24293

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.73** | **Nonpriority creditor's name and mailing address**
J&H ENTERPRISES OF VA, LLC
ATTN: JAMIE FANNON
588 FANNON RD
PENNINGTON GAP, VA 24277

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$48,404.06

---

**3.74** | **Nonpriority creditor's name and mailing address**
JAMES CHISHOLM
3701 HIDDEN LAKE LANE
LEXINGTON, KY 40516

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
SHAREHOLDER LOAN

**Is the claim subject to offset?**
☐ No
☒ Yes

$302,581.91

---

**3.75** | **Nonpriority creditor's name and mailing address**
JAMES R. COX PLLC
ATTN: JAMES COX
3608 HURSTBOURNE RIDGE BLVD
LOUISVILLE, KY 40299

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$23,000.00

Debtor  Cowing Coal, LLC
        (Name)

Case number (if known)  24-70529

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.76**

**Nonpriority creditor's name and mailing address**

JOAN TRIVETT
462 HILLEDGE DR.
LAGUNA BEACH, CA 92651

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LAND LEASE PAYMENT

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,764.71

---

**3.77**

**Nonpriority creditor's name and mailing address**

JOHN DEERE FINANCIAL
6400 NW 86TH STREET
JOHNSTON, IA 50131

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEASE LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.78**

**Nonpriority creditor's name and mailing address**

JOHN HANCOCK LIFE INSURANCE COMPANY
197 CLARENDON STREET
BOSTON, MA 2166

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$6,466.34

---

**3.79**

**Nonpriority creditor's name and mailing address**

JOHNSON INDUSTRIES
ATTN: JUSTIN COLEMAN
101 PINE FORK
PIKEVILLE, KY 41501

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$12,246.83

---

**3.80**

**Nonpriority creditor's name and mailing address**

JONES OIL COMPANY INC
ATTN: KIM COMPTON
PO BOX 3427
PIKEVILLE, KY 41502

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$2,901.35

| **Part 2:** | Additional Page | |
|---|---|---|

|  |  | Amount of claim |
|---|---|---|

| 3.81 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $47,111.74 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

JOSH LEMAR TRUCKING
ATTN: JOSH LEMAR
4052 HIGHWAY 987
CAWOOD, KY 40815

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $47,111.74

---

**3.82 Nonpriority creditor's name and mailing address**

JOSH ROBERTS HEATING AND COOLING
3798 HIGHWAY 931 N
WHITESBURG, KY 41858

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $425.00

---

**3.83 Nonpriority creditor's name and mailing address**

JW CONSTRUCTION CO., INC.
ATTN: JERRY WHARTON
PO BOX 2470
WISE, VA 24293

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $563,168.94

---

**3.84 Nonpriority creditor's name and mailing address**

KENOVA PITTMAN
14794 HIGHWAY 38
EVARTS, KY 40828

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEASE LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: UNKNOWN

---

**3.85 Nonpriority creditor's name and mailing address**

KENTUCKY COMMUNITY AND TECHNICAL COLLEGE
SYSTEM
300 NORTH MAIN ST
VERSAILLES, KY 40383

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $600.00

Debtor  Cambrian Coal, LLC
        (Name)

Case number (if known)  24-70529

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $5,466.05 |

**Nonpriority creditor's name and mailing address**

KENTUCKY EMPLOYER'S MUTUAL INSURANCE (KEMI)
ATTN: CFO OR GENERAL COUNSEL
250 W MAIN ST.
SUITE 900
LEXINGTON, KY  40507-1724

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$5,466.05

---

**3.87  Nonpriority creditor's name and mailing address**

KENTUCKY MINE SUPPLY CO
ATTN: DEWAYNE WILLIAMS
213 RIVER STREET
HARLAN, KY  40831

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,997.25

---

**3.88  Nonpriority creditor's name and mailing address**

KEVIN TACKETT TRUCKING
ATTN: KEVIN TACKETT
PO BOX 248
VIRGIE, KY  41572

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$29,441.80

---

**3.89  Nonpriority creditor's name and mailing address**

KIFACO TRUST
ATTN: IAN CHISHOLM
11 EDENHOLME ST.
WEST PYMBLE, NSW  2073
AUSTRALIA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
DIRECTOR FUNDING

**Is the claim subject to offset?**
☐ No
☒ Yes

$4,259,320.51

---

**3.90  Nonpriority creditor's name and mailing address**

KINETIC BY WINDSTREAM
932 CITATION BLVD
LEXINGTON, KY  40511

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$176.04

Debtor _____Coking Coal, LLC_____   Case number (if known) _24-70529___
        (Name)

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

| 3.91 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $21,688.20 |
| --- | --- | --- | --- |

KJ TRUCKING
ATTN: RODNEY CAPPS
420 FAIRVIEW ROAD
MIDDLESBORO, KY  40965

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.92 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $482.89 |
| --- | --- | --- | --- |

KLEINSCHMIDT INC
ATTN: MELISSA PORTER
405 LAKE COOK RD
DEERFIELD, IL  60015

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.93 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $7,722.51 |
| --- | --- | --- | --- |

KOMATSU/JOY GLOBAL UNDERGROUND MINING LLC
ATTN: KEITH MEDLEY
372 TECHNOLOGY TRAIL LANE STE 401 BOX 4
DUFFIELD, VA  24244

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.94 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1,374.30 |
| --- | --- | --- | --- |

LA SURETY SOLUTIONS LLC/ALLIANT INSURANCE
SERVICES, INC.
C/O ALLIANT INSURANCE SERVICES, INC.
127 S SHERRIN AVE
LOUISVILLE, KY  40207

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.95 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $2,775.88 |
| --- | --- | --- | --- |

LAPUTKA, BAYLESS, ECKER & COHN, P.C.
ONE S CHURCH ST # 301
HAZLETON, PA  18201

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor  _____    _____
        (Name)                    Case number (if known) _____

| **Part 2:** | Additional Page |

|  | Amount of claim |
| --- | ---: |

**3.96** | **Nonpriority creditor's name and mailing address**
LESLIE HOLMAN
C/O JONES & JONES PLLC
208 SECOND STREET
P.O. BOX 1139
PIKEVILLE, KY  41502

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL WORKERS' COMPENSATION
CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.97** | **Nonpriority creditor's name and mailing address**
M&D ELECTRICAL SALES, INC.
28 KOSCIUSZKO ST
BROOKLYN, NY  11205

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,646.00

---

**3.98** | **Nonpriority creditor's name and mailing address**
MAGGARD SALES & SERVICE
ATTN: JOE SALYERS
7915 SOUTH FORK ROAD
POUND, VA  24279

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$82,824.09

---

**3.99** | **Nonpriority creditor's name and mailing address**
MALCOLM THOMAS
3977 BRANHAM PARK
LEXINGTON, KY  40515

**Date or dates debt was incurred**
VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$50,000.00

---

**3.100** | **Nonpriority creditor's name and mailing address**
MARCO INTERNATIONAL CORP
ATTN: JORDAN KESTENBAUM
475 PARK AVE SOUTH
NEW YORK, NY  10016

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*
☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CONTINGENT SALE

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | | **Amount of claim** |
|---|---|---|---|

| 3.101 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $65,000.00 |

MARTIN'S PETERBILT OF EASTERN KENTUCKY
ATTN: WILLIAM COLLINS
PO BOX 98
LONDON, KY 40743

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.102 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $24,719.78 |

MATRIX DESIGN GROUP
ATTN: CHRIS ADKINS
3299 TOWER DRIVE
NEWBURGH, IN 47630

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $35,519.74 |

MCCOY CONSTRUCTION & FORESTRY
ATTN: CHAD DRAIN
501 BELL ST, SUITE 501
DUBUQUE, IA 52001

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $5,394.10 |

MCDOWELL GEAR AND MACHINE LLC
ATTN: MARYANN MCDOWELL
P.O. BOX 1587
NEW TAZEWELL, TN 37824

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $150.00 |

MCGREGOR & ASSOCIATES, INC
ATTN: DREW FOUNTAIN
997 GOVERNORS LN
SUITE 175
LEXINGTON, KY 40513

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Golf Corp, LLC
          (Name)

Case number (if known)  24-70529

| **Part 2:** | Additional Page |
|---|---|

|  | Amount of claim |
|---|---:|

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $22,000.00 |
|---|---|---|---|

**3.106**

**Nonpriority creditor's name and mailing address**

MERCURY CARBON LLC
ATTN: ADAM WILSON
4851 TAMIAMI TRAIL N
NAPLES, FL  34110

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$22,000.00

---

**3.107**

**Nonpriority creditor's name and mailing address**

MINE SAFETY AND HEALTH ADMINISTRATION
PO BOX 790390
ST LOUIS, MO  63179-0390

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$30,781.00

---

**3.108**

**Nonpriority creditor's name and mailing address**

MINE SERVICE COMPANY INC
ATTN: STEPHEN PATRICK
2342 S. KENTUCKY HIGHWAY 15
P.O. BOX 858
HAZARD, KY  41702

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$233,134.25

---

**3.109**

**Nonpriority creditor's name and mailing address**

MINERAL LABS INC
ATTN: LADENA LYON
P.O. BOX 549
SALYERSVILLE, KY  41465

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,566.77

---

**3.110**

**Nonpriority creditor's name and mailing address**

MOODY EQUIPMENT & SALES INC
ATTN: CARL MOODY
520 WOODLAND HILLS
HARLAN, KY  40831

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$13,107.00

---

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| | | |
|---|---|---|
| 3.111 | **Nonpriority creditor's name and mailing address**<br><br>MOUNTAIN CONSTRUCTION COMPANY<br>ATTN: DONNA BALL<br>P.O. BOX 269<br>GRAYS KNOB, KY  40829<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $30,526.44 |
| 3.112 | **Nonpriority creditor's name and mailing address**<br><br>MOUNTAIN EMPIRE COMMUNITY/WORKFORCE<br>DEVELOPMENT<br>3441 MTN EMPIRE RD<br>BIG STONE GAP, VA  24216<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $50.00 |
| 3.113 | **Nonpriority creditor's name and mailing address**<br><br>MULLINS, HARRIS, JESSEE, & DOTSON<br>30 7TH ST NW<br>NORTON, VA  24273<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $5,146.29 |
| 3.114 | **Nonpriority creditor's name and mailing address**<br><br>NATIONAL ARMATURE<br>ATTN: SHANE GORE<br>PO BOX 655<br>HOLDEN, WV  25625<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $103,104.38 |
| 3.115 | **Nonpriority creditor's name and mailing address**<br><br>NATURAL RESOURCE PARTNERS LP<br>ATTN: JEFF CONLEY<br>5260 IRVIN ROAD<br>HUNTINGTON, WV  25705<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>TRANSACTION/DEFICIENCY LIABILITY<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $529,629.71 |

| Debtor | Cooling Coal, LLC | Case number (if known) | 24-70529 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |
|---|---|---|---|

| | | Amount of claim |
|---|---|---|

**3.116** | **Nonpriority creditor's name and mailing address**

NORFOLK SOUTHERN RAILWAY COMPANY
ATTN: HUNTER MIMS
650 W PEACHTREE ST NW
ATLANTA, GA  30308

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$795,904.26

---

**3.117** | **Nonpriority creditor's name and mailing address**

ODEON CAPITAL GROUP, LLC
ATTN: MATT BONNER
750 LEXINGTON AVENUE - 27TH FLOOR
NEW YORK, NY  10022

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$10,000.00

---

**3.118** | **Nonpriority creditor's name and mailing address**

OLD DOMINION POWER
ATTN: SCOTT MCELMURRAY
ONE QUALITY ST
LEXINGTON, KY  40507

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☐ No
☒ Yes

$273,792.09

---

**3.119** | **Nonpriority creditor's name and mailing address**

ONEMAIN FINANCIAL GROUP, LLC
C/O HARRISLOFTUS, PLLC
7900 SUDLEY ROAD, SUITE 608
MANASSAS, VA  20109

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL GARNISHMENTS CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.120** | **Nonpriority creditor's name and mailing address**

O'REILLY AUTO PARTS
ATTN: DOUG BARKER
414 EAST STREET NORTH
BIG STONE GAP, VA  24219

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$895.55

| Debtor | Coking Coal, LLC | Case number (if known) | 24-70529 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | | Amount of claim |
|---|---|---|---|

| 3.121 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $29.20 |

PA TURNPIKE TOLL BY PLATE
300 EAST PARK DRIVE
HARRISBURG, PA  17111

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.122 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN |

PANORAMA EQUIPMENT LEASING I LLC
1010 GRAND COURT
HIGHLAND BEACH, FL  33487

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEASE LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.123 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN |

PANORAMA EQUIPMENT LEASING I LLC
ATTN: PARI OLVER
101 NE 3RD AVE., SUITE 1500
FORT LAUDERDALE, FL  33301

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
PROMISSORY NOTE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.124 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $76,508.02 |

PARSLEY'S GENERAL TIRE, INC
ATTN: JANICE BURNS
2006 N. MAIN STREET
LONDON, KY  40741

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

---

| 3.125 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | UNKNOWN |

PENN VIRGINIA OPERATING CO., LLC
ATTN: STEVE LOONEY
13905 MACCORKLE AVE
CHARLESTON, WV  25035

**Date or dates debt was incurred**

**Last 4 digits of account number:**

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
LEASE LIABILITY

**Is the claim subject to offset?**
☒ No
☐ Yes

Debtor    Coking Coal, LLC    Case number (if known)  24-70529
       (Name)

| Part 2: | Additional Page |
|---|---|

| | Amount of claim |
|---|---|

**3.126**  **Nonpriority creditor's name and mailing address**

PETERS EQUIPMENT COMPANY LLC
ATTN: CRAIG RAMSEY
129 INDUSTRIAL PARK ROAD
BLUEFIELD, VA  24605

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$911.27

---

**3.127**  **Nonpriority creditor's name and mailing address**

PHOENIX PROCESS EQUIPMENT CO.
ATTN: JOE YATES
2402 WATTERSON TRAIL
LOUISVILLE, KY  40299

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,983.99

---

**3.128**  **Nonpriority creditor's name and mailing address**

POWER GREEN CONSULTORIA
RUA DOMINGOS VLEIRA 300 SALA 902
BELO HORIZONTE
MINAS GERAIS
BRASIL

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☒ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$15,000.00

---

**3.129**  **Nonpriority creditor's name and mailing address**

PRESLEY TRUCKING CO, INC
ATTN: DALE PRESLEY
6409 PRESLEY BLVD
NORTON, VA  24273

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$47,227.13

---

**3.130**  **Nonpriority creditor's name and mailing address**

PRESLEY TRUCKING CO., INC.
C/O STURGILL LAW OFFICE, PC
944 NORTON RD
PO BOX 3458
WISE, VA  24293

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**Part 2:** | Additional Page

| | Amount of claim |
|---|---|

---

| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,114.80 |
|---|---|---|---|

QUALITY MAGNETITE LLC
ATTN: ACE PUCKETT
P.O. BOX
KENOVA, WV 25530

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $447.87 |
|---|---|---|---|

QUALITY ROLLOFF SERVICES, INC
38 N EAST ST
FARMINGTON, IL 61531

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $12,337.55 |
|---|---|---|---|

RAW MATERIAL SERVICES LLC
500 NOLF RD
NAZARETH, PA 18064

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $83,984.80 |
|---|---|---|---|

RIGGS OIL
ATTN: TEDDY COLLIER
PO BOX AA
BIG STONE GAP, VA 24219

_Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date or dates debt was incurred**

VARIOUS

**Basis for the claim:**
TRADE PAYABLE

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | UNKNOWN |
|---|---|---|---|

ROBERT MULLINS
6008 CHERRY LANE
WISE, VA 24293

_Check all that apply._

☒ Contingent
☒ Unliquidated
☒ Disputed

**Date or dates debt was incurred**

**Basis for the claim:**
POTENTIAL GARNISHMENTS CLAIM

**Last 4 digits of account number:**

**Is the claim subject to offset?**

☒ No
☐ Yes

---

| **Part 2:** | Additional Page | |
|---|---|---|

| | | Amount of claim |
|---|---|---|

| 3.136 | **Nonpriority creditor's name and mailing address**<br><br>ROWAN PARCHI<br>1010 GRAND CT.<br>HIGHLAND BEACH, FL 33487<br><br>**Date or dates debt was incurred**<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☒ Contingent<br>☒ Unliquidated<br>☒ Disputed<br><br>**Basis for the claim:**<br>PROMISSORY NOTE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | UNKNOWN |
| 3.137 | **Nonpriority creditor's name and mailing address**<br><br>S & S SERVICE INC<br>ATTN: JEFFREY SIMPSON<br>P.O. BOX R<br>CUMBERLAND, KY 40823<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $42,109.96 |
| 3.138 | **Nonpriority creditor's name and mailing address**<br><br>S & S SUPPLY<br>ATTN: CHAD SLUSS<br>P.O. BOX 360<br>WISE, VA 24293<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $15,388.85 |
| 3.139 | **Nonpriority creditor's name and mailing address**<br><br>S&G MINE SUPPLY<br>ATTN: KELLES GREER<br>52 REDDINGTON RD<br>HARLAN, KY 40831<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $9,400.00 |
| 3.140 | **Nonpriority creditor's name and mailing address**<br><br>SAMPLING ASSOCIATES INTERNATIONAL, LLC<br>ATTN: HERMAN WONG<br>22 ENTERPRISE PARKWAY, SUITE 220<br>HAMPTON, VA 23666-5844<br><br>**Date or dates debt was incurred**<br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $11,788.16 |

| **Part 2:** | Additional Page |
| --- | --- |

| | | **Amount of claim** |
| --- | --- | --- |

| | | |
| --- | --- | --- |
| 3.141 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** | $7,475.00 |

**3.141**

**Nonpriority creditor's name and mailing address**

SAYLOR ELECTRIC EQUIPMENT CO
1418 HIGHWAY 2007
WALLINS CREEK, KY 40873

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $7,475.00

---

**3.142**

**Nonpriority creditor's name and mailing address**

SCHNABEL ENGINEERING
ATTN: TERRY HARMS
3502 OVERLOOK CIRCLE
KNOXVILLE, TN 37909

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $3,380.73

---

**3.143**

**Nonpriority creditor's name and mailing address**

SGS
ATTN: JANICE HALL
151 EASTERN DR. JCT RTS 16 & 54 SOPHIA
RALEIGH, WV 25921

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $9,046.15

---

**3.144**

**Nonpriority creditor's name and mailing address**

SIZEMORE BROTHERS LOGGING LLC
ATTN: DAVID SIZEMORE
210 RYLIE DR
JONESVILLE, VA 24263

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $42,950.79

---

**3.145**

**Nonpriority creditor's name and mailing address**

SOUTHEAST SERVICE INC
1160 W COMMERCE DR
FESTUS, MO 63028

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

**Amount of claim:** $7,406.00

| Debtor | Colony Coal, LLC | Case number (if known) | 24-70529 |
| --- | --- | --- | --- |
| | (Name) | | |

| Part 2: | Additional Page |
| --- | --- |

|  | | **Amount of claim** |
| --- | --- | --- |

| 3.146 | **Nonpriority creditor's name and mailing address**<br><br>SOUTHERN FOREST PRODUCTS<br>ATTN: STEPHANIE WHISMAN<br>P.O. BOX 152<br>APPALACHIA, VA  24216<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $21,960.00 |
| 3.147 | **Nonpriority creditor's name and mailing address**<br><br>SOUTHWEST TOOL RENTAL, INC<br>ATTN: DANIEL<br>1675 PARK AVE SW<br>NORTON, VA  24273<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $194.00 |
| 3.148 | **Nonpriority creditor's name and mailing address**<br><br>STAPLES CONTRACT & COMMERCIAL LLC<br>ATTN: STAN FIELDS<br>PO BOX 105638<br>ATLANTA, GA  30348-5638<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $296.96 |
| 3.149 | **Nonpriority creditor's name and mailing address**<br><br>STATE ELECTRIC SUPPLY COMPANY<br>ATTN: JONATHAN MILLS<br>1420 EAST CUMBERLAND AVENUE<br>MIDDLESBORO, KY  40965<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $31,102.26 |
| 3.150 | **Nonpriority creditor's name and mailing address**<br><br>STERICYCLE<br>2355 WAUKEGAN RD<br>BANNOCKBURN, IL  60015<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $328.98 |

| Debtor | Blackjewel, L.L.C. | Case number (if known) | 24-70529 |
| | (Name) | | |

| **Part 2:** | Additional Page |
| --- | --- |

|  | Amount of claim |
| --- | --- |

---

**3.151** | **Nonpriority creditor's name and mailing address**

STIFEL, NICOLAUS & COMPANY, INC.
ONE FINANCIAL PLAZA
501 NORTH BROADWAY
ST. LOUIS, MO  63102

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$18,245.89

---

**3.152** | **Nonpriority creditor's name and mailing address**

STOLL KEENON OGDEN PLLC
300 WEST VINE ST, STE 2100
LEXINGTON, KY  40507

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$3,551.50

---

**3.153** | **Nonpriority creditor's name and mailing address**

STRATA SAFETY PRODUCTS
ATTN: ANDREW NUNNERY
8800 ROSWELL ROAD - SUITE 145
SANDY SPRINGS, GA  30350

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$9,326.49

---

**3.154** | **Nonpriority creditor's name and mailing address**

TACORA CAPITAL MANAGEMENT LP
ATTN: KERI FINDLEY
2505 PECOS ST.
AUSTIN, TX  78703

**Date or dates debt was incurred**

1/26/2024

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
CREDIT AGREEMENT, SECURITY
AGREEMENT, PROMISSORY NOTE

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

**3.155** | **Nonpriority creditor's name and mailing address**

TIMOTHY BAILEY
C/O JAMES D HOLLIDAY, ATTORNEY AT LAW
109 BROADWAY, STE 301
PO BOX 29
HAZARD, KY  41702-0029

**Date or dates debt was incurred**

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☒ Contingent
☒ Unliquidated
☒ Disputed

**Basis for the claim:**
POTENTIAL LITIGATION CLAIM

**Is the claim subject to offset?**
☒ No
☐ Yes

UNKNOWN

---

| Debtor | Coking Coal, LLC | Case number (if known) | 24-70529 |
|---|---|---|---|
| | (Name) | | |

| **Part 2:** | Additional Page | | |

| | | Amount of claim |
|---|---|---|

**3.156**

**Nonpriority creditor's name and mailing address**

TRANSWORLD SYSTEMS INC.
500 VIRGINIA DR
SUITE 514
FT WASHINGTON, PA  19034

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$29.40

---

**3.157**

**Nonpriority creditor's name and mailing address**

TREY K MINING & ELECTRIC
6290 STATE HIGHWAY 194 E
P.O. BOX 235
KIMPER, KY  41539

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$45,540.00

---

**3.158**

**Nonpriority creditor's name and mailing address**

TYCORE INTERNATIONAL LTD
ATTN: TY ZEHIR
48 EVERGREEN LANE SW
CALGARY, AB  T2Y 3T9
CANADA

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$595,464.45

---

**3.159**

**Nonpriority creditor's name and mailing address**

UNITED CENTRAL INDUSTRIAL SUPPLY
ATTN: JERRY CORNETT
4400 CALLAHAN AVENUE
APPALACHIA, VA  24216

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$42,061.12

---

**3.160**

**Nonpriority creditor's name and mailing address**

UNITED INDUSTRIAL SERVICES, INC
ATTN: KEVIN WILEY
PO BOX D, 101 SPRUCE STREET
RICH CREEK, VA  24147

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$72,100.00

---

Debtor  Coming Coal, LLC
        (Name)

Case number (if known)  24-70529

| **Part 2:** | Additional Page | | |
|---|---|---|---|
| | | | **Amount of claim** |

| 3.161 | **Nonpriority creditor's name and mailing address**<br><br>UNITED PARCEL SERVICE INC<br>55 GLENLAKE PKWY NE<br>ATLANTA, GA  30328<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $64.54 |
|---|---|---|---|
| 3.162 | **Nonpriority creditor's name and mailing address**<br><br>US BEARING AND POWER TRANSMISSION CORPORATION<br>6829 TEAYS VALLEY RD.<br>SCOTT DEPOT, WV  25560<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $34,268.85 |
| 3.163 | **Nonpriority creditor's name and mailing address**<br><br>VA-KY COMMUNICATIONS<br>ATTN: CODY BLANKENBECLER<br>P.O. BOX 249<br>WISE, VA  24293<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $3,911.08 |
| 3.164 | **Nonpriority creditor's name and mailing address**<br><br>VERIZON WIRELESS SERVICES LLC<br>1095 AVE OF THE AMERICAS 8TH FLOOR<br>NEW YORK, NY  10036<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $6,234.05 |
| 3.165 | **Nonpriority creditor's name and mailing address**<br><br>VICTOR MCKINNEY TRUCKING<br>ATTN: VICTOR MCKINNEY<br>4206 RANDALL RD<br>APPALACHIA, VA  24216<br><br>**Date or dates debt was incurred**<br><br>VARIOUS<br><br>**Last 4 digits of account number:** | **As of the petition filing date, the claim is:**<br>*Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**<br>TRADE PAYABLE<br><br>**Is the claim subject to offset?**<br>☒ No<br>☐ Yes | $19,010.48 |

Debtor    Coking Coal, LLC    Case 24-70529-grs    Doc 209    Filed 01/10/25    Entered 01/10/25 22:57:46    Desc Main
(Name)       Case number (if known)    24-70529
Document     Page 83 of 118

| **Part 2:** | Additional Page |
| --- | --- |

| | Amount of claim |
| --- | --- |

**3.166** | **Nonpriority creditor's name and mailing address**

VIRGINIA DEPARTMENT OF ENERGY
3405 MOUNTAIN EMPIRE RD
BIG STONE GAP, VA 24219

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
PERMIT FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

$467.00

---

**3.167** | **Nonpriority creditor's name and mailing address**

VIRGINIA DEPARTMENT OF HEALTH
109 GOVERNOR ST 7TH FLOOR
RICHMOND, VA 23219

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
LICENSE FEES

**Is the claim subject to offset?**
☒ No
☐ Yes

$1,300.00

---

**3.168** | **Nonpriority creditor's name and mailing address**

VIRGINIA VULCANIZING, INC
ATTN: CHARLES BROWN
PO BOX 61
BOISSEVAIN, VA 24606

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$11,000.00

---

**3.169** | **Nonpriority creditor's name and mailing address**

WASTE CONNECTIONS OF EASTERN KENTUCKY
3612 E. HWY 552
LILY, KY 40740

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$342.58

---

**3.170** | **Nonpriority creditor's name and mailing address**

WOODWAY STONE COMPANY
ATTN: LISA MOORE
PO BOX 307
PENNINGTON GAP, VA 24277

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

**As of the petition filing date, the claim is:**
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

$86,341.61

Debtor    Blackjewel, L.L.C.
(Name)

Case number (if known)    24-70529

## Part 2: Additional Page

| | | Amount of claim |
|---|---|---|
| | | |

| 3.171 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1,448.75 |

**3.171** Nonpriority creditor's name and mailing address

WYATT, TARRANT & COMBS, LLP
ATTN: TOM TRAVIS
250 WEST MAIN STREET
LEXINGTON, KY  40507

**Date or dates debt was incurred**

VARIOUS

**Last 4 digits of account number:**

As of the petition filing date, the claim is:
*Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**
TRADE PAYABLE

**Is the claim subject to offset?**
☒ No
☐ Yes

Amount of claim: $1,448.75

## Part 3: List Others to Be Notified About Unsecured Claims

4.  List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| | Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.1 | ALPHA METALLURGICAL COAL SALES, LLC<br>ATTN: BRENDA FOLEY<br>340 MARTIN LUTHER KING JR BLVD<br>BRISTOL, TN  37620 | Line 3.7 | |
| 4.2 | ED ADAMS<br>C/O  APPALACHIAN CITIZENS LAW CTR<br>ATTN: WES ADDINGTON, ATTORNEY AT LAW<br>APPALACHIAN CITIZENS LAW CTR<br>317 MAIN ST<br>WHITESBURG, KY  41858 | Line 3.53 | |
| 4.3 | ELIZABETH HOLLOWAY<br>188 EDDIE ST<br>LEXINGTON, KY  40508 | Line 3.54 | |
| 4.4 | LESLIE HOLMAN<br>C/O GLENN M HAMMOND, ATTORNEY AT LAW<br>PO BOX 1109<br>PIKEVILLE, KY  41502 | Line 3.96 | |
| 4.5 | LESLIE HOLMAN<br>C/O JONES & JONES PLLC<br>110 ST.  JAMES CT., SUITE D<br>FRANKFORT, KY  40601 | Line 3.96 | |

Debtor    Coking Coal, LLC
(Name)

Case number (if known)    24-70529

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

5.    **Add the amounts of priority and nonpriority unsecured claims.**

|  |  | Total of claim amounts |
|---|---|---|
| 5a. | Total claims from Part 1 | 5a. | $542,552.74 |
| 5b. | Total claims from Part 2 | 5b. + | $59,882,967.87 |
| 5c. | **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $60,425,520.61 |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Coking Coal, LLC |
| United States Bankruptcy Court for the: | Eastern District of Kentucky |
| Case number (if known) | 24-70529 |

☐ Check if this is an amended filing

## Official Form 206G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.

**1.** **Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules . There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| **2.** | **List all contracts and unexpired leases** | | **State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease** |
|---|---|---|---|
| 2.1 | **State what the contract or lease is for and the nature of the debtor's interest** | DEED OF TRUST, SECURITY AGREEMENT, FINANCING STATEMENT, FIXTURE FILING & ASSIGNMENT OF PRODUCTION DTD 5/11/2020 | ACIN LLC ATTN: VP CHIEF ENGINEER 5260 IRWIN RD HUNTINGTON, WV  25705-3247 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.2 | **State what the contract or lease is for and the nature of the debtor's interest** | COAL MINING LEASE #8218 DTD 5/11/2020 | ACIN LLC C/O NRP OPERATING LLC 5260 IRWIN RD HUNTINGTON, WV  25705-3247 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.3 | **State what the contract or lease is for and the nature of the debtor's interest** | COAL LEASE AGREEMENT DTD 11/20/2020 | ALBERT L BYER 509 MITCHELL RD KINGSPORT, TN  37663 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.4 | **State what the contract or lease is for and the nature of the debtor's interest** | COAL LEASE AGREEMENT DTD 11/20/2020 | ALBERT SHIMKUS 5230B IROQUOIS AVE EWA BEACH, HI  96796 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor  Blackjewel Coal, LLC

(Name)

Case number (if known)  24-70529

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.5 | **State what the contract or lease is for and the nature of the debtor's interest** | SALE PURCHASE AGREEMENT FOR COAL DTD 6/25/2024 | ALPHA METTALLURGICAL COAL SALES, LLC 340 MATIN LUTH:ER KING JR. BLVD BRISTOL, TN  37621-0848 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.6 | **State what the contract or lease is for and the nature of the debtor's interest** | SOLID FUELS PURCHASE AGREEMENT DTD 2/26/2024 | ARCELORMITTAL SOURCING SCA 24-26 BOULEVARD D'AVRANCHES LUXEMBOURG CITY  L-1160 LUXEMBOURG |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.7 | **State what the contract or lease is for and the nature of the debtor's interest** | COAL LEASE AGREEMENT DTD 11/20/2020 | BETTY QUESENBERRY C/O TERESA Q TALBERT 1616 HOLYFIELD DR PULASKI, VA  24301 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.8 | **State what the contract or lease is for and the nature of the debtor's interest** | COAL LEASE AGREEMENT DTD 11/20/2020 | CAROL T CLARKE 2800 HERITAGE DR SUFFOLK, VA  23435 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.9 | **State what the contract or lease is for and the nature of the debtor's interest** | COAL LEASE AGREEMENT DTD 11/20/2020 | CHARLES M CLARKE 2800 HERITAGE DR SUFFOLK, VA  23435 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.10 | **State what the contract or lease is for and the nature of the debtor's interest** | COAL LEASE AGREEMENT DTD 11/20/2020 | CHRISTINA A POORE 5230B IROQUOIS AVE EWA BEACH, HI  96796 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor   Cambrio Coal, LLC                                                          Case number (if known) 24-70529
         (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.11 | State what the contract or lease is for and the nature of the debtor's interest | COAL LEASE AGREEMENT DTD 11/20/2020 | CHRISTINA T RUSSIN 107 RAINBOW DR, #738 LIVINGSTON, TX  77399 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.12 | State what the contract or lease is for and the nature of the debtor's interest | DEED OF TRUST, SECURITY AGREEMENT, FINANCING STATEMENT, FIXTURE FILING & ASSIGNMENT OF PRODUCTION DTD 5/11/2020 | DAVID A DEJARNETT AS TRUSTEE 480 WEST JUBAL EARLY DR, STE 130 WINCHESTER, VA  22601 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.13 | State what the contract or lease is for and the nature of the debtor's interest | COAL LEASE AGREEMENT DTD 11/20/2020 | DONALD BLACK 462 HILLEDGE DR LAGUNA BEACH, CA  92651 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.14 | State what the contract or lease is for and the nature of the debtor's interest | TRANSPORT AGREEMENT | DOUBLE R TRUCKING COMPANY, INC 10136 JEFFERSON RD COEBURN, VA  24230 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |
| 2.15 | State what the contract or lease is for and the nature of the debtor's interest | SHAREHOLDER PROMISSORY NOTE DTD 09/29/2024 | EURASIA CENTER AG BAHNHOFSTRASSE 6 HERISAU  9100 SWITZERLAND |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.16 | State what the contract or lease is for and the nature of the debtor's interest | FACTORING AGREEMENT DTD 6/29/2023 | GOBA CAPITAL INC ATTN: JIMENA BARBOSA BRICKELL CITY TOWER 80 SW 8TH ST, STE 2150 MIAMI, FL  33130 |
| | State the term remaining | CURRENT | |
| | List the contract number of any government contract | | |

Debtor    _Cambrian Coal, LLC_____    Case number (if known) _24-70529_____
        (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.17 | **State what the contract or lease is for and the nature of the debtor's interest** | GEOLOGICAL SERVICES AGREEMENT | HOWARD ENGR. & GLY., INC<br>PO BOX 271<br>HARLAN, KY  40831 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.18 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACTOR MINING AGREEMENT DTD 3/18/2024 | IRON MOUNTAIN COLLIERIES LLC<br>ATTN: JERRY WHARTON<br>PO BOX 2470<br>WISE, VA  24293 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.19 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSPORT AGREEMENT | J&H ENTERPRISES OF VA, LLC<br>588 FANNON RD<br>PENNINGTON GAP, VA  24277 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.20 | **State what the contract or lease is for and the nature of the debtor's interest** | COAL LEASE AGREEMENT DTD 11/20/2020 | JAMES C TRIVETT<br>10495 SR 550<br>ATHENS, OH  45701 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.21 | **State what the contract or lease is for and the nature of the debtor's interest** | COAL LEASE AGREEMENT DTD 11/20/2020 | JANET C TRIVETT<br>1401 SOUTH LIVE OAK PKWY<br>WILMINGTON, NC  28403 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.22 | **State what the contract or lease is for and the nature of the debtor's interest** | COAL LEASE AGREEMENT DTD 11/20/2020 | JOAN C TRIVETT<br>462 HILLEDGE DR<br>LAGUNA BEACH, CA  92651 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor  Colossus Coal, LLC                                    Case number (if known) 24-70529
        (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
| --- | --- | --- |
| 2.23 | **State what the contract or lease is for and the nature of the debtor's interest** | PURCHASE AGREEMENT FOR SURFACE EQUIPMENT | JOHN DEERE FINANCIAL PO BOX 5328 MADISON, WI 53705-0328 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.24 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSPORT AGREEMENT | JOSH LEMAR TRUCKING 4052 HIGHWAY 987 CAWOOD, KY 40815 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.25 | **State what the contract or lease is for and the nature of the debtor's interest** | SALE AGREEMENT FOR COAL DTD 05/2024 | JW CONSTRUCTION CO., INC. PO BOX 2470 WISE, VA 24293 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.26 | **State what the contract or lease is for and the nature of the debtor's interest** | CONTRACTOR MINING AGREEMENT DTD 3/18/2024 | JW CONSTRUCTION INC ATTN: JERRY WHARTON PO BOX 2470 WISE, VA 24293 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.27 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE BACK/ REPURCHASE AGREEMENT FOR SURFACE MINING EQUIPMENT DTD 08/2023 | KENOVA PITTMAN 14794 HIGHWAY 38 EVARTS, KY 40828 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.28 | **State what the contract or lease is for and the nature of the debtor's interest** | TRANSPORT AGREEMENT | KJ TRUCKING 420 FAIRVIEW ROAD MIDDLESBORO, KY 40965 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

Debtor ___Blackjewel Coal, LLC___    Case number (if known) ___24-70529___
    (Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.29 | **State what the contract or lease is for and the nature of the debtor's interest** | COAL LEASE AGREEMENT DTD 11/20/2020 | MARY LEA BYER 509 MITCHELL RD KINGSPORT, TN  37663 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.30 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT FOR METTALLURGICAL COAL RESOURCES | NATURAL RESOURCE PARTNERS LP 5260 IRVIN ROAD HUNTINGTON, WV  25705 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.31 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE AGREEMENT FOR USE OF RAILWAY DTD 12/13/2021 | NORFOLK SOUTHERN RAILWAY COMPANY 650 W PEACHTREE ST NW ATLANTA, GA  30308 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.32 | **State what the contract or lease is for and the nature of the debtor's interest** | SHAREHOLDER PROMISSORY NOTE DTD 07/01/2023 | PANORAMA EQUIPMENT LEASING 1 LLC 1010 GRAND COURT HIGHLAND BEACH, FL  33487 |
| | **State the term remaining** | | |
| | **List the contract number of any government contract** | | |
| 2.33 | **State what the contract or lease is for and the nature of the debtor's interest** | LEASE BACK/ REPURCHASE AGREEMENT FOR UNDERGROUND MINING EQUIPMENT DTD 12/26/2022 | PANORAMA EQUIPMENT LEASING I LLC 101 NE 3RD AVENUE SUITE 1500 FORT LAUDERDALE, FL  33301-1181 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.34 | **State what the contract or lease is for and the nature of the debtor's interest** | COAL LEASE AGREEMENT DTD 12/2/2021 | PENN VIRGINIA OPERATING CO LLC ATTN: STEPHEN F LOONEY 7 SHERIDAN SQ, STE 400 KINGSPORT, TN  37660 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.35**   **State what the contract or lease is for and the nature of the debtor's interest**    SHAREHOLDER PROMISSORY NOTE DTD 07/01/2023 <br><br> **State the term remaining** <br><br> **List the contract number of any government contract** | ROWAN PARCHI <br> 1010 GRAND COURT <br> HIGHLAND BEACH, FL 33487 |
| **2.36**   **State what the contract or lease is for and the nature of the debtor's interest**    ENGAGEMENT AGREEMENT DTD 9/5/2024 <br><br> **State the term remaining**    CURRENT <br><br> **List the contract number of any government contract** | STIFEL NICOLAUS & COMPANY INC <br> ONE FINANCIAL PLAZA <br> 501 NORTH BROADWAY <br> ST. LOUIS, MO 63102 |
| **2.37**   **State what the contract or lease is for and the nature of the debtor's interest**    CREDIT AGREEMENT DTD 1/26/2024 <br><br> **State the term remaining**    CURRENT <br><br> **List the contract number of any government contract** | TACORA CAPITAL LP <br> ATTN: KERI FINDLEY <br> 2505 PECOS ST <br> AUSTIN, TX 78703 |
| **2.38**   **State what the contract or lease is for and the nature of the debtor's interest**    SUBORDINATION AGREEMENT DTD 1/26/2024 <br><br> **State the term remaining**    CURRENT <br><br> **List the contract number of any government contract** | TACORA CAPITAL LP <br> ATTN: KERI FINDLEY <br> 2505 PECOS ST <br> AUSTIN, TX 78703 |
| **2.39**   **State what the contract or lease is for and the nature of the debtor's interest**    PROMISSORY NOTE DTD 1/26/2024 <br><br> **State the term remaining**    CURRENT <br><br> **List the contract number of any government contract** | TACORA CAPITAL LP <br> C/O TACORA CAPITAL MANAGEMENT LP <br> ATTN: PORTFOLIO MGR <br> 2505 PECOS ST <br> AUSTIN, TX 78703 |
| **2.40**   **State what the contract or lease is for and the nature of the debtor's interest**    SECURITY AGREEMENT DTD 1/26/2024 <br><br> **State the term remaining**    CURRENT <br><br> **List the contract number of any government contract** | TACORA CAPITAL LP <br> C/O TACORA CAPITAL MANAGEMENT LP <br> ATTN: PORTFOLIO MGR <br> 2505 PECOS ST <br> AUSTIN, TX 78703 |

Debtor    Cambrian Coal, LLC                                                    Case number (if known)  24-70529

(Name)

| List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.41 | **State what the contract or lease is for and the nature of the debtor's interest** | COAL LEASE AGREEMENT DTD 11/20/2020 | THOMAS TRIVETT 1401 SOUTH LIVE OAK PKWY WILMINGTON, NC  28403 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.42 | **State what the contract or lease is for and the nature of the debtor's interest** | COAL LEASE AGREEMENT DTD 11/20/2020 | TRIVETT HOLDINGS LLC ATTN: MICHAEL TRIVETT 5221 SHADOW POND LN CHARLOTTE, NC  28226 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.43 | **State what the contract or lease is for and the nature of the debtor's interest** | MARKETING EMPLOYMENT AGREEMENT | TYCORE INTERNATIONAL 48 EVERGREEN LN, SW CALGARY, AB  T2Y 3T9 CANADA |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |
| 2.44 | **State what the contract or lease is for and the nature of the debtor's interest** | COAL LEASE AGREEMENT DTD 11/20/2020 | WILLIAM A RUSSIN 107 RAINBOW DR, #738 LIVINGSTON, TX  77399 |
| | **State the term remaining** | CURRENT | |
| | **List the contract number of any government contract** | | |

| Fill in this information to identify the case: |
|---|
| Debtor | Coking Coal, LLC |
| United States Bankruptcy Court for the: | Eastern District of Kentucky |
| Case number (if known) | 24-70529 |

☐ Check if this is an amended filing

## Official Form 206H

## Schedule H: Codebtors                                                        12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

---

**1.  Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes.

**2.  In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G*.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply** |
| 2.1  ASCENTIA CARBON LLC | 633 CALLAHAN AVE APPALACHIA, VA  24216 | APPALACHIAN RESOURCE COMPANY, LLC | ☐ D ☑ E/F ☐ G |
| 2.2  ASCENTIA CARBON LLC | 633 CALLAHAN AVE APPALACHIA, VA  24216 | EURASIA CENTER AG | ☑ D ☑ E/F ☑ G |
| 2.3  ASCENTIA HOLDINGS LTD | OFFICE 1, WORK COLLECTIVE 3/322-326 WEST STREET UMINA, NSW  2257 AUSTRALIA | PANORAMA EQUIPMENT LEASING I LLC | ☑ D ☑ E/F ☑ G |
| 2.4  ASCENTIA HOLDINGS LTD | OFFICE 1, WORK COLLECTIVE 3/322-326 WEST STREET UMINA, NSW  2257 AUSTRALIA | ROWAN P PARCHI | ☑ D ☑ E/F ☑ G |
| 2.5  ASCENTIA INC | 633 CALLAHAN AVE APPALACHIA, VA  24216 | PANORAMA EQUIPMENT LEASING I LLC | ☑ D ☑ E/F ☑ G |
| 2.6  ASCENTIA INC | 633 CALLAHAN AVE APPALACHIA, VA  24216 | ROWAN P PARCHI | ☑ D ☑ E/F ☑ G |
| 2.7  ATMORPH LLC | CORPORATION TRUST CENTER 1209 ORANGE ST WILMINGTON, DE  19801 | ELIZABETH HOLLOWAY | ☐ D ☑ E/F ☐ G |
| 2.8  CHARLES WHITFIELD | 49 WONG CHUCK HANG RD 7C DERRICK BUILDING ABERDEEN HONG KONG | CONTINENTAL HERITAGE INSURANCE COMPANY | ☐ D ☑ E/F ☐ G |
| 2.9  KIFACO TRUST | ATTN: IAN CHISHOLM 11 EDENHOLME ST. WEST PYMBLE, NSW  2073 AUSTRALIA | CONTINENTAL HERITAGE INSURANCE COMPANY | ☐ D ☑ E/F ☐ G |
| 2.10  L&J HILL INVESTMENT TRUST | 6 MULLINS STREET AUSTRALIA | CONTINENTAL HERITAGE INSURANCE COMPANY | ☐ D ☑ E/F ☐ G |

Debtor    Coining Coal, LLC
(Name)                                                    Case number (if known)    24-70529

**Additional Page if Debtor Has More Codebtors**

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | **Name** | **Mailing Address** | **Name** | *Check all schedules that apply* |
| 2.11 | PLANNETZERO LLC | CORPORATION TRUST CENTER 1209 ORANGE ST WILMINGTON, DE  19801 | ELIZABETH HOLLOWAY | ☐ D ☑ E/F ☐ G |

**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor | Coking Coal, LLC |
| United States Bankruptcy Court for the: | Eastern District of Kentucky |
| Case number (if known) | 24-70529 |

## Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors

12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

☑ *Schedule A/B: Assets-Real and Personal Property* (Official Form 206A/B)

☑ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)

☑ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)

☑ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)

☑ *Schedule H: Codebtors* (Official Form 206H)

☑ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)

☐ Amended *Schedule*

☐ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)

☐ Other document that requires a declaration

I declare under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| Executed on  01/10/2025 | ✗ /s/ Lloyd Hill |
| MM / DD / YYYY | Signature of individual signing on behalf of debtor |
| | Lloyd Hill |
| | Printed name |
| | President and Chief Executive Officer |
| | Position or relationship to debtor |

<table>
<tr><td colspan="2"><strong>Fill in this information to identify the case:</strong></td></tr>
</table>

| | |
|---|---|
| Debtor | Coking Coal, LLC |
| United States Bankruptcy Court for the: | Eastern District of Kentucky |
| Case number (if known) | 24-70529 |

☐ Check if this is an amended filing

## Official Form 207

# Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy      04/22

The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).

---

### Part 1:    Income

**1.  Gross revenue from business**

☐ None

| Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | | | Sources of revenue<br>Check all that apply | Gross revenue<br>(before deductions and exclusions) |
|---|---|---|---|---|
| FROM THE BEGINNING OF THE FISCAL YEAR TO FILING DATE: | From 1/1/2024 | To 12/16/2024 | ☑ Operating a business<br>☐ Other | $22,785,911.70 |
| FOR PRIOR YEAR: | From 1/1/2023 | To 12/31/2023 | ☑ Operating a business<br>☐ Other | $17,863,095.88 |
| FOR THE YEAR BEFORE THAT: | From 1/1/2022 | To 12/31/2022 | ☑ Operating a business<br>☐ Other | $3,972,666.20 |

**2.  Non-business revenue**

Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

☐ None

| | | | Description of sources of revenue | Gross revenue from each source<br>(before deductions and exclusions) |
|---|---|---|---|---|
| FROM THE BEGINNING OF THE FISCAL YEAR TO FILING DATE: | From 1/1/2024 | To 12/16/2024 | SCRAP METAL SALES | $18,000.00 |
| FROM THE BEGINNING OF THE FISCAL YEAR TO FILING DATE: | From 1/1/2024 | To 12/16/2024 | COBRA PREMIUMS | $1,803.50 |
| FOR PRIOR YEAR: | From 1/1/2023 | To 12/31/2023 | INTEREST INCOME | $13,120.56 |
| FOR THE YEAR BEFORE THAT: | From 1/1/2022 | To 12/31/2022 | INTEREST INCOME | $4,505.63 |
| FOR THE YEAR BEFORE THAT: | From 1/1/2022 | To 12/31/2022 | SCRAP METAL SALES | $230.00 |

---

### Part 2:    List Certain Transfers Made Before Filing for Bankruptcy

**3.  Certain payments or transfers to creditors within 90 days before filing this case**

List payments or transfers—including expense reimbursements—to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $7,575. (This amount may be adjusted on 4/1/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

☐ None

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| | | | |

---

Debtor    Case 24-70529-grs    Doc 209    Filed 01/10/25    Entered 01/10/25 22:57:46    Desc Main
Document    Page 98 of 118
(Name)

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| 3LS PROPERTIES, INC.<br>301 S PERIMETER PARK DR.<br>STE 200<br>NASHVILLE, TN 37211 | 10/01/2024 | $2,768.33 | RENT |
| | 11/05/2024 | $2,768.33 | RENT |
| | 12/04/2024 | $2,768.33 | RENT |
| | 12/04/2024 | $2,768.33 | RENT |
| **TOTAL FOR 3LS PROPERTIES, INC.** | | **$11,073.32** | |
| A&A SUPPLIES, INC<br>ATTN: AVERY MILES<br>PO BOX 99<br>WHITESBURG, KY 41858 | 10/08/2024 | $1,753.92 | SUPPLIER OR VENDOR |
| | 10/15/2024 | $1,475.00 | SUPPLIER OR VENDOR |
| | 10/24/2024 | $890.00 | SUPPLIER OR VENDOR |
| | 11/08/2024 | $3,900.00 | SUPPLIER OR VENDOR |
| | 11/08/2024 | $425.00 | SUPPLIER OR VENDOR |
| | 11/13/2024 | $1,050.00 | SUPPLIER OR VENDOR |
| | 11/14/2024 | $2,375.00 | SUPPLIER OR VENDOR |
| | 11/20/2024 | $4,800.00 | SUPPLIER OR VENDOR |
| | 11/20/2024 | $2,919.25 | SUPPLIER OR VENDOR |
| | 11/20/2024 | $1,412.50 | SUPPLIER OR VENDOR |
| | 12/06/2024 | $198.00 | SUPPLIER OR VENDOR |
| **TOTAL FOR A&A SUPPLIES, INC** | | **$21,198.67** | |
| AFCO CREDIT CORP<br>5600 N RIVER RD<br>SUITE 400<br>ROSEMONT, IL 60018 | 09/19/2024 | $4,613.43 | BANK CHARGES |
| | 10/15/2024 | $59,956.69 | BANK CHARGES |
| | 10/21/2024 | $4,613.43 | BANK CHARGES |
| | 11/13/2024 | $59,956.69 | BANK CHARGES |
| | 11/19/2024 | $4,613.43 | BANK CHARGES |
| **TOTAL FOR AFCO CREDIT CORP** | | **$133,753.67** | |
| AMERICAN MINE RESEARCH<br>12187 N. SCENIC HWY<br>ROCKY GAP, VA 24366 | 11/01/2024 | $1,773.64 | SUPPLIER OR VENDOR |
| | 11/08/2024 | $13,975.00 | SUPPLIER OR VENDOR |
| **TOTAL FOR AMERICAN MINE RESEARCH** | | **$15,748.64** | |
| ANTHEM<br>220 VIRGINIA AVENUE<br>INDIANAPOLIS, IN 46204 | 10/01/2024 | $191,073.11 | INSURANCE |
| | 11/01/2024 | $130,606.23 | INSURANCE |
| | 12/02/2024 | $113,137.65 | INSURANCE |
| **TOTAL FOR ANTHEM** | | **$434,816.99** | |
| AQUATIC RESOURCES MANAGEMENT<br>ATTN: NICK BAKER<br>2554 PALUMBO DR<br>LEXINGTON, KY 40509 | 09/19/2024 | $12,900.12 | SUPPLIER OR VENDOR |
| | 10/24/2024 | $9,390.80 | SUPPLIER OR VENDOR |
| **TOTAL FOR AQUATIC RESOURCES MANAGEMENT** | | **$22,290.92** | |
| COALFIELD RESOURCES, LLC<br>ATTN: EARL KINSLER<br>26145 US HIGHWAY 23<br>BIG STONE GAP, VA 24219 | 10/17/2024 | $7,750.80 | SUPPLIER OR VENDOR |
| | 11/20/2024 | $781.60 | SUPPLIER OR VENDOR |
| | 12/04/2024 | $7,450.00 | SUPPLIER OR VENDOR |
| **TOTAL FOR COALFIELD RESOURCES, LLC** | | **$15,982.40** | |

Debtor    Cambrian Coal, LLC                                    Case number (if known)    24-70529
         (Name)

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| CUMBERLAND VALLEY ELECTRIC | 09/25/2024 | $26,784.16 | UTILITY |
| ATTN: LARA GARLAND | 09/25/2024 | $26,008.66 | UTILITY |
| PO BOX C | 10/24/2024 | $31,778.19 | UTILITY |
| CUMBERLAND, KY  40823 | 10/24/2024 | $17,639.87 | UTILITY |
| | 11/29/2024 | $31,571.20 | UTILITY |
| | 11/29/2024 | $12,444.52 | UTILITY |
| **TOTAL FOR CUMBERLAND VALLEY ELECTRIC** | | **$146,226.60** | |
| DOUBLE R TRUCKING COMPANY INC | 11/08/2024 | $6,081.52 | SUPPLIER OR VENDOR |
| ATTN: APRIL MEADE | 11/20/2024 | $9,141.05 | SUPPLIER OR VENDOR |
| 10136 JEFFERSON RD | | | |
| COEBURN, VA  24230 | | | |
| **TOTAL FOR DOUBLE R TRUCKING COMPANY INC** | | **$15,222.57** | |
| EMI PROFESSIONAL SERVICES | 10/24/2024 | $3,823.25 | SUPPLIER OR VENDOR |
| C/O ENVIRONMENTAL MONITORING INC | 10/24/2024 | $2,280.00 | SUPPLIER OR VENDOR |
| ATTN: JEANIE MCCARTHY | 10/24/2024 | $2,280.00 | SUPPLIER OR VENDOR |
| 5730 INDUSTRIAL PARK ROAD | | | |
| NORTON, VA  24273 | | | |
| **TOTAL FOR EMI PROFESSIONAL SERVICES** | | **$8,383.25** | |

Debtor  Coming Coal, LLC
(Name)

Case number (if known)  24-70529

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| FASTENAL COMPANY<br>P.O. BOX 1286<br>WINONA, MN  55987-1286 | 09/18/2024 | $774.69 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $718.03 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $548.50 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $517.87 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $487.89 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $484.79 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $463.25 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $449.20 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $427.36 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $388.67 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $377.14 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $371.10 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $365.47 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $364.46 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $364.17 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $349.99 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $348.59 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $345.14 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $329.83 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $310.61 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $269.46 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $267.82 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $252.99 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $248.24 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $236.56 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $217.05 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $198.29 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $196.56 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $190.06 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $158.21 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $141.67 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $127.83 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $115.50 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $108.21 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $104.70 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $101.88 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $101.23 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $93.00 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $91.18 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $88.10 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $72.28 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $67.53 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $54.00 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $50.43 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $49.50 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $38.22 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $26.47 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $18.15 | SUPPLIER OR VENDOR |
| | 09/18/2024 | $1.95 | SUPPLIER OR VENDOR |
| **TOTAL FOR FASTENAL COMPANY** | | **$12,473.82** | |

Debtor    Cambrian Coal, LLC                                                                    Case number (if known)    24-70529

(Name)

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| GOBA CAPITAL INC<br>ATTN: LAURA ROMERO<br>80 SW 8TH STREET<br>SUITE 2150<br>MIAMI, FL 33130 | 09/17/2024 | $1,463,489.62 | LOAN |
| **TOTAL FOR GOBA CAPITAL INC** | | **$1,463,489.62** | |
| GUSTO<br>525 20TH STREET<br>SAN FRANCISCO, CA 94107 | 09/23/2024 | $2,752.10 | SUPPLIER OR VENDOR |
| | 09/24/2024 | $294,886.39 | SUPPLIER OR VENDOR |
| | 09/27/2024 | $1,297.13 | SUPPLIER OR VENDOR |
| | 10/03/2024 | $1,895.00 | SUPPLIER OR VENDOR |
| | 10/08/2024 | $175,148.76 | SUPPLIER OR VENDOR |
| | 10/08/2024 | $2,158.95 | SUPPLIER OR VENDOR |
| | 10/10/2024 | $159,978.53 | SUPPLIER OR VENDOR |
| | 10/10/2024 | $1,831.37 | SUPPLIER OR VENDOR |
| | 10/21/2024 | $1,810.02 | SUPPLIER OR VENDOR |
| | 10/22/2024 | $209,901.36 | SUPPLIER OR VENDOR |
| | 11/05/2024 | $1,813.00 | SUPPLIER OR VENDOR |
| | 12/04/2024 | $1,777.00 | SUPPLIER OR VENDOR |
| **TOTAL FOR GUSTO** | | **$855,249.61** | |
| HOWARD ENGR. & GLY., INC<br>ATTN: TIMOTHY HOWARD<br>PO BOX 271<br>HARLAN, KY 40831 | 10/24/2024 | $47,028.44 | SUPPLIER OR VENDOR |
| **TOTAL FOR HOWARD ENGR. & GLY., INC** | | **$47,028.44** | |
| J&H ENTERPRISES OF VA, LLC<br>ATTN: JAMIE FANNON<br>588 FANNON RD<br>PENNINGTON GAP, VA 24277 | 11/07/2024 | $10,000.00 | SUPPLIER OR VENDOR |
| **TOTAL FOR J&H ENTERPRISES OF VA, LLC** | | **$10,000.00** | |
| JONES OIL COMPANY INC<br>ATTN: KIM COMPTON<br>PO BOX 3427<br>PIKEVILLE, KY 41502 | 09/25/2024 | $5,395.70 | SUPPLIER OR VENDOR |
| | 11/08/2024 | $4,706.53 | SUPPLIER OR VENDOR |
| **TOTAL FOR JONES OIL COMPANY INC** | | **$10,102.23** | |
| KENOVA PITTMAN<br>14794 HIGHWAY 38<br>EVARTS, KY 40828 | 09/20/2024 | $15,552.08 | OTHER |
| **TOTAL FOR KENOVA PITTMAN** | | **$15,552.08** | |
| KENTUCKY EMPLOYER'S MUTUAL<br>INSURANCE (KEMI)<br>ATTN: CFO OR GENERAL COUNSEL<br>250 W MAIN ST.<br>SUITE 900<br>LEXINGTON, KY 40507-1724 | 10/03/2024 | $95,039.14 | INSURANCE |
| | 10/30/2024 | $98,975.96 | INSURANCE |
| | 10/30/2024 | $95,039.14 | INSURANCE |
| | 12/04/2024 | $19,450.25 | INSURANCE |
| **TOTAL FOR KENTUCKY EMPLOYER'S MUTUAL INSURANCE<br>(KEMI)** | | **$308,504.49** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer
Check all that apply |
|---|---|---|---|
| KJ TRUCKING
ATTN: RODNEY CAPPS
420 FAIRVIEW ROAD
MIDDLESBORO, KY 40965 | 10/11/2024 | $3,270.00 | SUPPLIER OR VENDOR |
| | 10/24/2024 | $3,270.00 | SUPPLIER OR VENDOR |
| | 11/05/2024 | $3,166.00 | SUPPLIER OR VENDOR |
| | 11/14/2024 | $6,240.00 | SUPPLIER OR VENDOR |
| | 11/20/2024 | $9,360.00 | SUPPLIER OR VENDOR |
| **TOTAL FOR KJ TRUCKING** | | **$25,306.00** | |
| MAGGARD SALES & SERVICE
ATTN: JOE SALYERS
7915 SOUTH FORK ROAD
POUND, VA 24279 | 09/25/2024 | $1,413.57 | SUPPLIER OR VENDOR |
| | 10/03/2024 | $553.00 | SUPPLIER OR VENDOR |
| | 10/11/2024 | $223.30 | SUPPLIER OR VENDOR |
| | 10/11/2024 | $223.30 | SUPPLIER OR VENDOR |
| | 10/17/2024 | $853.38 | SUPPLIER OR VENDOR |
| | 10/24/2024 | $4,962.29 | SUPPLIER OR VENDOR |
| | 10/24/2024 | $378.00 | SUPPLIER OR VENDOR |
| | 11/08/2024 | $2,676.73 | SUPPLIER OR VENDOR |
| | 11/08/2024 | $1,651.67 | SUPPLIER OR VENDOR |
| | 11/08/2024 | $864.00 | SUPPLIER OR VENDOR |
| | 11/08/2024 | $746.92 | SUPPLIER OR VENDOR |
| | 11/08/2024 | $688.46 | SUPPLIER OR VENDOR |
| | 11/08/2024 | $372.32 | SUPPLIER OR VENDOR |
| | 11/08/2024 | $230.58 | SUPPLIER OR VENDOR |
| | 11/20/2024 | $1,676.47 | SUPPLIER OR VENDOR |
| | 11/20/2024 | $1,260.69 | SUPPLIER OR VENDOR |
| | 11/20/2024 | $241.62 | SUPPLIER OR VENDOR |
| | 11/20/2024 | $83.20 | SUPPLIER OR VENDOR |
| **TOTAL FOR MAGGARD SALES & SERVICE** | | **$19,099.50** | |
| MARCO INTERNATIONAL CORP
ATTN: JORDAN KESTENBAUM
475 PARK AVE SOUTH
NEW YORK, NY 10016 | 09/18/2024 | $50,000.00 | SUPPLIER OR VENDOR |
| | 09/23/2024 | $50,000.00 | SUPPLIER OR VENDOR |
| | 10/04/2024 | $50,000.00 | SUPPLIER OR VENDOR |
| **TOTAL FOR MARCO INTERNATIONAL CORP** | | **$150,000.00** | |
| MERCURY CARBON LLC
ATTN: ADAM WILSON
4851 TAMIAMI TRAIL N
NAPLES, FL 34110 | 09/23/2024 | $5,000.00 | SUPPLIER OR VENDOR |
| | 10/04/2024 | $5,000.00 | SUPPLIER OR VENDOR |
| **TOTAL FOR MERCURY CARBON LLC** | | **$10,000.00** | |
| MINE SAFETY AND HEALTH
ADMINISTRATION
PO BOX 790390
ST LOUIS, MO 63179-0390 | 11/20/2024 | $13,085.80 | SUPPLIER OR VENDOR |
| | 11/20/2024 | $3,186.00 | SUPPLIER OR VENDOR |
| | 11/20/2024 | $294.00 | SUPPLIER OR VENDOR |
| **TOTAL FOR MINE SAFETY AND HEALTH ADMINISTRATION** | | **$16,565.80** | |

Debtor ___Colong Coal, LLC_____          Case number (if known) ___24-70529___
      (Name)

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| MINE SERVICE COMPANY INC<br>ATTN: STEPHEN PATRICK<br>2342 S. KENTUCKY HIGHWAY 15<br>P.O. BOX 858<br>HAZARD, KY  41702 | 09/25/2024 | $53,331.69 | SUPPLIER OR VENDOR |
| | 10/17/2024 | $5,994.00 | SUPPLIER OR VENDOR |
| | 10/24/2024 | $2,823.30 | SUPPLIER OR VENDOR |
| | 11/08/2024 | $55,513.50 | SUPPLIER OR VENDOR |
| | 11/08/2024 | $1,403.64 | SUPPLIER OR VENDOR |
| | 11/20/2024 | $7,358.14 | SUPPLIER OR VENDOR |
| | 11/20/2024 | $163.94 | SUPPLIER OR VENDOR |
| **TOTAL FOR MINE SERVICE COMPANY INC** | | **$126,588.21** | |
| NATURAL RESOURCE PARTNERS LP<br>ATTN: JEFF CONLEY<br>5260 IRVIN ROAD<br>HUNTINGTON, WV  25705 | 09/17/2024 | $23,260.48 | SUPPLIER OR VENDOR |
| | 09/20/2024 | $38.98 | SUPPLIER OR VENDOR |
| | 09/25/2024 | $36,401.95 | SUPPLIER OR VENDOR |
| | 10/24/2024 | $23,360.64 | SUPPLIER OR VENDOR |
| | 11/25/2024 | $75,000.00 | SUPPLIER OR VENDOR |
| **TOTAL FOR NATURAL RESOURCE PARTNERS LP** | | **$158,062.05** | |
| NORFOLK SOUTHERN RAILWAY COMPANY<br>ATTN: HUNTER MIMS<br>650 W PEACHTREE ST NW<br>ATLANTA, GA  30308 | 10/04/2024 | $25,000.00 | SUPPLIER OR VENDOR |
| | 10/24/2024 | $150,000.00 | SUPPLIER OR VENDOR |
| | 10/31/2024 | $165,000.00 | SUPPLIER OR VENDOR |
| | 11/11/2024 | $165,000.00 | SUPPLIER OR VENDOR |
| **TOTAL FOR NORFOLK SOUTHERN RAILWAY COMPANY** | | **$505,000.00** | |
| OLD DOMINION POWER<br>ATTN: SCOTT MCELMURRAY<br>ONE QUALITY ST<br>LEXINGTON, KY  40507 | 10/02/2024 | $604.93 | UTILITY |
| | 10/03/2024 | $54,689.88 | UTILITY |
| | 10/16/2024 | $45,636.56 | UTILITY |
| | 10/16/2024 | $41,307.00 | UTILITY |
| | 10/16/2024 | $31.97 | UTILITY |
| | 10/16/2024 | $-0.01 | UTILITY |
| | 11/13/2024 | $53,960.38 | UTILITY |
| | 11/13/2024 | $35,981.93 | UTILITY |
| | 11/13/2024 | $452.47 | UTILITY |
| | 11/13/2024 | $31.97 | UTILITY |
| | 11/29/2024 | $58,423.48 | UTILITY |
| **TOTAL FOR OLD DOMINION POWER** | | **$291,120.56** | |
| PENN VIRGINIA OPERATING CO., LLC<br>ATTN: STEVE LOONEY<br>13905 MACCORKLE AVE<br>CHARLESTON, WV  25035 | 09/25/2024 | $30,000.00 | SUPPLIER OR VENDOR |
| | 10/24/2024 | $30,000.00 | SUPPLIER OR VENDOR |
| | 11/20/2024 | $15,000.00 | SUPPLIER OR VENDOR |
| | 11/25/2024 | $30,000.00 | SUPPLIER OR VENDOR |
| **TOTAL FOR PENN VIRGINIA OPERATING CO., LLC** | | **$105,000.00** | |

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| RIGGS OIL<br>ATTN: TEDDY COLLIER<br>PO BOX AA<br>BIG STONE GAP, VA 24219 | 09/30/2024 | $4,184.50 | SUPPLIER OR VENDOR |
| | 10/03/2024 | $1,625.00 | SUPPLIER OR VENDOR |
| | 10/17/2024 | $8,861.16 | SUPPLIER OR VENDOR |
| | 10/24/2024 | $3,975.00 | SUPPLIER OR VENDOR |
| | 10/24/2024 | $2,407.50 | SUPPLIER OR VENDOR |
| | 11/05/2024 | $12,307.20 | SUPPLIER OR VENDOR |
| | 11/05/2024 | $1,996.00 | SUPPLIER OR VENDOR |
| | 12/03/2024 | $6,489.90 | SUPPLIER OR VENDOR |
| | 12/03/2024 | $2,940.00 | SUPPLIER OR VENDOR |
| **TOTAL FOR RIGGS OIL** | | **$44,786.26** | |
| S & S SUPPLY<br>ATTN: CHAD SLUSS<br>P.O. BOX 360<br>WISE, VA 24293 | 10/07/2024 | $2,519.47 | SUPPLIER OR VENDOR |
| | 10/11/2024 | $740.17 | SUPPLIER OR VENDOR |
| | 10/17/2024 | $450.00 | SUPPLIER OR VENDOR |
| | 10/24/2024 | $1,377.48 | SUPPLIER OR VENDOR |
| | 10/24/2024 | $155.00 | SUPPLIER OR VENDOR |
| | 11/20/2024 | $4,810.98 | SUPPLIER OR VENDOR |
| | 11/20/2024 | $1,040.78 | SUPPLIER OR VENDOR |
| | 11/20/2024 | $975.32 | SUPPLIER OR VENDOR |
| **TOTAL FOR S & S SUPPLY** | | **$12,069.20** | |
| S&G MINE SUPPLY<br>ATTN: KELLES GREER<br>52 REDDINGTON RD<br>HARLAN, KY 40831 | 09/25/2024 | $3,500.00 | SUPPLIER OR VENDOR |
| | 10/03/2024 | $4,950.00 | SUPPLIER OR VENDOR |
| | 11/08/2024 | $700.00 | SUPPLIER OR VENDOR |
| **TOTAL FOR S&G MINE SUPPLY** | | **$9,150.00** | |
| SGS<br>ATTN: JANICE HALL<br>151 EASTERN DR. JCT RTS 16 & 54 SOPHIA<br>RALEIGH, WV 25921 | 11/07/2024 | $10,000.00 | SUPPLIER OR VENDOR |
| **TOTAL FOR SGS** | | **$10,000.00** | |
| SILVER STATE WIRE ROPE AND RIGGING,<br>INC<br>C/O BISHOP LIFTING<br>ATTN: SHELIA DREWERY<br>853 MARVIN A SMITH RD<br>KILGORE, TX 75662 | 11/08/2024 | $4,875.00 | SUPPLIER OR VENDOR |
| | 11/20/2024 | $4,875.00 | SUPPLIER OR VENDOR |
| **TOTAL FOR SILVER STATE WIRE ROPE AND RIGGING, INC** | | **$9,750.00** | |
| SKYWARD SPECIALTY INSURANCE<br>800 GESSNER ROAD<br>SUITE 600<br>HOUSTON, TX 77024 | 09/20/2024 | $7,797.99 | INSURANCE |
| | 10/22/2024 | $7,797.99 | INSURANCE |
| | 11/21/2024 | $7,797.99 | INSURANCE |
| **TOTAL FOR SKYWARD SPECIALTY INSURANCE** | | **$23,393.97** | |
| STRATA SAFETY PRODUCTS<br>ATTN: ANDREW NUNNERY<br>8800 ROSWELL ROAD - SUITE 145<br>SANDY SPRINGS, GA 30350 | 10/17/2024 | $2,253.08 | SUPPLIER OR VENDOR |
| | 11/08/2024 | $5,250.00 | SUPPLIER OR VENDOR |
| | 11/08/2024 | $5,160.01 | SUPPLIER OR VENDOR |
| | 11/20/2024 | $250.00 | SUPPLIER OR VENDOR |
| **TOTAL FOR STRATA SAFETY PRODUCTS** | | **$12,913.09** | |

Debtor  Chumley Coal, LLC                                    Case number (if known)  24-70529
        (Name)

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer<br>*Check all that apply* |
|---|---|---|---|
| UNITED HEALTHCARE<br>5901 LINCOLN DR<br>SAINT LOUIS, MN  55436 | 10/01/2024 | $3,565.51 | INSURANCE |
| | 10/01/2024 | $2,673.63 | INSURANCE |
| | 10/31/2024 | $1,615.13 | INSURANCE |
| **TOTAL FOR UNITED HEALTHCARE** | | **$7,854.27** | |
| UNITED INDUSTRIAL SERVICES, INC<br>ATTN: KEVIN WILEY<br>PO BOX D, 101 SPRUCE STREET<br>RICH CREEK, VA  24147 | 10/28/2024 | $3,050.00 | SUPPLIER OR VENDOR |
| | 11/05/2024 | $4,500.00 | SUPPLIER OR VENDOR |
| | 11/07/2024 | $6,600.00 | SUPPLIER OR VENDOR |
| | 11/08/2024 | $2,500.00 | SUPPLIER OR VENDOR |
| | 11/20/2024 | $3,500.00 | SUPPLIER OR VENDOR |
| | 11/27/2024 | $1,550.00 | SUPPLIER OR VENDOR |
| **TOTAL FOR UNITED INDUSTRIAL SERVICES, INC** | | **$21,700.00** | |
| VERIZON WIRELESS SERVICES LLC<br>1095 AVE OF THE AMERICAS 8TH FLOOR<br>NEW YORK, NY  10036 | 09/26/2024 | $6,180.94 | UTILITY |
| | 10/28/2024 | $6,234.05 | UTILITY |
| | 11/26/2024 | $6,234.05 | UTILITY |
| **TOTAL FOR VERIZON WIRELESS SERVICES LLC** | | **$18,649.04** | |
| VIRGINIA DEPARTMENT OF ENERGY<br>3405 MOUNTAIN EMPIRE RD<br>BIG STONE GAP, VA  24219 | 09/20/2024 | $2,627.00 | SUPPLIER OR VENDOR |
| | 09/20/2024 | $794.00 | SUPPLIER OR VENDOR |
| | 09/20/2024 | $350.00 | SUPPLIER OR VENDOR |
| | 09/23/2024 | $100.00 | SUPPLIER OR VENDOR |
| | 10/04/2024 | $143.36 | SUPPLIER OR VENDOR |
| | 10/21/2024 | $8.96 | SUPPLIER OR VENDOR |
| | 10/25/2024 | $586.00 | SUPPLIER OR VENDOR |
| | 10/25/2024 | $480.00 | SUPPLIER OR VENDOR |
| | 11/06/2024 | $1,895.21 | SUPPLIER OR VENDOR |
| | 11/07/2024 | $18,630.00 | SUPPLIER OR VENDOR |
| | 11/12/2024 | $2,627.00 | SUPPLIER OR VENDOR |
| | 11/12/2024 | $80.00 | SUPPLIER OR VENDOR |
| **TOTAL FOR VIRGINIA DEPARTMENT OF ENERGY** | | **$28,321.53** | |
| VOYA FINANCIAL<br>230 PARK AVE<br>NEW YORK, NY  10169 | 09/16/2024 | $11,041.68 | SUPPLIER OR VENDOR |
| | 09/30/2024 | $16,386.61 | SUPPLIER OR VENDOR |
| | 10/15/2024 | $10,567.78 | SUPPLIER OR VENDOR |
| | 10/15/2024 | $10,041.80 | SUPPLIER OR VENDOR |
| | 10/28/2024 | $10,585.84 | SUPPLIER OR VENDOR |
| **TOTAL FOR VOYA FINANCIAL** | | **$58,623.71** | |
| **GRAND TOTAL:** | | **$5,211,050.51** | |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or
   guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than
   $7,575. (This amount may be adjusted on 4/1/25 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do
   not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives;
   general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of
   the debtor. 11 U.S.C. § 101(31).

   ☐ None

Debtor  Coking Coal, LLC
        (Name)

Case number (if known)  24-70529

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| ASCENTIA HOLDINGS LTD (AUSTRALIA) | 01/29/2024 | $935,753.00 | LOAN REPAYMENT |
| F/K/A COKING COAL PTY LTD | 01/29/2024 | $1,531,264.00 | LOAN REPAYMENT |
| OFFICE 1, WORK COLLECTIVE | 01/29/2024 | $116,969.00 | LOAN REPAYMENT |
| 3/322-326 WEST ST | 01/29/2024 | $116,969.00 | LOAN REPAYMENT |
| UMINA, NSW  2257 | 01/30/2024 | $31,192.00 | LOAN REPAYMENT |
| AUSTRALIA | 01/30/2024 | $31,192.00 | LOAN REPAYMENT |
| **Relationship to Debtor** | 01/30/2024 | $233,938.00 | LOAN REPAYMENT |
| AFFILIATE OF THE DEBTOR | 01/30/2024 | $389,897.00 | LOAN REPAYMENT |
| | 01/30/2024 | $31,192.00 | LOAN REPAYMENT |
| | 01/31/2024 | $93,575.00 | LOAN REPAYMENT |
| | 02/01/2024 | $62,384.00 | LOAN REPAYMENT |
| | 06/13/2024 | $30,000.00 | LOAN REPAYMENT |
| | 06/26/2024 | $15,000.00 | LOAN REPAYMENT |
| | 07/26/2024 | $15,000.00 | LOAN REPAYMENT |
| | 09/03/2024 | $15,000.00 | LOAN REPAYMENT |
| | 09/27/2024 | $15,000.00 | LOAN REPAYMENT |
| **TOTAL FOR ASCENTIA HOLDINGS LTD (AUSTRALIA)** | | **$3,664,325.00** | |
| CHRISTOPHER CHESWORTH | 09/23/2024 | $75,000.00 | SHORT TERM LOAN REPAYMENT |
| 750 LEXINGTON AVE | | | |
| 27TH FLOOR | | | |
| NEW YORK, NY  10022 | | | |
| **Relationship to Debtor** | | | |
| SHAREHOLDER | | | |
| **TOTAL FOR CHRISTOPHER CHESWORTH** | | **$75,000.00** | |
| DGAEL INVESTMENT HOLDING LLC | 06/04/2024 | $320,000.00 | SHORT TERM LOAN REPAYMENT |
| 48 OWENOKE PARK | | | |
| WESTPORT, CT  06880 | | | |
| **Relationship to Debtor** | | | |
| SHAREHOLDER | | | |
| **TOTAL FOR DGAEL INVESTMENT HOLDING LLC** | | **$320,000.00** | |
| JAMES CHISHOLM | VARIOUS | $5,605.76 | 401K CONTRIBUTIONS |
| 6720 DUNBAR ROAD | VARIOUS | $138,141.49 | REGULAR WAGES |
| APPALACHIA, VA  24216 | 07/03/2024 | $1,622.47 | EXPENSE REIMBURSEMENT |
| **Relationship to Debtor** | 08/29/2024 | $565.09 | EXPENSE REIMBURSEMENT |
| FORMER CHIEF EXECUTIVE OFFICER | 08/29/2024 | $3,845.80 | EXPENSE REIMBURSEMENT |
| | 08/29/2024 | $1,332.80 | EXPENSE REIMBURSEMENT |
| | 08/29/2024 | $2,363.18 | EXPENSE REIMBURSEMENT |
| | 08/29/2024 | $1,701.72 | EXPENSE REIMBURSEMENT |
| | 08/29/2024 | $1,984.04 | EXPENSE REIMBURSEMENT |
| | 08/29/2024 | $1,939.58 | EXPENSE REIMBURSEMENT |
| | 08/29/2024 | $4,351.51 | EXPENSE REIMBURSEMENT |
| **TOTAL FOR JAMES CHISHOLM** | | **$163,453.44** | |
| JAMES R. COX PLLC | 02/09/2024 | $15,000.00 | MONTHLY RETAINER |
| 3608 HURSTBORNE RIDGE BLVD | 03/08/2024 | $15,000.00 | MONTHLY RETAINER |
| LOUISVILLE, KY  40299 | 05/24/2024 | $15,000.00 | MONTHLY RETAINER |
| **Relationship to Debtor** | 07/03/2024 | $5,000.00 | MONTHLY RETAINER |
| GENERAL COUNSEL | 08/19/2024 | $1,000.00 | MONTHLY RETAINER |
| **TOTAL FOR JAMES R. COX PLLC** | | **$51,000.00** | |

Debtor    Coking Coal, LLC                                    Case number (if known)  24-70529
          (Name)

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| JASON EDMISTEN<br>6720 DUNBAR ROAD<br>APPALACHIA, VA  24216 | VARIOUS | $3,699.99 | 401K CONTRIBUTIONS |
|  | VARIOUS | $2,880.00 | EXPENSE REIMBURSEMENT |
|  | VARIOUS | $115,007.04 | REGULAR WAGES |
| **Relationship to Debtor**<br>CHIEF FINANCIAL OFFICER |  |  |  |
| **TOTAL FOR JASON EDMISTEN** |  | **$121,587.03** |  |
| JOHN OSBORNE<br>6720 DUNBAR ROAD<br>APPALACHIA, VA  24216 | VARIOUS | $2,540.12 | EXPENSE REIMBURSEMENT |
|  | VARIOUS | $91,884.80 | REGULAR WAGES |
| **Relationship to Debtor**<br>GENERAL COUNSEL |  |  |  |
| **TOTAL FOR JOHN OSBORNE** |  | **$94,424.92** |  |
| LLOYD HILL<br>6720 DUNBAR ROAD<br>APPALACHIA, VA  24216 | VARIOUS | $24,583.28 | 401K CONTRIBUTIONS |
|  | VARIOUS | $364,804.37 | REGULAR WAGES |
| **Relationship to Debtor**<br>PRESIDENT AND CHIEF EXECUTIVE<br>OFFICER | 12/26/2023 | $15,382.61 | EXPENSE REIMBURSEMENT |
|  | 02/05/2024 | $15,744.02 | EXPENSE REIMBURSEMENT |
|  | 02/09/2024 | $37,381.42 | EXPENSE REIMBURSEMENT |
|  | 03/04/2024 | $22,024.13 | EXPENSE REIMBURSEMENT |
|  | 04/05/2024 | $15,660.58 | EXPENSE REIMBURSEMENT |
|  | 05/10/2024 | $4,678.38 | EXPENSE REIMBURSEMENT |
|  | 06/04/2024 | $17,242.57 | EXPENSE REIMBURSEMENT |
|  | 07/03/2024 | $4,736.07 | EXPENSE REIMBURSEMENT |
|  | 08/09/2024 | $11,310.94 | EXPENSE REIMBURSEMENT |
|  | 08/29/2024 | $6,603.16 | EXPENSE REIMBURSEMENT |
|  | 10/11/2024 | $1,885.30 | EXPENSE REIMBURSEMENT |
|  | 11/08/2024 | $2,941.31 | EXPENSE REIMBURSEMENT |
|  | 11/20/2024 | $5,000.00 | EXPENSE REIMBURSEMENT |
| **TOTAL FOR LLOYD HILL** |  | **$549,978.14** |  |
| PANORAMA EQUIPMENT LEASING I LLC<br>101 NE 3RD AVENUE<br>SUITE 1500<br>FORT LAUDERDALE, FL  33301-1181 | 02/05/2024 | $2,749,102.09 | LEASE PAYMENTS AND RELATED PAST<br>DUE PENALTIES |
|  | 04/05/2024 | $76,155.13 | LEASE PAYMENTS AND RELATED PAST<br>DUE PENALTIES |
| **Relationship to Debtor**<br>OWNED BY FORMER EMPLOYEE AND<br>BOARD MEMBER AND SPOUSE | 04/05/2024 | $76,155.13 | LEASE PAYMENTS AND RELATED PAST<br>DUE PENALTIES |
|  | 04/30/2024 | $76,155.13 | LEASE PAYMENTS AND RELATED PAST<br>DUE PENALTIES |
|  | 06/06/2024 | $76,155.13 | LEASE PAYMENTS AND RELATED PAST<br>DUE PENALTIES |
|  | 07/05/2024 | $76,155.13 | LEASE PAYMENTS AND RELATED PAST<br>DUE PENALTIES |
| **TOTAL FOR PANORAMA EQUIPMENT LEASING I LLC** |  | **$3,129,877.74** |  |
| PERMIAN COKING COAL (CANADA)<br>2237 8TH AVE<br>NEW WESTMINSTER, BC  V3M 2T9<br>CANADA | 12/22/2023 | $125,000.00 | PURCHASE OF EQUIPMENT AND<br>SERVICES |
| **Relationship to Debtor**<br>ENTITY OWNED BY FORMER<br>SHAREHOLDER AND OFFICER |  |  |  |
| **TOTAL FOR PERMIAN COKING COAL (CANADA)** |  | **$125,000.00** |  |

Debtor    Colonial Coal, LLC    Case number (if known) 24-70529
_____ (Name)

| Creditor's name and address | Dates | Total amount or value | Reasons for payment or transfer |
|---|---|---|---|
| ROWAN PARCHI<br>6720 DUNBAR ROAD<br>APPALACHIA, VA  24216 | VARIOUS | $6,249.99 | 401K CONTRIBUTIONS |
| | VARIOUS | $160,027.82 | REGULAR WAGES |
| **Relationship to Debtor**<br>CHIEF CAPITAL OFFICER | | | |
| **TOTAL FOR ROWAN PARCHI** | | $166,277.81 | |
| TYCORE INTERNATIONAL LTD<br>48 EVERGREEN LANE SW<br>CALGARY, AB  T2Y 3T9<br>CANADA | 02/02/2024 | $26,769.00 | CONSULTING FEES FOR MARKETING SERVICES |
| | 02/02/2024 | $19,633.47 | CONSULTING FEES FOR MARKETING SERVICES |
| **Relationship to Debtor**<br>OWNED BY FORMER BOARD MEMBER<br>TY ZEHIR | 02/02/2024 | $19,528.78 | CONSULTING FEES FOR MARKETING SERVICES |
| | 02/23/2024 | $30,000.00 | CONSULTING FEES FOR MARKETING SERVICES |
| | 03/01/2024 | $30,000.00 | CONSULTING FEES FOR MARKETING SERVICES |
| | 03/14/2024 | $30,000.00 | CONSULTING FEES FOR MARKETING SERVICES |
| | 04/30/2024 | $34,386.10 | CONSULTING FEES FOR MARKETING SERVICES |
| **TOTAL FOR TYCORE INTERNATIONAL LTD** | | $190,317.35 | |

**GRAND TOTAL:**    **$8,651,241.43**

5. **Repossessions, foreclosures, and returns**
List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

☐ None

| Creditor's name and address | Description of the property | Date | Value of property |
|---|---|---|---|
| KENOVA PITTMAN<br>14794 HIGHWAY 38<br>EVARTS, KY  40828 | KOMATSU - HM30011 - 1130 | 12/6/2024 | $125,000.00 |
| KENOVA PITTMAN<br>14794 HIGHWAY 38<br>EVARTS, KY  40828 | KOMATSU - HM30011 - 11187 | 12/6/2024 | $175,000.00 |
| KENOVA PITTMAN<br>14794 HIGHWAY 38<br>EVARTS, KY  40828 | CAT - 325-D LONG; 325-D SHORT - A3R00346 | 12/6/2024 | $225,000.00 |
| KENOVA PITTMAN<br>14794 HIGHWAY 38<br>EVARTS, KY  40828 | CAT - 320-D  - SPN00384 | 12/6/2024 | $200,000.00 |
| KENOVA PITTMAN<br>14794 HIGHWAY 38<br>EVARTS, KY  40828 | PUMP - AP200174 | 12/6/2024 | $16,500.00 |
| KENOVA PITTMAN<br>14794 HIGHWAY 38<br>EVARTS, KY  40828 | FUEL TANK X 2 | 12/6/2024 | $5,000.00 |

6. **Setoffs**
List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

☑ None

**Part 3:**    **Legal Actions or Assignments**

**7.** **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was
involved in any capacity-within 1 year before filing this case.

☐ None

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| ALPHA METALLURGICAL COAL SALES, LLC VS. COKING COAL, LLC<br><br>**Case number**<br>CL 2400 1153-00 | BREACH OF CONTRACT | CIRCUIT COURT FOR WISE COUNTY<br>CIVIL DIVISION<br>PO BOX 1248, 206 EAST MAIN ST.<br>WISE, VA  24293 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| BLACKJEWEL LIQUIDATION TRUST VS. COKING COAL, LLC<br><br>**Case number**<br>CASE NO. 19-30289; ADV NO. 24-03009 | BREACH OF CONTRACT | UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA<br>300 VIRGINIA STREET EAST, ROOM 3200<br>CHARLESTON, WV  25301 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| BRENDA HALL AND BRENDA HALL, AS ADMINISTRATRIX OF ESTATE OF JAMES R. HALL, DECEASED VS COKING COAL, LLC<br><br>**Case number**<br>N/A | PERSONAL INJURY - VEHICLE COLLISION | N/A | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| ED ADAMS VS. COKING COAL, LLC<br><br>**Case number**<br>BARB-CD-2024-06 | EMPLOYEE LITIGATION DISCRIMINATION | FEDERAL MINE SAFTEY AND HEALTH REVIEW COMMISION OFFICE OF THE CHIEF ADMINISTRATIVE LAW JUDEG<br>1331 PENNSYLVANUE AVE., N.W. SUITE 520N<br>WASHINGTON, DC | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| ED ADAMS VS. COKING COAL, LLC<br><br>**Case number**<br>KENT 2024-0148 | EMPLOYEE LITIGATION DISCRIMINATION | FEDERAL MINE SAFTEY AND HEALTH REVIEW COMMISION OFFICE OF THE CHIEF ADMINISTRATIVE LAW JUDEG<br>1331 PENNSYLVANUE AVE., N.W. SUITE 520N<br>WASHINGTON, DC | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| ELIZABETH HOLLOWAY VS. PNZ HOLDINGS INC., ATMORPH LLC, COKING COAL PTY. LTD, ASCENTIA INC., COKING COAL, LLC, PLANNETZERO LLC, AND JAMES CHISHOLM ET AL<br><br>**Case number**<br>24-CI-03821 | EMPLOYEE LITIGATION - WRONGFUL TERMINATION | COMMONWEALTH OF KENTUCKY FAYETTE CIRCUIT COURT<br>120 N. LIMESTONE<br>ROOM C-103<br>LEXINGTON, KY | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| ELVIS ROWE VS. COKING COAL, LLC<br><br>**Case number**<br>N/A | WORKERS COMPENSATION | VIRGINIA WORKERS' COMPENSATION COMMSSION<br>333 E. FRANKLIN STREET<br>RICHMOND, VA  23219 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| EURASIA CENTER AG VS. COKING COAL, LLC<br><br>**Case number**<br>195CL2400143800 | BREACH OF CONTRACT | CIRCUIT COURT FOR WISE COUNTY<br>CIVIL DIVISION<br>PO BOX 1248, 206 EAST MAIN ST.<br>WISE, VA  24293 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| GLENN SIZEMORE VS. COKING COAL, LLC<br><br>**Case number**<br>KEMI NO. 250666 | WORKERS COMPENSATION | COMMONWEALTH OF KENTUCKY DEPARTMENT OF WORKERS' CLAIMS<br>500 MERO STREET, 3RD FLOOR<br>FRANKFORT, KY  40601 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

| Case title | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|
| J AND H ENTERPRISES OF VIRGINIA, LLC VS. COKING COAL, LLC<br><br>**Case number**<br>GV2400144700 | MONIES DUE AND OWING - SERVICES RENDERED | GENERAL DISTRICT COURT FOR WISE COUNTY<br>PO BOX 829<br>WISE, VA  24293 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| LESLIE HOLMAN VS. COKING COAL, LLC<br><br>**Case number**<br>2024-01185 | WORKERS COMPENSATION | COMMONWEALTH OF KENTUCKY DEPARTMENT OF WORKERS' CLAIMS<br>500 MERO STREET, 3RD FLOOR<br>FRANKFORT, KY  40601 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| ONEMAIN FINANCIAL GROUP, LLC SUCCESSOR BY MERGER TO ONEMAIN FINANCIAL SERVICES, INC. AS SERVICER FOR (ASF) WILMINGTON TRUST, N.A. VS ROBERT MULLINS AND COKING COAL, LLC<br><br>**Case number**<br>GV21000824-02 | GARNISHMENTS (WAGE) | WISE/NORTON GENERAL DISTRICT COURT<br>206 EAST MAIN STREET<br>PO BOX 829<br>WISE, VA  24293 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| PRESLEY TRUCKING CO., INC. VS. COKING COAL, LLC<br><br>**Case number**<br>N/A | MONIES DUE AND OWING - SERVICES RENDERED | GENERAL DISTRICT COURT FOR WISE COUNTY<br>PO BOX 829<br>WISE, VA  24293 | ☑ Pending<br>☐ On appeal<br>☐ Concluded |
| TIMOTHY BAILEY VS. COKING COAL, LLC<br><br>**Case number**<br>N/A | EMPLOYEE LITIGATION | N/A | ☑ Pending<br>☐ On appeal<br>☐ Concluded |

8. **Assignments and receivership**
List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

☑ None

| **Part 4:** | **Certain Gifts and Charitable Contributions** |
|---|---|

9. **List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

☐ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|
| AMERICAN JUNIOR GOLF ASSOC.<br>5260 IRWIN RD<br>HUNTINGTON, WV  25705<br><br>**Recipient's relationship to debtor**<br>SPONSORED BY LAND COMPANY | DONATION | 6/5/2024 | $5,200.00 |
| AMERICAN JUNIOR GOLF ASSOC.<br>5260 IRWIN RD<br>HUNTINGTON, WV  25705<br><br>**Recipient's relationship to debtor**<br>SPONSORED BY LAND COMPANY | DONATION | 5/12/2023 | $5,200.00 |

| **Part 5:** | **Certain Losses** |
|---|---|

10. **All losses from fire, theft, or other casualty within 1 year before filing this case.**

☐ None

Debtor  Coming Coal, LLC
  (Name)

Case number *(if known)* 24-70529

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br>List unpaid claims on Official Form 106A/B (*Schedule A/B: Assets - Real and Personal Property*). | Date of loss | Value of property lost |
|---|---|---|---|
| HURRICANE HELENE - REAL PROPERTY AND EQUIPMENT DAMAGE | $0.00 | SEPT 2024 | UNKNOWN |

| Part 6: | Certain Payments or Transfers |
|---|---|

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None

| Who was paid or who received the transfer? | If not money, describe any property transferred | Dates | Total amount or |
|---|---|---|---|
| DINSMORE & SHOHL<br>100 WEST MAIN ST<br>SUITE 900<br>LEXINGTON, KY  40507<br><br>**Email or website address**<br>WWW.DINSMORE.COM | | 12/4/2024 | $100,000.00 |
| DINSMORE & SHOHL<br>100 WEST MAIN ST<br>SUITE 900<br>LEXINGTON, KY  40507<br><br>**Email or website address**<br>WWW.DINSMORE.COM | | 8/29/2024 | $75,000.00 |
| HAMILTON LAW OFFICE<br>PO BOX 240<br>LEXINGTON, KY  40588<br><br>**Email or website address**<br>WWW.HAMILTONLAWKY.COM | | 12/12/2024 | $15,000.00 |
| HAMILTON LAW OFFICE<br>PO BOX 240<br>LEXINGTON, KY  40588<br><br>**Email or website address**<br>WWW.HAMILTONLAWKY.COM | | 8/29/2024 | $5,000.00 |

**12. Self-settled trusts of which the debtor is a beneficiary**

List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
Do not include transfers already listed on this statement.

☑ None

**13. Transfers not already listed on this statement**

List any transfers of money or other property—by sale, trade, or any other means—made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs.
Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Dates transfer was made | Total amount or value |
|---|---|---|---|
| PANORAMA EQUIPMENT LEASING 1, LLC<br>101 NE 3RD AVENUE<br>SUITE 1500<br>FORT LAUDERDALE, FL  33301-1181<br><br>**Relationship to debtor**<br>OWNED BY FORMER EMPLOYEE AND SPOUSE | JOY 14CM15 | 12/28/2022 | $800,000.00 |

Debtor    Cowing Coal, LLC
         (Name)

Case number (if known)    24-70529

| Who received transfer? | Description of property transferred or payments received or debts paid in exchange | Dates transfer was made | Total amount or value |
|---|---|---|---|
| PANORAMA EQUIPMENT LEASING 1, LLC 101 NE 3RD AVENUE SUITE 1500 FORT LAUDERDALE, FL  33301-1181 **Relationship to debtor** OWNED BY FORMER EMPLOYEE AND SPOUSE | JOY 14CM10-11AMAX | 12/28/2022 | $775,000.00 |
| PANORAMA EQUIPMENT LEASING 1, LLC 101 NE 3RD AVENUE SUITE 1500 FORT LAUDERDALE, FL  33301-1181 **Relationship to debtor** OWNED BY FORMER EMPLOYEE AND SPOUSE | JOY SHUTTLE CAR SN 14069 | 12/28/2022 | $210,000.00 |
| PANORAMA EQUIPMENT LEASING 1, LLC 101 NE 3RD AVENUE SUITE 1500 FORT LAUDERDALE, FL  33301-1181 **Relationship to debtor** OWNED BY FORMER EMPLOYEE AND SPOUSE | JOY SHUTTLE CAR SN N06C002 | 12/28/2022 | $210,000.00 |
| PANORAMA EQUIPMENT LEASING 1, LLC 101 NE 3RD AVENUE SUITE 1500 FORT LAUDERDALE, FL  33301-1181 **Relationship to debtor** OWNED BY FORMER EMPLOYEE AND SPOUSE | BUCYRUS DIESEL SCOOP | 12/28/2022 | $210,000.00 |
| PANORAMA EQUIPMENT LEASING 1, LLC 101 NE 3RD AVENUE SUITE 1500 FORT LAUDERDALE, FL  33301-1181 **Relationship to debtor** OWNED BY FORMER EMPLOYEE AND SPOUSE | JOY SHUTTLE CAR SN ET15210 | 12/28/2022 | $150,000.00 |
| PANORAMA EQUIPMENT LEASING 1, LLC 101 NE 3RD AVENUE SUITE 1500 FORT LAUDERDALE, FL  33301-1181 **Relationship to debtor** OWNED BY FORMER EMPLOYEE AND SPOUSE | JOY SHUTTLE CAR SN ET15211 | 12/28/2022 | $150,000.00 |

## Part 7:    Previous Locations

**14. Previous addresses**
List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

☑ Does not apply

## Part 8:    Health Care Bankruptcies

**15. Health Care bankruptcies**
Is the debtor primarily engaged in offering services and facilities for :
— diagnosing or treating injury, deformity, or disease, or
— providing any surgical, psychiatric, drug treatment, or obstetric care?

☑ No. Go to Part 9.

## Part 9:    Personal Identifiable Information

**16. Does the debtor collect and retain personally identifiable information of customers?**
☑ No.
☐ Yes.  State the nature of the information collected and retained.

Debtor    Coking Coal, LLC                                    Case number (if known)    24-70529
          (Name)

**17. Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☐ No.  Go to Part 10.
☑ Yes.  Does the debtor serve as plan administrator?

    ☐ No.
    ☑ Yes.  Fill in below:

| Name of plan | Employer identification number of the plan |
|---|---|
| COKING COAL 401(K) PLAN | 84-2906850 |

    Has the plan been terminated?
    ☑ No
    ☐ Yes

---

**Part 10:**    **Certain Financial Accounts, Safe Deposit Boxes, and Storage Units**

**18. Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name , or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

**19. Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

**20. Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

---

**Part 11:**    **Property the Debtor Holds or Controls That the Debtor Does Not Own**

**21. Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☐ None

| Owner's name and address | Location of property | Description of the property | Value |
|---|---|---|---|
| AM FUTURES INVESTMENT PTY LTD C/O ANTHONY SUTERS SUITE 9, 13 AVALON PDE AVALON, NSW  2107 AUSTRALIA | 6720 DUNBAR ROAD, APPALACHIA, VA 24216 | COAL STOCKPILE | UNKNOWN |
| EURASIA CENTER AG BAHNHOFSTRASSE 6 HERISAU  9100 SWITZERLAND | PARDEE COAL MINE, 6720 DUNBAR ROAD, APPALACHIA, VA 24216 | METALLURGICAL COAL | UNKNOWN |

---

**Part 12:**    **Details About Environmental Information**

For the purpose of Part 12, the following definitions apply:

- *Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).
- *Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.
- *Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

**22. Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

☒ No
☐ Yes. Provide details below.

**23. Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

☒ No
☐ Yes. Provide details below.

**24. Has the debtor notified any governmental unit of any release of hazardous material?**

☒ No
☐ Yes. Provide details below.

**Part 13:    Details About the Debtor's Business or Connections to Any Business**

**25. Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case.
Include this information even if already listed in the Schedules.

☒ None

**26. Books, records, and financial statements**

26a.    List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.

☐ None

| Name and address | Dates of service | |
| --- | --- | --- |
| JASON EDMISTEN<br>6720 DUNBAR ROAD<br>APPALACHIA, VA 24216 | From 7/30/2023 | To PRESENT |
| PAUL QUINN<br>6720 DUNBAR ROAD<br>APPALACHIA, VA 24216 | From 1/1/2019 | To 10/1/2023 |
| EQUITABLE BALANCE ACCOUNTING LLC<br>1314 DAHLIA DR<br>GRAND PRARIE, TX 75052 | From 5/31/2020 | To 7/30/2023 |

26b.    List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

☒ None

26c.    List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☐ None

| Name and address | If any books of account and records are unavailable, explain why |
| --- | --- |
| BDO USA LLP<br>8401 GREENSBORO DR<br>MCLEAN, VA 22102 | |
| JASON EDMISTEN<br>6720 DUNBAR ROAD<br>APPALACHIA, VA 24216 | |

26d.    List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☐ None

| Name and address |
| --- |
| ASCENTIA HOLDINGS LTD<br>OFFICE 1, WORK COLLECTIVE, 3/322-326 WEST ST<br>UMINA, NSW<br>AUSTRALIA |
| BDO USA LLP<br>8401 GREENSBORO DR<br>MCLEAN, VA 22102 |

| Name and address |
|---|
| CHARLES WHITFIELD<br>6720 DUNBAR ROAD<br>APPALACHIA, VA 24216 |
| GOBA CAPITAL FINANCE<br>80 SW 8TH ST<br>SUITE 2150<br>MIAMI, FL 33130 |
| JAMES CHISHOLM<br>6720 DUNBAR ROAD<br>APPALACHIA, VA 24216 |
| LLOYD HILL<br>6720 DUNBAR ROAD<br>APPALACHIA, VA 24216 |
| MELANIE HILL<br>6720 DUNBAR ROAD<br>APPALACHIA, VA 24216 |
| QUEST ACCOUNTANTS PTY LTD<br>OFFICE 1, WORK COLLECTIVE, 3/322-326 WEST ST<br>UMINA, NSW<br>AUSTRALIA |
| RICHARD HUDSON<br>6720 DUNBAR ROAD<br>APPALACHIA, VA 24216 |
| ROWAN PARCHI<br>6720 DUNBAR ROAD<br>APPALACHIA, VA 24216 |
| SCOTT HUMPHRIES<br>6720 DUNBAR ROAD<br>APPALACHIA, VA 24216 |
| STIFEL, NICOLAUS & CO. INC.<br>501 N. BROADWAY<br>ST LOUIS, MO 63102 |
| TACORA CAPITAL<br>2505 PECOS ST<br>AUSTIN, TX 78703 |
| TY ZEHIR<br>6720 DUNBAR ROAD<br>APPALACHIA, VA 24216 |

**27. Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ None

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| ALEXANDER BOURGEOIS<br><br>**Name and address of the person who has possession of inventory records**<br>JASON EDMISTEN<br>6720 DUNBAR ROAD<br>APPALACHIA, VA 24216 | 12/16/2024 | $758,379.00 MARKET |
| ALEXANDER BOURGEOIS<br><br>**Name and address of the person who has possession of inventory records**<br>JASON EDMISTEN<br>6720 DUNBAR ROAD<br>APPALACHIA, VA 24216 | 9/30/2024 | $460,000.00 MARKET |

**28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.**

☐ None

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| ASCENTIA INC. | 633 CALLAHAN AVE APPALACHIA, VA 24216 | PARENT ENTITY | 100% |
| JASON EDMISTEN | 6720 DUNBAR ROAD APPALACHIA, VA 24216 | CHIEF FINANCIAL OFFICER | |
| JOHN OSBORNE | 6720 DUNBAR ROAD APPALACHIA, VA 24216 | GENERAL COUNSEL | |
| JON PETERS | OFFICE 1, WORK COLLECTIVE 3/322-326 WEST STREET UMINA, NSW 2257 AUSTRALIA | BOARD MEMBER (ASCENTIA HOLDINGS LTD) | |
| LLOYD HILL | 6720 DUNBAR ROAD APPALACHIA, VA 24216 | PRESIDENT | |
| ROWAN PARCHI | 6720 DUNBAR ROAD APPALACHIA, VA 24216 | CHIEF CAPITAL OFFICER | |
| SCOTT HUMPHRIES | OFFICE 1, WORK COLLECTIVE 3/322-326 WEST STREET UMINA, NSW 2257 AUSTRALIA | CHAIRMAN AHL BOARD, ASCENTIA INC BOARD | |

**29. Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☐ None

| Name | Address | Position and nature of any interest | Period during which position or interest was held | |
|---|---|---|---|---|
| CHARLES WHITFIELD | 6720 DUNBAR ROAD APPALACHIA, VA 24216 | AHL BOARD MEMBER | From 1/1/2020 | To 12/11/2024 |
| JAMES CHISHOLM | 6720 DUNBAR ROAD APPALACHIA, VA 24216 | AHL BOARD MEMBER | From 1/1/2020 | To 9/5/2024 |
| JAMES CHISHOLM | 6720 DUNBAR ROAD APPALACHIA, VA 24216 | COMMERCIAL MANAGER, CEO ASCENTIA | From 1/1/2020 | To 11/13/2024 |
| JAMES COX | 3608 HURSTBORNE RIDGE BLVD LOUISVILLE, KY 40299 | GENERAL COUNSEL | From 1/1/2020 | To 3/1/2024 |
| LLOYD HILL | 6720 DUNBAR ROAD APPALACHIA, VA 24216 | AHL BOARD MEMBER | From 1/1/2020 | To 9/5/2024 |
| MELANIE HILL | 6720 DUNBAR ROAD APPALACHIA, VA 24216 | AHL BOARD MEMBER | From 1/1/2024 | To 8/20/2024 |
| RICHARD HUDSON | 6720 DUNBAR ROAD APPALACHIA, VA 24216 | AHL BOARD MEMBER | From 9/1/2024 | To 11/18/2024 |
| ROWAN PARCHI | 6720 DUNBAR ROAD APPALACHIA, VA 24216 | AHL BOARD MEMBER | From 5/1/2023 | To 10/31/2024 |
| TY ZEHIR | 6720 DUNBAR ROAD APPALACHIA, VA 24216 | AHL BOARD MEMBER | From 1/1/2020 | To 10/31/2024 |

**30. Payments, distributions, or withdrawals credited or given to insiders**
Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses, loans, credits on loans, stock redemptions, and options exercised?

☐ None

SEE RESPONSE TO QUESTION 4

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

☐ None

| Name of the parent corporation | Employer identification number of the parent corporation. |
|---|---|
| ASCENTIA INC. | 35-2677719 |

32. **Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

   ☑ None

Debtor   Coking Coal, LLC _____    Case number (if known) __24-70529__
         (Name)

| Part 14: | Signature and Declaration |

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on 01/10/2025.

✗  /s/ Lloyd Hill                                              Lloyd Hill
   _____                      _____
   Signature of individual signing on behalf of the debtor    Printed Name

   President and Chief Executive Officer
   _____
   Position or relationship to debtor

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
☒ No
☐ Yes