# U.S. District Court

## Kentucky Eastern - Lexington

Receipt Date: Jan 17, 2025 11:38AM

Michael Roeschenthaler
1900 Avenue of the Stars
19th Floor
Los Angelos, CA 90067

Rcpt. No: 500004923     Trans. Date: Jan 17, 2025 11:38AM     Cashier ID: #KyMh

| CD  | Purpose      | Case/Party/Defendant                  | Qty | Price  | Amt    |
|-----|--------------|---------------------------------------|-----|--------|--------|
| 111 | Pro Hac Vice | DKYE525FP000001 /001 LIBRARY FUND     | 1   | 125.00 | 125.00 |
| 111 | Pro Hac Vice | DKYE525FP000001 /001 LIBRARY FUND     | 1   | 125.00 | 125.00 |

| CD | Tender      | Amt     |
|----|-------------|---------|
| CC | Credit Card | $250.00 |

Total Due Prior to Payment: $250.00
Total Tendered: $250.00
Total Cash Received: $0.00
Cash Change Amount: $0.00

**Comments**: Bankruptcy PHV fees for Michael Roeschenthaler and Kenneth Lunde in case 24-70529

Only when the bank clears the check, money order, or verifies credit of funds, is the fee or debt officially paid or discharged. A $53 fee will be charged for a returned check.