**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF KENTUCKY
PIKEVILLE DIVISION**

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| COKING COAL, LLC | ) | Case No. 24-70529 |
| | ) | |
| Debtor. | ) | Judge Gregory R. Schaaf |
| | ) | |

**NOTICE OF CREDITOR CHANGE OF ADDRESS**

COMES NOW Natural Resource Partners L.P. and ACIN LLC (the "Creditors"), by and through their undersigned counsel, hereby provide notice to the Court and all parties receiving notice herein of the Creditors' change of business address effective immediately for all future correspondence and notices. The Creditors' new address is as follows:

>Natural Resource Partners Limited Partnership
>ATTN: Greg Wooten
>175 Irwin Rd.
>Huntington, WV 25705

Date: February 12, 2025               **Respectfully Submitted,**

                    By:    /s/ Adam M. Back
                           Adam M. Back, Esq. (KYB No. 91003)
                           Stoll Keenon Ogden PLLC
                           300 W. Vine St., Suite 2100
                           Lexington, Kentucky 40507
                           Telephone: (859) 231-3910
                           E-mail: adam.back@skofirm.com

                           and

        Michael D. Mueller, Esquire (VSB No. 38216)
            (admitted pro hac vice)
        Jennifer M. McLemore, Esquire (VSB No. 47164)
            (admitted pro hac vice)
        WILLIAMS MULLEN
        Williams Mullen Center
        200 South 10th Street, Suite 1600
        Richmond, Virginia 23219
        Telephone: (804) 420-6000
        Facsimile: (804) 420-6507
        Email: mmueller@williamsmullen.com
            jmclemore@williamsmullen.com

*Counsel for Natural Resource Partners L.P. and ACIN LLC*

## CERTIFICATE OF SERVICE

I, Adam M. Back, counsel for Natural Resource Partners L.P. and ACIN LLC, hereby certify that on this 12th day of February, 2025, the foregoing was served upon all counsel appearing in this case through the Court's CM/ECF system.

        By:   /s/ Adam M. Back
             Adam M. Back, Esq. (KYB No. 91003)
             *Counsel for Natural Resource Partners L.P. and ACIN LLC*

107482117v1