**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**PIKEVILLE DIVISION**

| | |
|---|---|
| **In re:** | Chapter 11 |
| **Coking Coal, LLC,** | Case No. 24-70529 |
| **Debtor.** | |

**DEBTOR'S PRELIMINARY RESPONSE TO**
**KENTUCKY UTILITIES COMPANY'S DEMAND FOR ASSURANCE**

1. Coking Coal, LLC, the debtor and debtor-in-possession (the "Debtor" or "CCL") in the captioned case (the "Case"), by and through its counsel, hereby files this preliminary response to the Demand for Assurance (the "Demand") filed by Kentucky Utilities Corporation [Dkt. No. 175].

2. The parties have had discussions about the Demand both verbally and via email, and those communications have been fruitful.

3. The parties are working toward a resolution of the Demand and, if a consensual resolution is reached, will advise the Court of such resolution at the preliminary hearing scheduled for February 20, 2025.

4. If it appears the parties will not reach an agreement, the Debtor intends to request a briefing schedule at the preliminary hearing and request the Court rule on the parties' written submissions. To the best of the Debtor's knowledge and belief, the material facts are not in dispute.

\* \* \* \* \*

Dated:  February 18, 2025                **DINSMORE & SHOHL LLP**

*/s/  Ellen Arvin Kennedy*
Ellen Arvin Kennedy, Esq. (KBA #88347)
Brandon E. Lira, Esq. (KBA #100654)
Dinsmore & Shohl LLP
100 West Main Street, Suite 900
Lexington, KY 40504
Tel.:     (859) 425-1000
Fax:     (859) 425-1099
E-mail:  ellen.kennedy@dinsmore.com
            brandon.lira@dinsmore.com

-and-

Matthew J. Stockl, Esq. (admitted *pro hac vice*)
Dinsmore & Shohl LLP
550 S. Hope Street, Suite 1765
Los Angeles, CA 90071
Tel.:     (213) 335-7737
Fax:     (213) 335-7740
E-mail:  matthew.stockl@dinsmore.com

***Counsel for Debtor and Debtor-in-Possession***